AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

)  : - 2 9 8

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___*13*___ COPIES OF AO FORM 85.

5-16-05
_____
(Date forms issued)

_____ for *Frncis Pilligi*
(Signature of Party or their Representative)

Jason Stowell
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action