AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

FRANK D. SEINFELD,

         V.

CRAIG R. BARRETT, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 - 293

TO: (Name and address of Defendant)

Intel Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Francis G.X. Pileggi
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                MAY 17 2005

CLERK                                                   DATE

_Evette Watson_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5-17-2005 |
| NAME OF SERVER (PRINT) Bryan Farmer | TITLE Legal Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Brian Penrod of Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/17/2005      *[signature] Bryan Farmer*
           Date                Signature of Server

807 King Street
Wilmington, DE 19801
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.