IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-298-JJF |
| ) | |
| CRAIG R. BARRETT, CHARLENE ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, ) | |
| D. JAMES GUZY, REED E. HUNDT, ) | |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, ) | |
| JANE E. SHAW, JOHN L. THORNTON, ) | |
| DAVID B. YOFFIE, ANDREW S. GROVE, ) | |
| and INTEL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Counsel for defendants hereby certifies that reasonable efforts have been made to reach agreement with opposing counsel regarding the subject matter of the within motion, but the parties have been unable to reach agreement. Accordingly, the present motion is necessary.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael D. Torpey
Susan Resley
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Dated: June 6, 2005
685190

By: _____
Stephen C. Norman (#2686)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: snorman@potteranderson.com

Attorneys for Defendants