IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-298(JJF) |
| | ) | |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S REPLY TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

Plaintiff respectfully replies to the Defendants' Motion For an Extension of Time within which to Answer, and states as follows:

1) Plaintiff does not oppose the motion by defendants for an extension until June 20, 2005 for them to file an Answer, move or otherwise respond to the Verified Complaint.

2) Counsel for plaintiff previously notified defense counsel that plaintiff would have no objection to an extension for defendants to respond to the complaint commensurate with the deadline required in the local rules for an Answering Brief to be filed in response to Plaintiff's Opening Brief in support of his Motion for Summary Judgment, the net result of which would be that defendants would have the extension they requested until June 20, 2005.

WM1A 57570v1 06/07/05

3) In sum, plaintiff does not oppose the Motion for Extension of Time until June 20, 2005 requested by defendants.

         Respectfully submitted,

         FOX ROTHSCHILD LLP

         By: /s/ Francis G.X. Pileggi
         Francis G.X Pileggi (#2624)
         Sheldon K. Rennie (#3772)
         919 North Market Street, Suite 1300
         Wilmington, DE 19801
         Tel: (302) 655-3667
         Fax: (302) 656-8920
         fpileggi@foxrothschild.com
         srennie@foxrothschild.com

         Attorneys for Plaintiff

Of Counsel:
BALLON STOLL BADER & NADLER, P.C.
A. Arnold Gershon, P.C.
A. Arnold Gershon, Esq.
1450 Broadway, 14th Floor
New York, New York 10018
Tel: (212) 575-7900
Fax: (212) 764-5060

Date: June 7, 2005

## CERTIFICATE OF SERVICE

       I hereby certify that on June 7, 2005, I electronically filed the foregoing Plaintiff's Reply to Defendants' Motion for Extension of Time with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen Norman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

       I hereby certify that on June 7, 2005, I have had hand delivered, the foregoing document(s) to the following:

Stephen Norman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                              /s/ Francis G.X. Pileggi
                                     Francis G.X. Pileggi (Del. Bar No. 2624)