IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>CRAIG R. BARRETT, CHARLENE )<br>BARSHEFSKY, E. JOHN P. BROWNE, D. )<br>JAMES GUZY, REED E. HUNDT, )<br>PAUL S. OTELLINI, DAVID S. )<br>POTTRUCK, JANE E. SHAW, JOHN L. )<br>THORNTON, DAVID B. YOFFIE, )<br>ANDREW S. GROVE, and )<br>INTEL CORPORATION, )<br>)<br>Defendants. ) | Case No.: 05-298(JJF) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Frank D. Seinfeld hereby moves for summary judgment enjoining payments under the 2005 Intel Corporation Executive Officer Incentive Plan as Amended and Restated Effective May 18, 2005. The grounds for this motion are that Intel's proxy statement for the annual meeting of stockholders on May 18, 2005 is materially incomplete, inadequate, false, and misleading under *Shaev v. Saper*, 320 F.3d 373 (3rd Cir. 2003), as shown in the accompanying affidavit of Frank D. Seinfeld, sworn to June 3, 2005, as well as the accompanying Affidavit of A. Arnold Gershon,

WM1A 57468v1 06/07/05

sworn to June 3, 2005, and the supporting brief.

                        FOX ROTHSCHILD LLP

                        By: /s/ Francis G.X. Pileggi
                              Francis G.X Pileggi (#2624)
                              Sheldon K. Rennie (#3772)
                              919 North Market Street, Suite 1300
                              Wilmington, DE 19801
                              Tel: (302) 655-3667
                              Fax: (302) 656-8920
                              fpileggi@foxrothschild.com
                              srennie@foxrothschild.com

                              Attorneys for Plaintiff

Of Counsel:
BALLON STOLL BADER & NADLER, P.C.
A. Arnold Gershon, P.C.
A. Arnold Gershon, Esq.
1450 Broadway, 14th Floor
New York, New York 10018
Tel: (212) 575-7900
Fax: (212) 764-5060

Date: June 7, 2005

2

## CERTIFICATE OF SERVICE

     I hereby certify that on June 7, 2005, I electronically filed the foregoing Plaintiff's Motion and Brief in Support of His Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen Norman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                                 /s/ Francis G.X. Pileggi
                                       Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 57530v1 06/06/05