IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -against- | ) Case No.: 05-298(JJF) |
| | ) |
| CRAIG R. BARRETT, CHARLENE | ) |
| BARSHEFSKY, E. JOHN P. BROWNE, D. | ) |
| JAMES GUZY, REED E. HUNDT, | ) |
| PAUL S. OTELLINI, DAVID S. | ) |
| POTTRUCK, JANE E. SHAW, JOHN L. | ) |
| THORNTON, DAVID B. YOFFIE, | ) |
| ANDREW S. GROVE, and | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

A. ARNOLD GERSHON, being duly sworn, deposes and says as follows:

1.  I am a member of the bar of the State of New York and an inactive member of the bar of the State of Georgia. I am the sole stockholder, director, officer and attorney of the firm A. Arnold Gershon, P.C., a New York professional corporation. I and my said professional corporation are of counsel to Ballon Stoll Bader & Nadler, P.C., a New York professional corporation, and we three are of counsel to the plaintiff in this action.

1

2. I make this affidavit in support of the plaintiff's motion for summary judgment.

3. Attached hereto as Exhibit 1 is the Datascope Corp. Proxy Statement and Notice of the Annual Meeting of Shareholders, to be held December 12, 2000, as it appeared in the Joint Appendix in the appeal in *Shaev v. Saper*, 320 F.3d 373 (3rd Cir. 2003). I refer to page 13 (A.53) of Exhibit 1, the last paragraph, the fourth sentence thereof. The Datascope Corp. proxy statement was the subject of the court's decision in *Shaev v. Saper*, supra.

4. With respect to Exhibit 2 of the Seinfeld Affidavit, I call attention to pages 12-13, concerning stock ownership by management, pages 16-18 from the Report of the Compensation Committee on Executive Compensation, and pages 38-41, concerning Proposal 4: Approval of Amendment and Extension of the Executive Officer Incentive Plan.

5. With respect to Seinfeld, Exhibit 3, I call attention to page 83, containing Item 11 (Executive Compensation).

_____
A. Arnold Gershon

Sworn to before me this
___ day of June 2005

_____
Notary Public

INTEL\AAG-AFF-ISO-SJ

2