IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, )<br>)<br>    Plaintiff, )<br>)<br>-against- )<br>)<br>CRAIG R. BARRETT, CHARLENE )<br>BARSHEFSKY, E. JOHN P. BROWNE, D. )<br>JAMES GUZY, REED E. HUNDT, )<br>PAUL S. OTELLINI, DAVID S. )<br>POTTRUCK, JANE E. SHAW, JOHN L. )<br>THORNTON, DAVID B. YOFFIE, )<br>ANDREW S. GROVE, and )<br>INTEL CORPORATION, )<br>)<br>    Defendants. ) | Case No.: 05-298(JJF) |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

STATE OF NEW YORK   )
                    : ss.
COUNTY OF NEW YORK  )

FRANK D. SEINFELD, being duly sworn, deposes and says as follows:

1. I am the plaintiff in this action. I am now a stockholder of defendant Intel Corporation, and have been such continuously since on or about April 14, 1999. I hold such shares in street name in my account at Smith Barney Citigroup. Attached hereto, as Exhibit 1 is page 6 of 14 from my most recent statement, redacted, showing my current ownership of 300 shares.

1

2. I make this affidavit in support of my motion for summary judgment.

3. Attached hereto as Exhibit 2 is a true copy of the Intel Corporation letter to stockholders, dated March 29, 2005, Notice of Annual Stockholders' Meeting May 18, 2005 at 8:30 a.m., Pacific Time, and Proxy Statement.

4. Attached hereto as Exhibit 3, is a true copy of the Intel Corporation annual report including the Form 10-K for the year ended December 25, 2004, containing Item 11 (page 83).

5. I received the originals of Exhibits 2 and 3 by mail in April 2005.

_____
Frank D. Seinfeld

Sworn to before me this
____ day of June 2005
_____
Notary Public

NOTARY ... New York
...

2