# EXHIBIT 1

# SMITH BARNEY citigroup

## Select Client
## FMA PLUS Statement
March 28 - April 30, 2005

FRANK D. SEINFELD

Account number 651-11983-16 022

Page 8 of 14

| | | INTC | 04/14/99 | 6,223.20 | 30.583 | 23.52 | 4,704.00 | (1,519.20) LT | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 200 | INTEL CORP | | | | | | | | |
| 100 | Rating: Smith Barney : 1M | | 04/08/02 | 3,054.00 | 29.99 | 23.52 | 2,352.00 | (702.00) LT | |
| 300 | Argus : 1 | | | 9,277.20 | 30.024 | | 7,056.00 | (2,221.20) | 1.36 | 96.00 |
| | Morningstar : 2 | | | | | | | | |
| | S&P : 2 | | | | | | | | |