

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Stephen C. Norman**
Partner
Attorney at Law
snorman@potteranderson.com
302 984-6038 Direct Phone
302 658-1192 Fax

June 7, 2005

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
 District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:    Frank D. Seinfeld v. Craig R. Barrett, et al.,
              D. Del., C.A. 05-298-JJF

Dear Judge Farnan:

      Our law firm represents each of the defendants in the above action. As Your Honor may be aware, on June 6, 2005 defendants in this action filed a Motion for Extension of Time requesting that defendants have until June 20, 2005 to move or otherwise respond to plaintiff's Verified Complaint in this case.

      On June 7, 2005, plaintiff filed a Reply to Defendants' Motion for Extension of Time which stated, in part, that plaintiff did "not oppose the motion for extension until June 20, 2005 for them to file an Answer, move or otherwise respond to the Verified Complaint."

      In light of plaintiff's non-opposition to defendants' motion, we respectfully request that the Court enter the proposed order approving the extension which was attached to our motion papers. We have enclosed another copy of the proposed order for the Court's convenience and are available to answer any questions Your Honor may have regarding this matter.

                                      Respectfully,

                                      Stephen C. Norman

SCN:mp/685421
Enclosure
cc:    Francis G. X. Pileggi, Esquire (By E-File and Hand Delivery)