IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants' Motion For Extension Of Time (the "Motion"), it is hereby

ORDERED, this 8 day of June, 2005, that the Motion is granted and defendants may answer, move or otherwise respond to plaintiff's Verified Complaint on or before June 20, 2005.

_____
United States District Judge