IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 05-298(JJF) |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | |
| D. JAMES GUZY, REED E. HUNDT, | ) | |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANDREW S. GROVE, | ) | |
| and INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

Plaintiff, Frank D. Seinfeld, and defendants, Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, Andrew S. Grove, and Intel Corporation, hereby stipulate, subject to approval by the Court, to an extension of time until and including July 5, 2005 for defendants to file their Answering Brief in opposition to Plaintiff's Motion for Summary Judgment (D.I. 5).

FOX ROTHSCHILD LLP

By: *F.G.X. Pileggi*
Francis G.X. Pileggi (I.D. #2624)
Sheldon K. Rennie (I.D. # 3772)
919 N. Market St., Suite 1300
Wilmington, DE 19801
(302) 655-3667
E-mail: fpileggi@foxrothschild.com

Attorneys for Plaintiff

POTTER ANDERSON & CORROON LLP

By: _____
Stephen C. Norman (I.D. #2686)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
E-mail: snorman@potteranderson.com

Attorneys for Defendant

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

WM1A 57911v1 06/13/05