IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-298-JJF |
| ) | |
| CRAIG R. BARRETT, CHARLENE ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, ) | |
| D. JAMES GUZY, REED E. HUNDT, ) | |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, ) | |
| JANE E. SHAW, JOHN L. THORNTON, ) | |
| DAVID B. YOFFIE, ANDREW S. GROVE, ) | |
| and INTEL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER EXTENDING TIME

The parties, by their undersigned counsel, hereby stipulate and agree, subject to approval by the Court, to the following extensions of time:

(i)  through and including June 27, 2005 for defendants to answer, move or otherwise respond to the Verified Complaint (D.I. 1);

(ii) through and including July 19, 2005 for defendants to file their Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment (D.I. 5); and

(iii) through and including July 27, 2005 for plaintiff to file his Reply Brief in Further Support of his Motion for Summary Judgment.

| FOX ROTHSCHILD LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By _*F.G.X. Pileggi* 6-17-05_<br>Francis G.X. Pileggi (I.D. #2624)<br>Sheldon K. Rennie (I.D. #3772)<br>919 North Market Street, Suite 1300<br>P. O. Box 2323<br>Wilmington, Delaware 19899-2323<br>(302) 655-3667<br>E-mail: fpileggi@foxrothschild.com | By _[signature]_<br>Stephen C. Norman (I.D. #2686)<br>Brian C. Ralston (I.D. #3770)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P. O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>E-mail: snorman@potteranderson.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

686869