IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRAIG R. BARRETT, CHARLENE )<br>BARSHEFSKY, E. JOHN P. BROWNE, )<br>D. JAMES GUZY, REED E. HUNDT, )<br>PAUL S. OTELLINI, DAVID S. POTTRUCK, )<br>JANE E. SHAW, JOHN L. THORNTON, )<br>DAVID B. YOFFIE, ANREW S. GROVE, )<br>and INTEL CORPORATION, )<br>)<br>Defendants. ) | C. A. No. 05-298-JJF |

## **DEFENDANTS' MOTION TO DISMISS VERIFIED COMPLAINT**

Defendants respectfully move for an order dismissing plaintiff's Verified Complaint with prejudice pursuant to Rule 23.1 of the Federal Rules of Civil Procedure.

In support of its motion, defendants submit their accompanying Opening Brief In Support of Defendants' Motion to Dismiss Verified Complaint.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael D. Torpey
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
(415) 773-5700

By: _____
Stephen C. Norman (#2686)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: snorman@potteranderson.com

Dated: June 27, 2005
684871

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on June 27, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY EMAIL AND HAND DELIVERY

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com

*