IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD,<br><br>           Plaintiff,<br><br>  -against-<br><br>CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANREW S. GROVE, and INTEL CORPORATION,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 05-298<br><br>)   Jury Trial Demanded |

## DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
## IN SUPPORT OF MOTION TO DISMISS

| | |
|---|---|
| OF COUNSEL:<br><br>Michael D. Torpey<br>Susan D. Resley<br>James N. Kramer<br>Erin L. Bansal<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard St.<br>San Francisco, CA 94105<br>(415) 773-5700<br><br><br>Dated: June 27, 2005 | POTTER ANDERSON & CORROON LLP<br>Stephen C. Norman (#2686)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box. 951<br>Wilmington, DE 19899-0957<br>(302) 984-6000<br><br>Attorneys for defendants Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, Andrew S. Grove, and nominal defendant Intel Corporation |

Pursuant to Federal Rule of Civil Procedure 201, defendants Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, Andrew S. Grove and nominal defendant Intel Corporation (collectively "Defendants") respectfully request that this Court take judicial notice of following document:

1. The proxy statement filed by Intel Corporation ("Intel") with the Securities and Exchange Commission ("SEC") on March 29, 2005. A true and correct copy of this document is attached hereto as Exhibit A.

## ARGUMENT

In this stockholder derivative action, plaintiff Frank D. Seinfeld challenges statements made in the proxy statement issued by Intel on March 29, 2005. This Court may properly take judicial notice of this proxy. *See* Fed. R. Evid. 201. *See also In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002) (affirming judicial notice of documents relied upon in complaint and documents filed with the SEC); *Kramer v. Time Warner, Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) (same).

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael D. Torpey
Susan D. Resley
James N. Kramer
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
(415) 773-5700


Dated: June 27, 2005
688060

By: _____
Stephen C. Norman (#2686)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0957
(302) 984-6000

Attorneys for defendants Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, Andrew S. Grove, and nominal defendant Intel Corporation

-3-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on June 27, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY EMAIL AND HAND DELIVERY

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware  19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: snorman@potteranderson.com