IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants' Motion to Dismiss Verified Complaint Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed in the above-captioned case:

It is hereby **ORDERED** this _____ day of _____, 2005 that plaintiff's Verified Complaint is dismissed with prejudice.

_____
United States District Judge