IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER EXTENDING TIME

The parties, by their undersigned counsel, hereby stipulate and agree, subject to approval by the Court, to the following extensions of time:

(i) through and including July 25, 2005 for defendants to file their Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment (D.I. 5);

(ii) through and including July 25, 2005 for plaintiff to file his Answering Briefs in Opposition to Defendants' Motions to Dismiss (D.I. 15 and 19);

(iii) through and including August 2, 2005 for plaintiff to file his Reply Brief in Further Support of his Motion for Summary Judgment; and

(iv) through and including August 2, 2005 for defendants to file their Reply Briefs in Further Support of their Motions to Dismiss.

| FOX ROTHSCHILD LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By _*F.G.X. Pileggi* 7-8-05_ | By _[signature]_ |
| Francis G.X. Pileggi (I.D. #2624) | Stephen C. Norman (I.D. #2686) |
| Sheldon K. Rennie (I.D. #3772) | Brian C. Ralston (I.D. #3770) |
| 919 North Market Street, Suite 1300 | Hercules Plaza, 6th Floor |
| P. O. Box 2323 | 1313 North Market Street |
| Wilmington, Delaware 19899-2323 | P. O. Box 951 |
| (302) 655-3667 | Wilmington, Delaware 19899-0951 |
| E-mail: fpileggi@foxrothschild.com | (302) 984-6000 |
| | E-mail: snorman@potteranderson.com |
| | E-mail: bralston@potteranderson.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

689117

2