IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CRAIG R. BARRETT, CHARLENE )<br>BARSHEFSKY, E. JOHN P. BROWNE, )<br>D. JAMES GUZY, REED E. HUNDT, )<br>PAUL S. OTELLINI, DAVID S. POTTRUCK, )<br>JANE E. SHAW, JOHN L. THORNTON, )<br>DAVID B. YOFFIE, ANDREW S. GROVE, and )<br>INTEL CORPORATION, )<br>)<br>)<br>Defendants. | Case No.: 05-298 (JJF) |

### STIPULATION AND ORDER AUTHORIZING DEFENDANTS TO FILE BRIEFS AND OTHER DOCUMENTS UNDER SEAL

WHEREAS, plaintiff filed a Motion for Summary Judgment on June 7, 2005;

WHEREAS, defendants will be responding to plaintiff's Motion for Summary Judgment by filing answering briefs, declarations and documentary evidence on July 25, 2005;

WHEREAS, the documentation filed by defendants will include non-public proprietary information of Intel Corporation ("Intel") and personal financial information regarding the individual defendants;

WHEREAS, defendants believe that disclosure of such information will cause competitive injury to Intel as well as personal harm to the individual defendants; and

WHEREAS, the parties are in the process of negotiating a protective order:

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, through their undersigned counsel, subject to Court approval, that:

1. Defendants may file their briefs, declarations and other supporting documents under seal.

2. All documents filed under seal shall remain under seal until further order of this Court.

3. Access to the documents filed under seal is limited to the Court, its personnel, and counsel for the parties in this action, as well as agents or experts of counsel for the parties, including but not limited to printers, provided that said agents or experts of counsel agree to keep the documents confidential.

| FOX ROTHSCHILD LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By *F.G.X. Pileggi* 7-21-05 | By *[signature]* |
| Francis G.X. Pileggi (I.D. #2624) | Stephen C. Norman (I.D. #2686) |
| Sheldon K. Rennie (I.D. #3772) | Brian C. Ralston (I.D. #3770) |
| 919 North Market Street, Suite 1300 | Hercules Plaza, 6th Floor |
| P. O. Box 2323 | 1313 North Market Street |
| Wilmington, Delaware 19899-2323 | P. O. Box 951 |
| (302) 655-3667 | Wilmington, Delaware 19899-0951 |
| E-mail: fpileggi@foxrothschild.com | (302) 984-6000 |
|  | E-mail: snorman@potteranderson.com |
| Attorneys for Plaintiff | E-mail: bralston@potteranderson.com |
|  | Attorneys for Defendants |

**SO ORDERED** this _____ day of _____, 2005.

_____
United States District Judge

691442

2