IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>CRAIG R. BARRETT, CHARLENE )<br>BARSHEFSKY, E. JOHN P. BROWNE, D. )<br>JAMES GUZY, REED E. HUNDT, )<br>PAUL S. OTELLINI, DAVID S. )<br>POTTRUCK, JANE E. SHAW, JOHN L. )<br>THORNTON, DAVID B. YOFFIE, )<br>ANDREW S. GROVE, and )<br>INTEL CORPORATION, )<br>)<br>Defendants. ) | Case No.: 05-298(JJF) |

**AFFIDAVIT IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

STATE OF NEW YORK  )
                   : ss.
COUNTY OF NEW YORK )

A. ARNOLD GERSHON, being duly sworn, deposes and says as follows:

1. I am a member of the bar of the State of New York and an inactive member of the bar of the State of Georgia. I am the sole stockholder, director, officer and attorney of the firm A. Arnold Gershon, P.C., a New York professional corporation. I and my said professional corporation are of counsel to Ballon Stoll Bader & Nadler, P.C., a New York professional corporation, and we three are of counsel to the plaintiff in this action.

1

2. I make this affidavit in opposition to the defendants' motions to dismiss.

3. Attached hereto as Exhibit 1 is a copy of the complaint in *Weisberg v. Barrett*, 95 Civ. 0674 S.D.N.Y.

4. Attached hereto as Exhibit 2 is a copy of the order and final judgment in *Weisberg v. Barrett*, supra.

5. Attached hereto as Exhibit 3 is a copy of an affidavit of publication of the settlement notice in *Weisberg v. Barrett*, supra., reflecting the terms of the settlement.

6. Attached hereto as Exhibit 4 is a copy of the minutes of the meeting of the Financial Accounting Standards Board ("FASB") on July 27, 2004, that I obtained from FASB's website, www.fasb.org.

7. Attached hereto as Exhibit 5 is a copy of Information for Observers from the International Accounting Standards Board ("IASB") of its meeting in June 2005, London, that I obtained from its website, www.iasb.org.

8. Attached hereto as Exhibit 6 is a copy of the declaration of Pearl Meyer in *Shaev v. Saper*, Civil Action No. 01-3744, D.N.J.

9. Attached hereto as Exhibit 7 is a copy of the transcript of the proceeding in *Shaev v. Saper*, Civil Action No. 01-3744, D.N.J., on March 7, 2005.

A. Arnold Gershon

Sworn to before me this
22nd day of July 2005

Notary Public
INTEL\AAG-AFF-ISO-SJ

ROBERT A KLIPSTEIN
NOTARY PUBLIC State of New York
No 31-02KL7305875
Qualified in New York County
Commission Expires Oct 31 2006

## CERTIFICATE OF SERVICE

       I hereby certify that on July 25, 2005, I electronically filed the foregoing Affidavit of A. Arnold Gershon in Opposition to Defendants' Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen Norman, Esquire  
Potter Anderson & Corroon LLP  
1313 North Market Street  
P.O. Box 951  
Wilmington, DE 19899-0951

                                            /s/ Francis G.X. Pileggi  
                                  Francis G.X. Pileggi (Del. Bar No. 2624)