# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - ——— - - - - - - - - - - - - - - - - - - - - - x

DAVID B. SHAEV,

                             Plaintiff,

        - against -

LAWRENCE SAPER, ALAN B. ABRAMSON,
DAVID ALTSCHILLER, JOSEPH GRAYZEL, M.D.,
GEORGE HELLER, ARNO NASH, and
DATASCOPE CORP.,

                           Defendants.

- - - - - - - - ——— - - - - - - - - - - - - - - - - - - x

Civil Action No.:
01-CV-3744 (JAP)

## DECLARATION OF PEARL MEYER

I, **PEARL MEYER** declare as follows:

1)      I am Chairman and Co-founder of the executive compensation consulting firm of

           Pearl Meyer & Partners and a consultant and expert in executive compensation. I

           have over thirty years of experience in the field of executive compensation. My

           experience and qualifications are set forth in the resume, summary of public

           speaking engagements, list of major publications and other materials attached

           hereto as Exhibit 1.

2)      On December 9, 2003, the shareholders of Datascope Corp. adopted a

           Management Incentive Plan (the "2004 Plan").

3)      I have been engaged by plaintiff's and defendants' counsel to evaluate the value

           to Datascope produced by the adoption of the 2004 Plan (the "Bonus Asset").

4)      I have estimated that the Bonus Asset has a present value of $2,265,000, based on

           an analysis of the factors discussed below.

5)      The value of the annual savings produced by the 2004 Plan is estimated at

$500,000 per year. The annual savings value discounted using the five-year T-bill rate for five years to its present value is $2,265,000.

6)    The Bonus Asset value is based upon an analysis of:

    a)    Datascope's Annual Incentive Plan (as of September 17, 1997) (the "1997 Plan");

    b)    Datascope's Supplemental Incentive Plan (as of December 7, 1999) (the "1999 Plan");

    c)    Datascope's Management Incentive Plan (Amended and Restated as of May 16, 2000) (the "2000 Plan");

    d)    Datascope's 2003 Proxy Statement; and

    e)    Datascope's 2004 Management Incentive Plan (the "2004 Plan").

7)    The maximum bonus under the 1997 Plan was the lesser of $3,000,000 or double the plan participant's annual salary. *See* 2003 Proxy Statement, at p.18.

8)    The maximum bonus under the 2000 Plan was $5,000,000. *Id.*

9)    The maximum bonus under the 2004 Plan "may not exceed the greater of (i) two times the Participant's base salary for such fiscal year (such amount not to exceed $2,000,000) or (ii) 5 percent of the Corporation's earnings before income taxes, as reported in the Corporation's audited consolidated financial statements, before taking into account any losses from discounted operations, extraordinary gains and losses, and cumulative effect of accounting changes and before deducting payments due under the 2004 Management Incentive Plan." *Id.*

10)    There is no expiration date provided in the 1997 Plan, the 1999 Plan, the 2000 Plan, and the 2004 Plan. However, Datascope intended to structure awards under

the 1997, 1999 and 2004 Plans so that any compensation paid would be qualified as "performance-based compensation" under Section 162(m). To maintain this qualification, the Company would have had to re-submit the Plans for shareholder approval every five years.

11)    The 2003 Proxy Statement, at page 18, represents that if the 2004 Plan is approved, the 2000 Plan, the 1999 Plan, and 1997 Plan, and all prior bonus plans "shall be terminated." Section 11(m) of the 2004 Plan provides that its effective date is July 1, 2003, if the stockholders approve it at the December 9, 2003 annual meeting.

12)    The stockholders of Datascope voted to approve the 2004 Plan at the annual meeting of stockholders on December 9, 2003. Datascope Form 10-Q, Item 4(2) (Filed Feb. 13, 2004).

13)    Accordingly, as a result of the termination of Datascope's prior bonus plans and their replacement with the 2004 Plan, which has a lower maximum bonus, Datascope can be expected to save $500,000 per year. The present value of those savings is $2,265,000.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 22, 2004


                                        _____
                                        PEARL MEYER

PEARL MEYER & PARTNERS

Exhibit 1

---

## PEARL MEYER

---

I am Chairman and co-founder of the executive compensation consulting firm of Pearl Meyer & Partners (PM&P), and have over thirty years of experience in the field including:

* Serving as outside counsel and rendering expert opinions to corporate Boards of Directors, Board Compensation Committees, Board Special Committees and senior managements as to the valuation, appropriateness, reasonableness and fairness of total remuneration, bonus, stock option, long term incentive, and non-qualified benefit plans, policies, amounts and practices covering corporate executives;

* Design, development and implementation of corporate stock option and other stock-based awards, annual bonus, long term incentive, and salary plans, policies and practices,

* Design, development and implementation of stock, compensation and benefit plans, policies, amounts and practices for non-employee members of Boards of Directors;

* Design and negotiation of employment contracts, severance agreements and policies, retention plans, change in control arrangements, and bankruptcy programs;

* Marketplace surveys of compensation plans, policies, amounts and practices with respect to executives, other employees, and non-employee members of Boards of Directors;

* Executive evaluation, organization and succession planning; and

* Expert witness opinions, testimony and litigation support.

PEARL MEYER & PARTNERS

Exhibit 1

## PEARL MEYER

Prior to founding Pearl Meyer & Partners, Inc. in January 1989, I was affiliated with Handy Associates, a leading firm engaged in executive compensation consulting, organization planning and executive recruiting. I served as Director of Research, Executive Vice President and Executive Consultant of this firm, directly supervising the executive compensation consulting practice, which I founded, as well as organization planning activities and executive recruiting. I was recruited by Handy Associates from the General Foods Corporation (Kraft Foods), which I joined upon college graduation as a Statistical Specialist in the Executive Compensation Division.

As a consultant and expert in executive compensation and selection, I have served and advised hundreds of major corporations in almost every industry. I am listed in Who's Who in America, Who's Who in Business and Finance, Who's Who in American Women, and "Leading Consulting Firms in North America" (Consultants News) and as "Top Executive Compensation Consultant Guru" (Who's Who in Compensation Consulting).

The attachments list public speaking engagements, major publications, a partial list of published quotes and references in newspapers and periodicals over the last 15 years.*

I have a B.A. cum laude in Economics and Statistics from New York University's Washington Square College and several years of graduate studies at its Graduate School of Business Administration. I have been elected to Phi Beta Kappa, Pi Mu Epsilon (Mathematics), Beta Gamma Sigma (Graduate Business Studies) and other honorary societies in statistics and economics. I am a member of WorldatWork (American Compensation Association), a current member and past Director of the Women's Forum, and a member of the Society of Human Resources Management.

---

\*    Information is only for period commencing January 1989 when Pearl Meyer & Partners was founded; complete data for prior years is not available.

A Clark Consulting Practice

## PEARL MEYER
### Public Speaking Engagements
### January 1989 to November 2004

Mrs. Meyer has served as Chairperson, keynoter, speaker and/or panelist at major conferences. A representative listing of speaking engagements includes the following:

- Practising Law Institute – 26th Annual Institute on Securities Regulation – 11/11-11/13/04
  Executive Compensation Issues

- The University of Delaware – 11/4/04
  2004 Directors College

- National Association of Corporate Directors – 10/18/04
  2004 Annual Corporate Governance Conference

- The Conference Board: Executive Compensation Seminars – 9/28-9/29/04
  Keynote Address – Pay at the Top: Executive and Board Compensation

- Corporate Board Member: The Annual Boardroom Summit – 9/22-9/24/04
  Trends in Compensating Boards and Executives in Today's Environment

- The Conference Board: 2004 Executive Compensation Seminar – 6/24-6/25/04
  Keynote Address: Trends, Issues and Predictions: Overview of the Past Year and a Look at the Future in a New Era of Scrutiny and Accountability

- Second Annual Institute on Board/Committee Independence and Effectiveness – 6/23/04
  Panel: The Compensation Committee – Remaking the Rules of the Road to Riches

- JP Morgan Leadership & Value Conference – 3/3-3/5/04
  Perspectives on CEO Compensation

- The Conference Board: Council of CFOs – 2/3-2/4/04
  Compensation: New Approaches

- National Association of Corporate Directors – 10/21/03
  2003 Annual Corporate Governance Conference

- The Conference Board: Executive Compensation Seminars – 9/24-9/25/03
  Pay at the Top: Executive and Board Compensation

- Practising Law Institute: First Annual Directors' Institute on Corporate Governance – 9/22-9/23/03
  Panel: Compensation Committees

- First Annual Institute on Board/Committee Independence – 6/12/03
  Panel: The Compensation Committee through the Looking Glass

PEARL MEYER-OPARTNERSCA    Document 72    Filed 03/07/2005    Page 7 of 29

Page 2 of 6

---

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to November 2004**

---

- National Association of Corporate Directors Breakfast Seminar – 3/12/03
  Role of the Compensation Committee – Recent Trends in Board Practices and Director
  Compensation

- NOW Legal Defense and Education Fund, 3/12/03
  Recipient of 2003 Woman of Achievement Award

- Lehman Brothers – Corporate Governance Conference – 11/12/02
  Restoring Trust: A Practical Approach

- The University of Delaware Corporate Governance Conference – 10/3/02
  Executive OverCompensation – A Problem or a Solution?

- The Conference Board: Executive Compensation Seminars – 9/25-9/26/02
  Pay at the Top: Executive and Board Compensation

- Ascend$^{2002}$ – A Goldman Sachs Leadership Exchange – 6/26/02
  Creating a Future: Optimal Strategies for the 4 C's: Cash, Contracts, Children, Charities"

- National Association of Corporate Directors – 4/29/02
  2002 Annual Corporate Governance Conference

- The Conference Board: Executive Compensation and Benefits Seminar – 1/22-1/23/02
  An Exploration of Non-Cash Plans, Benefits, and Special Arrangements: Risks & Rewards

- The Conference Board: Executive Compensation Seminars – 11/1-11/2/01
  Pay at the Top: Executive and Board Compensation

- Executive Search Summit 2001 – 10/2/01
  The 21st Century Executive

- Association of Executive Search Consultants – 5/22/01
  Trends and Issues in Executive Compensation – Impact of the Stock Market

- Association of Advanced Life Underwriters – 5/7/01
  Trends and Issues in Executive and Board Compensation

- National Association of Corporate Directors – 4/10/01
  Trends and Issues: Board and Executive Remuneration

- Corporate Board Member's Annual M&A Conference – 4/9/01
  Critical Nonprice Issues in Making Great Acquisitions

PEARL MEYER & PARTNERS

Page 3 of 6

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to November 2004**

- TIAA-CREF Institute Corporate Governance Forum – 4/5/01
  <u>General Use of Stock Options</u>

- National Association of Corporate Directors – 10/16/00
  <u>2000 Annual Corporate Governance Conference</u>

- The Committee of 200 - 9/28-9/29/00
  <u>Money at Zero Gravity</u> - Panelist

- The Conference Board: Executive Compensation Seminars - 9/25-9/26/00
  <u>Pay at the Top: Executive and Board Compensation</u>

- The 2000 Ayco Inner Circle Benefits & Compensation Conference - 5/4/00
  <u>Current and Future Trends in Executive Compensation</u>

- National Association of Corporate Directors - 10/19/99
  <u>1999 Annual Corporate Governance Conference</u>

- The Conference Board: Executive Compensation Seminars - 9/29-9/30/99
  <u>Pay at the Top: Executive and Board Compensation</u>

- The Conference Board: Advisory Council on Human Resources Management - 6/7/99
  <u>Trends in Board Remuneration and Executive Compensation</u>

- National Association of Corporate Directors - 11/2/98
  <u>Annual Corporate Governance Review Meeting</u>

- The Conference Board: Executive Compensation Seminars - 10/29-10/30/98
  <u>Pay at the Top: Executive and Board Compensation</u>

- The 1998 Ayco Inner Circle Benefits & Compensation Conference - 5/8/98
  <u>Current Trends in Executive Compensation</u>

- National Association of Corporate Directors - 10/27/97
  <u>Annual Governance Meeting</u>

- The Committee of 200 - 10/25/97
  <u>Compensation Trends, Issues and Methods</u>

- The Conference Board: Executive Compensation Seminars - 10/15/97, 10/23/97
  <u>Current Trends in CEO Pay: Risks and Rewards at the Top</u>

PEARL MEYER & PARTNERS

Page 4 of 6

### PEARL MEYER
### Public Speaking Engagements
### January 1989 to November 2004

- American Compensation Association 1997 Executive Compensation Forum - 9/8/97
  The Stakeholders / Part III: The Rulemakers

- Law Journal Seminars-Press - 4/18/97
  Employment Compensation Strategies: Equity Incentives

- National Association of Corporate Directors - 11/11/96
  CEO Compensation vs. Stakeholder Compensation: The Ramifications

- The Conference Board: Executive Compensation Seminars - 10/10/96, 10/16/96
  Current Trends in CEO Pay: Risks and Rewards at the Top

- American Compensation Association: Executive Compensation Forum - 9/19/96
  Living with Risk at the Top

- The 1996 Ayco Inner Circle Benefits Conference - 5/10/96
  Recent Trends in Executive Compensation

- Epstein Becker & Green Seminar - 2/26/96
  Risks and Rewards of Directorship

- Investor Relations Association - 1/10/96
  Emerging Trends in Executive Compensation

- CNN Financial News Network - 1/5/96
  Live interview regarding executive compensation issues

- Yale University Finance Institute - 10/23/95
  Executive Compensation: An Overview

- The Conference Board: Executive Compensation Seminar - 10/10/95
  Pay at the Top: CEO and Board Compensation,

- National Association of Corporate Directors - 6/15/95
  CEO and Board Performance Evaluation and Pay Trends

- American Compensation Association: 1995 National Conference & Exposition - 5/22/95
  A New Equation for Executive Pay

- Management Compensation Group: Seventh Annual Peer Group Forum - 5/5/95
  Executive Compensation Trends

PEARL MEYER & PARTNERS

## PEARL MEYER
### Public Speaking Engagements
### January 1989 to November 2004

- The Conference Board: 1995 Compensation Conference - March/April 1995
  <u>Developing a Total Executive Compensation Strategy</u>

- Investors' Fiduciary Services, Inc.: 1994 Client Conference - 12/6/94

- American Society of Corporate Secretaries: Issues Update - 1994
  <u>New Ideas in Director Compensation</u>

- The Conference Board: 1994 Human Resources Conference - 10/18/94
  <u>The New Rules for Executive Compensation</u>

- The Conference Board: 1994 Annual Compensation Conference - 4/19/94
  <u>Long Term Incentives - The Competitive Edge</u>

- Investment Management Institute: 1994 Conference - 2/10/94
  <u>Corporate Governance</u>

- The Sky Club - 1/21/94
  <u>Executive Compensation Trends in a Regulated Environment</u>

- Practicing Law Institute: Annual Institute on Securities Regulations - 11/93

- New York Compensation Association - 11/18/92
  <u>Executive Compensation in the 1990s</u>

- Securities Industry Association: Human Resources Management Conference - 10/20/92
  <u>Total Compensation for the 1990s</u>

- Executive Enterprises, Inc., Co-Chairperson and Speaker - 10/15/92
  <u>New Directions in Executive Compensation for the '90s</u>

- New Human Resources Executive Seminar: Leadership at the Policy-Making Level,
  University of Illinois at Urbana-Champaign - 10/15/92
  <u>Purposes of Executive Compensation</u>

- Law Journal Seminars: Responding to the Executive Compensation Controversy - 5/12/92
  <u>Trends and Techniques in Executive Compensation</u>

- The Conference Board: Ninth Annual Human Resources Conference -10/9/91
  <u>Trends in Executive Compensation</u>

- National Association of Corporate Secretaries - 6/27/91
  <u>Developments in Board and Executive Compensation</u>

PEARL MEYER & PARTNERS

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to November 2004**

- The Conference Board:  1991 Annual Compensation Conference - 4/17/91
  <u>Equity-Based Long Term Incentives</u>

- AWED:  11th National Conference for Women in Business, Panelist - 3/23/91

- National Association of Corporate & Professional Recruiters, Inc. - 11/15/90
  <u>The Art of the Deal: Creative Compensation Packages for the '90s ... The Role Equity Will</u>
  <u>Play in Attracting Senior Talent</u>

- Human Resource Executive Forum - 10/22/90
  <u>Effective Ways to Pay for Performance: Long Term Incentives</u>

- Noble Lowndes: Executive Compensation Briefing - 6/5/90
  <u>Megatrends in Executive Compensation</u>

- National Association of Corporate & Professional Recruiters, Inc. - 12/8/89
  <u>Executive Compensation in the 1990s</u>

- American Management Association: 18th Annual Compensation & Benefits Update -
  9/25/89
  <u>The Future of Executive Compensation</u>

- Philip Morris Companies Inc.: 1989 Human Resources Conference - 9/19/89

- The 1989 Ayco Inner Circle Benefits Conference - 6/13/89
  <u>Executive Compensation in the 1990s</u>

- Practicing Law Institute: Executive Compensation Workshop - 5/11/89
  <u>Promoting Executive Entrepreneurism and Initiative</u>

- National Wholesale Hardware Association: Executive Leadership Forum - 3/21/89
  <u>Compensation in the Excellent Company</u>

- New York Personnel Management Association - 2/14/89
  <u>Trends - Themes - Challenges of Executive Compensation in the 1990s</u>

PEARL MEYER & PARTNERS

Page 1 of 3

---

**PEARL MEYER**
**List of Major Publications**
**January 1989 to November 2004**

---

| | | |
|---|---|---|
| Directorship | From Halos to Horns: Demonizing the American CEO | January 2003 |
| Director's Monthly | CEO Pay Reflects New Challenges of Board Service | December 2002 |
| Director's Monthly | CEO Pay | October 2002 |
| Leaders Talk Leadership – Top Executive Speak Their Minds (edited by Hedrick & Struggles | Compensation and Reward Systems Based on Performance and Business Strategy | September 2002 |
| Directors & Boards | Should Directors Ever Sell Stock? Flexibility is a Key Issue | Summer 2002 |
| WORKSPAN (formerly ACA News) | A New Era in Equity-Based Pay | May 2001 |
| Directorship | CEOs as Owners: The Evolving Stake in Executive Compensation | October 2000 |
| Corporate Governance Advisor | Director Pay: The Rise of Stock | Summer 2000 |
| Directorship | The Changing Landscape of Board Remuneration | July/August 1999 September 1999 |
| Directors & Boards | Board Stock Ownership: More, and More Again | Winter 1998 |
| Director's Monthly | Director Pay in Top 200 Companies | August 1998 |
| American Compensation Association News | The 1997 Equity Stake: How Organizations are Rewarding Executives | June 1998 |
| American Compensation Association Journal | Stock: The New Currency for Board Compensation | Spring 1998 |
| Journal of Business Strategy | Stock Option Usage in Executive Compensation | Spring 1998 |
| American Compensation Association News | The Current State of Director Pay Packages | September 1997 |

PEARL MEYER & PARTNERS

**PEARL MEYER**
**List of Major Publications**
**January 1989 to November 2004**

| | | |
|---|---|---|
| American Compensation Association News | Congress Again Trying to Regulate Executive Pay | June 1997 |
| American Compensation Association News | A Picture of Executive Compensation Trends | June 1997 |
| Directorship | Compensating the Outside Director | June 1997 |
| Journal of Compensation & Benefits | Setting the Record Straight on Elective Deferred Compensation Plans | March/April 1997 |
| Compensation & Benefits Management Journal | The Cascading Impact of CEO Pay | Winter 1996 |
| American Compensation Association News | Where Have We Been . . . Where Are We Going? | June 1996 |
| Barron's | CEO Pay vs. Layoffs | May 1996 |
| Directorship | Can Corporations Afford to Pay Directors in Stock? Yes! | January 1996 |
| The Conference Board | Developing a Total Executive Compensation Strategy (published in <u>Compensation: Present Practices and Future Concerns</u>) | 1995 |
| Comp Flash | CEO Pay Increases Decline | July 1995 |
| Directorship | Making the Grade: CEO and Director Performance Evaluation | April 1995 |
| American Compensation Association News | 1994 Trends Show What=s in Store for 1995 | March 1995 |
| Directorship | A New Look at CEO and Director Compensation | January 1995 |
| American Compensation Association News | Compensation Committees Take a Stand on $1 Million Salary Cap | September 1994 |
| Directors & Boards | Wanted: At Risk Investment | Fall 1994 |
| American Compensation Association News | A Dose of Reality from the IRS | February 1994 |

A Clark Consulting Practice

PEARL MEYER & PARTNERS

## PEARL MEYER
### List of Major Publications
### January 1989 to November 2004

| | | |
|---|---|---|
| The Corporate Board | Compensation and Board Recruitment | September/October 1993 |
| The New York Times | Can Congress Run A Corporation? No | September 19, 1993 |
| Industry Week | Real Executive Ownership at Real Risk | May 17, 1993 |
| Directors & Boards | The Task Ahead: Reward Individual Contribution | Spring 1993 |
| Directorship | Making Directors Bulletproof | October 1992 |
| The New York Times | Corporations Must Police Executive Salaries | April 30, 1992 |
| Nation's Business | Don't Promise Too Much to New Executives | February 1991 |
| The New York Times | Executives, Take Your Risks | January 27, 1991 |
| Compensation & Benefits Management | Recruiting & Rewarding Directors in 1990's | Winter 1991 |
| Human Resources Executive | Pay for Performance: Future HR Trends Discussed | December 1990 |
| Directors & Boards | Advances in Noncash Compensation | Fall 1990 |
| Continental Airlines | Money Talks | Fall 1989 |
| Human Resources Executive | Who Owns Corporate America? | September 1989 |

PEARL MEYER & PARTNERS

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

- The New York Times, July 29, 2004: I.R.S. SAYS AMERICAN'S INCOME SHRANK FOR 2 CONSECUTIVE YEARS

- Business Week, April 5, 2004:  THE GRAVY TRAIN IS DRYING UP

- The New York Times, April 4, 2004: IS CEO PAY UP OR DOWN?  BOTH

- The Wall Street Journal, March 29, 2004: THE JOURNAL REPORT: HOW TO NEGOTIATE PAY IN A TOUGH ECONOMY

- The New York Times, March 23, 2004: FOR WALL STREET CHIEFS, BIG PAYDAYS CONTINUE

- Financial Times, March 22, 2004: EXECUTIVE BONUSES SET TO MATCH BOOM LEVELS

- Business Week, February 23, 2004: EXECUTIVE PAY: LIVING LARGE IN THE CORNER OFFICE

- The Wall Street Journal, February 17, 2004: CAREER JOURNAL: BONUS PAYOUTS ARE GROWING

- Bureau of National Affairs-Corporate Accountability Report, January 9, 2004: COMPENSATION COMMITTEES ARE MORE ENGAGED, TAKING CHARGE OF OUTSIDE CONSULTANTS

- The Wall Street Journal, December 10, 2003: PANEL PROPOSES WAYS TO CONSTRAIN EXECUTIVE PAY

- IRRC Corporate Governance Highlights, October 24, 2003: NACD'S ANNUAL CONFERENCE FOCUSES ON POST-REFORM CORPORATE LANDSCAPE

- Dow Jones Newswire, October 21, 2003: CORPORATE DIRECTORS TOLD TO GET TOUGH ON CEO PAY

- Dow Jones Newswire, October 15, 2003: DIRECTOR GROUP TO URGE COMP CONSULTANTS REPORT TO BOARD

- Los Angeles Times, September 21, 2003: FINAL BELL FOR GRASSO STRIKES A NERVE

- The Wall Street Journal, September 18, 2003: GRASSO'S PAY PLAN DEPENDS ON TERMS OF HIS DEPARTURE

A Clark Consulting Practice

PEARL MEYER & PARTNERS

## PEARL MEYER
### Partial List of Published Quotes and References
### in Newspapers and Periodicals
### January 1989 to November 2004

- Time Magazine, September 22, 2003: GRASSO IN THE STOCKS

- Daily Deal, May 26, 2003: MOVERS & SHAKERS – INTERVIEW WITH PEARL MEYER

- Florida Times-Union, May 2, 2003: LOCAL CEOS EARNING TOP DOLLAR – MANY CRITICAL OF HIGH PAY PACKAGES

- Associated Press, April 23, 2003: REGAL TREATMENT OF CEOS CONTINUED IN 2002

- Business Week, April 21, 2003: SPECIAL REPORT – EXECUTIVE PAY

- The New York Times, April 19, 2003: AMERICAN AIR PULLS BACK BONUS PLANS

- Financial Times, April 11, 2003: SHIFTING GOALPOSTS SECURE BONUSES

- The New York Times – Special Report on Executive Pay, April 6, 2003: AGAIN, MONEY FOLLOWS THE PINSTRIPES

- The New York Times – Special Report on Executive Pay, April 6, 2003: IT'S TIME TO LAND THIS REWARD SYSTEM

- USA Today, March 31, 2003: BUBBLE HASN'T BURST YET ON CEO SALARIES DESPITE THE TIMES; TOP EXECUTIVES CASH IN EVEN AS STOCKHOLDERS LOSE OUT

- Reuters, March 14, 2003: MERRILL BOOSTS KOMANSKY, O'NEAL BONUSES SEVENFOLD

- Chief Executive, March 1, 2003; 'WHITE-COLLAR CLIMB: TODAY'S CEOS MAY BE YOUNGER, BETTER-SCHOOLED AND MORE WELL-ROUNDED, BUT SUCCEEDING IN THE TOP JOB STILL TAKES REAL EXPERIENCE

- Business Week, February 3, 2003: EXPLORING OPTIONS

- Washington Post, January 31, 2003: STOCK OPTIONS BECOMING PAY-PLAN DINOSAURS?

- Harvard Business Review, January 2003: WHAT'S WRONG WITH EXECUTIVE COMPENSATION?

- Newsweek, December 30, 2002: THE CEO PARTY IS OVER

A Clark Consulting Practice

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

- The Wall Street Journal, December 10, 2002: SNOW'S LATEST CXS CONTRACT COVERED EXIT TO WASHINGTON

- The Journal News, December 1, 2002: EVALUATING EXECUTIVE COMPENSATION

- Financial Times, November 15, 2002: THE KEYS TO THE VAULT

- St. Paul Pioneer Press, July 9, 2002: FUND MANAGERS SCRUTINIZE EXEC PAY

- Pay for Performance Report (Institute of Management & Administration – IOMA), June 1, 2002: CAN TRUE PFP SURVIVE IN THE EXECUTIVE SUITE?

- USA Today, June 11, 2002: LEADERSHIP CHANGE CAN BOOST SHARES, BUT NEW CEOS DON'T OFFER QUICK STOCK FIX

- The Wall Street Journal, June 15, 2002: WHY EMBATTLED CEOS LEAVE WITH A BUNDLE

- The Wall Street Journal, March 11, 2002: QUESTIONING THE BOOKS: ENRON'S HIRE OF TURNAROUND CEO MEETS UNUSUAL DISSENT FROM SEC

- Business Week, March 4, 2002: OPTIONS: TOO MUCH OF A GOOD INCENTIVE?

- The New York Times, February 3, 2002: EVEN LAST YEAR, OPTION SPIGOT WAS WIDE OPEN

- CEO Magazine, November 2001: DO YOU NEED AN AGENT? AS TURNOVER MOUNTS, MORE CEOS TURN TO SPORTS AND ENTERTAINMENT STYLE NEGOTIATORS

- The Wall Street Journal, October 2, 2001: BONUSES GET CLIPPED IN DOWNTURN: MANAGERS TRY TO RETAIN EMPLOYEES

- The Wall Street Journal, June 4, 2001, OPTIONS OVERDOSE - USE OF STOCK OPTIONS SPINS OUT OF CONTROL; NOW A BACKLASH BREWS

- The Wall Street Journal, April 12, 2001; SPECIAL REPORT: EXECUTIVE PAY; EXIT STRATEGY

- The Wall Street Journal, April 12, 2001; SPECIAL REPORT: EXECUTIVE PAY; STAY, PLEASE

PEARL MEYER & PARTNERS

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

- The New York Times, February 14, 2001, CHIEF EXECUTIVE OFFICER COMPENSATION ROSE 16% LAST YEAR OVER '99

- Corporate Financing Week, February 5, 2001, SEC PROPOSES BETTER DISCLOSURE ON STOCK OPTIONS

- Fortune, November 27, 2000, EX-CEOS SAY THEY'RE BACK FOR LOVE, NOT MONEY

- WorldAtWork, September 1, 2000, EXPERT ADVICE ON PAY DESIGN (Excerpt from a chapter on director compensation that is part of "Aligning Pay and Results," an anthology edited by Howard Risher]

- Benefitnews.com Connect, July 24, 2000, BRICKS AND MORTARS BOOST OPTIONS IN BID FOR TALENT

- Newsweek, May 15, 2000, THE ENVELOPE PLEASE

- Business Week, April 17, 2000, EXECUTIVE PAY - IT CONTINUES TO EXPLODE AND OPTIONS ALONE ARE CREATING PAPER BILLIONAIRES

- The New York Times, April 2, 2000, ORDER OF COMPENSATION UNIVERSE REFLECTS PULL OF NEW ECONOMY

- Barron's Online, August 2, 1999: DIRECTORS' CUT: STUDY LINKS CORPORATE PERFORMANCE TO BOARDS' EQUITY STAKES, by Robin Goldwyn Blumenthal

- The Wall Street Journal Interactive Edition, February 9, 1999, DISNEY MAKES PUSH TO ELIMINATE EVER-EXPANDING JOB CONTRACTS, by Bruce Orwall

- The Wall Street Journal Interactive Edition, December 16, 1998 and Reuters News Wire, December 16, 1998: IMS HEALTH SETS OWNERSHIP REQUIREMENTS FOR SENIOR EXECUTIVES AND OUTSIDE DIRECTORS

- The New York Times, December 3, 1998, BIG OIL: THE NO. 2; MOBIL CHAIRMAN HAS PAY INCENTIVE TO SELL COMPANY, by David Cay Johnston

- Business Week, April 20, 1998, EXECUTIVE PAY: STOCK OPTIONS PLUS A BULL MARKET MADE A MOCKERY OF MANY ATTEMPTS TO LINK PAY TO PERFORMANCE

- Financial Times, March 9, 1998, COMPANIES & MARKETS: CROWNING KING GONG, by Richard Waters

PEARL MEYER & PARTNERS

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

- Fortune, December 8, 1997, THE PROBLEM WITH STOCK OPTIONS: PAY FOR UNDERPERFORMANCE by Shaifali Puri

- Business Week, April 21, 1997, EXECUTIVE PAY: TYING PAY TO PERFORMANCE IS A GREAT IDEA

- Business Week, March 31, 1997, WHERE PARTING IS SUCH A SWEET DEAL

- Fortune, March 31, 1997, CEO PAY: MOM WOULDN'T APPROVE by Thomas A. Stewart

- Business Week, April 22, 1996, HOW HIGH CAN CEO PAY GO?

- Business Week, March 18, 1996, GROSS COMPENSATION?  NEW CEO PAY FIGURES...

- The New York Times, February 22, 1996, GETTING WHAT THEY DESERVE?  NO PROFIT IS NO PROBLEM FOR HIGH-PAID EXECUTIVES

- Pensions & Investments, January 22, 1996, COMPENSATION - EQUITY STAKE FOR EXECS ON THE RISE

- The Wall Street Journal, January 17, 1996, INSIDERS PREFER TO SELL SHARES, NOT WAIT FOR UNREALIZED CAPITAL-GAINS TAX CUT, by Bridget O'Brian

- Investor's Business Daily, January 11, 1996, Executive Update, CEO BRIEFING - RECORD AMOUNT OF STOCK ALLOCATED FOR PAY PLANS

- The Wall Street Journal, January 3, 1996, Wednesday, BIG BONUSES LIKELY FOR CEOS ON WALL STREET, by Bridget O'Brian

- Philadelphia Inquirer, January 3, 1996, 10% OF ALL STOCK EARMARKED FOR COMPANIES' EXECUTIVES

- Bloomberg, January 2, 1996, EXECUTIVES LINE UP FOR MORE THAN 10% OF OUTSTANDING STOCK

- Business Week, December 25, 1995, THE BIG PICTURE; Pg. 8; MORE STOCK FOR PAY

- Pensions & Investments, November 13, 1995, SALARIES, BONUSES INCREASE - FINANCIAL SERVICES CONTINUES TO BE A WELL-PAYING FIELD

**PEARL MEYER** & **PARTNERS**

---

### PEARL MEYER
#### Partial List of Published Quotes and References
#### in Newspapers and Periodicals
#### January 1989 to November 2004

---

- The Wall Street Journal, November 2, 1995, CONCERNS ARE ALARMED BY TAX PROVISION IN SENATE'S BUDGET

- Fortune, September 18, 1995, STOCK OPTIONS DON'T WORK.  IF CEOS WANT SHARES LET >EM BUY SOME

- The Wall Street Journal, September 7, 1995, TIME WARNER'S BIG STOCK OPTION PLAN RAISES CONCERNS AMONG TURNER HOLDERS

- Fortune, July 24, 1995, THE BIG HANGOVER IN STOCK OPTIONS

- USA Today, July 18, 1995, CEOS TAKE STOCK OF RUN-UP

- Comp Flash, July 1995, CEO PAY INCREASES DECLINE

- Crain's New York Business, Financial, June 19, 1995, TAX LAW AXES CEO SALARIES

- The New York Times, June 15, 1995, TWO-TIER WALL STREET

- U.S. Banker, June, 1995, National Edition, Compensation; Pg. 73; PUTTING MORE PAY AT RISK, by Jeffrey Marshall

- BNA Pension & Benefits Reporter, SPECIAL REPORT - ACCOUNTING.  END APPEARS IN SIGHT IN LONG BATTLE OVER FASB PLAN TO EXPENSE STOCK OPTIONS; Vol. 22, No. 18; Pg. 1134; May 1, 1995

- The Wall Street Journal, April 28, 1995, STRATEGIES FOR PREVENTING POST-TAKEOVER DEFECTIONS

- Business Week, April 24, 1995, SPECIAL REPORT; Number 3421; Pg. 88; CEO PAY: READY FOR TAKEOFF, by John A. Byrne with Lori Bongiorno

- Business Week, April 17, 1995, NEWS, Analysis & Commentary:  EXECUTIVE SUITE; Number 3420; Pg. 41; HOW MUCH SHOULD IT TAKE TO KEEP THE BOARD ON BOARD?  by John A. Byrne

- Pensions & Investments, April 3, 1995, SHAREHOLDERS SWITCH PROXY BATTLE TACTICS

- Institutional Investor, April 1995, WALL STREET CHIEFTAINS COPE WITH THEIR PAPER DISTRESS

**PEARL MEYER** *C* **PARTNERS**

---

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

---

- Financial Times, March 2, 1995, Thursday, Pg. 17; Personal View: LEAVE EXECUTIVE PAY TO THE MARKET, by Martin Lipton and Adam Chinn

- ACA News, March 1995, 1994 TRENDS SHOW WHAT'S IN STORE FOR 1995

- The Wall Street Journal, January 19, 1995, Business Bulletin, New York.

- Investors Business Daily, December 21, 1994, Executive Update CEO Briefing; Pg. A4; FASB'S SOFTENED STANCE: The Financial Accounting

- The Houston Post, December 14, 1994, WEDNESDAY, FINAL EDITION, Pg. CI; MONEY TALKS, compiled from staff and wire reports

- New York Law Journal, December 14, 1994, Wednesday, TODAY'S NEWS UPDATE; Pg. 1

- Detroit News, December 11, 1994, Sec D; Pg. 2; SOME COMPANIES SERVE INVESTORS, OTHERS THEMSELVES, by Daniel Howes

- The Associated Press, December 5, 1994, Monday, PM cycle, BUSINESS NEWS, WASHINGTON

- The Buffalo News, December 5, 1994, Monday, City Edition, BUSINESS, TOP EXECS GETTING BIGGER BONUSES

- The Denver Post, December 3, 1994, Saturday, 1st Edition, Pg. D-01; IN BRIEF

- The Plain Dealer, December 3, 1994, Saturday, Final / All, BUSINESS Pg. 1C; BUSINESS BRIEFS - INTERNATIONAL, from wire reports

- The Record, December 3, 1994; Saturday; All Editions, BUSINESS; Pg. A21, CEO BONUSES UP 37% ANOTHER WINDFALL EXPECTED IN '95, The Associated Press, NEW YORK

- Sacramento Bee, December 3, 1994, METRO FINAL, BUSINESS; Pg. F1; CEO PAY CLIMBS 37 PERCENT

- The Times Union (Albany, NY), December 3, 1994, Saturday, Three Star Edition, Pg. BI 1; CEO BONUSES JUMP 37%, SURVEY SAYS, NEW YORK

- The Washington Times, December 3, 1994, Saturday, Final Edition, Part D; BUSINESS ROUNDUP; Pg. D5; BONUS CHECKS GET BIGGER, from wire dispatches and staff reports, NEW YORK

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

- AP Online, December 2, 1994; Friday, FINANCIAL PAGES, AP Financial News

- Bank Letter, August 29, 1994, LOOSE CHANGE; Vol. XVIII, No. 34; Pg. 10

- CORPORATE FINANCING WEEK, August 29, 1994, Vol. XX, No. 34; Pg. 6; COMPANIES SAY, NEVER MIND THE TAXES – OFFER TOP EXECS TOP PAY

- August 29, 1994, QUOTE OF THE WEEK; Vol. XX, No. 34; Pg. 10

- The American Banker, August 23, 1994, Tuesday, NEWS BRIEF; Pg. 2, FINANCIAL SERVICES CEOS AVERAGE $7.6M

- Detroit News, July 27,1994, Sec E; Pg. 1; COMPUWARE PAY CUTS PAY OFF, by Daniel Howes

- Information Bank Abstracts, WALL STREET JOURNAL, July 21, 1994, Thursday, Section A; Pg. 1, Column 5; BUSINESS BULLETIN, by Pamela Sebastian

- The Houston Chronicle, July 17, 1994, Sunday, 2 STAR Edition, BUSINESS; Pg, 2; MOST BOARDS PREFER TAXES OVER PAY CUTS

- The Houston Post, July 15, 1994, FRIDAY, FINAL EDITION, Pg. C10; TOP EXECS WANT PAY, DESPITE TAX: SURVEY, Bloomberg Business News

- Crain's New York Business, June 20, 1994, Pg. 17; BONUSES PAY FOR TOP CEOS $1 MILLION IS WHAT IT TAKES IN THIS EXCLUSIVE GROUP, by Miriam Leuchter

- The American Banker, June 17, 1994, Friday, REGIONAL BANKING; Pg. 5; CHEMICAL SPREADS WEALTH WITH STOCK OPTION PLAN, by Jeanne Iida

- Newsday, June 14, 1994, Tuesday, ALL EDITIONS, BUSINESS; Pg. A41; LIKE, BEN & JERRY'S, THEY NEED A CEO, MAN, by Mary Voboril

- Los Angeles Times, May 29, 1994, Sunday, Home Edition, Business; Part D; Pg. 1, Column 5; Financial Desk, SPECIAL REPORT:  EXECUTIVE PAY; IT'S ALL IN HOW YOU LOOK AT IT

- USA TODAY, May 10,1994, Tuesday, Final Edition, MONEY; Pg.4B; COMPANIES BOW TO PRESSURE ON CEO PAY / TAX CHANGE GIVES A NUDGE, by Eric D. Randall

- Business Week, April 25, 1994, SPECIAL REPORT, Number 3368; Pg. 52; THAT EYE-POPPING EXECUTIVE PAY, by John A. Byrne with Lori Bongiorno and Ronald Grover

Case 1:05-cv-00298-JJF    Document 25-3    Filed 07/25/2005    Page 24 of 39
Case 2:01-cv-03744-JAR-MCA    Document 72    Filed 03/07/2005    Page 23 of 29
Page 9 of 15

PEARL MEYER & PARTNERS

---

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

---

- Business Week, April 25, 1994, SPECIAL REPORT; Number 3368; Pg. 57; THAT'S SOME PAY CAP, BILL, by John A. Byrne

- The American Banker, April 22, 1994, Friday, COMMUNITY BANKING; Pg. 5; FLEET SHAREHOLDERS ADOPT PLAN TYING BONUS'S TO PERFORMANCE AND SATISFYING AN IRS RULE, by Jeanne Iida

- Detroit News, April 17, 1994, Sec D, Pg 1; EXEC SALARIES CLIMB DESPITE BONUS TRIMS, by Daniel Howes

- The San Francisco Examiner, April 12, 1994, Tuesday: Fourth Edition, BUSINESS; Pg. D-1; TOP-EXEC PAY GOING UP FASTER THAN MOST; MIDDLE MANAGERS FRET ABOUT THEIR JOBS

- Fortune, April 4, 1994, Domestic Edition, NEWS/TRENDS; Pg. 12; A NEW BALL GAME FOR BASEBALL, by Justin Martin

- GANNETT NEWS SERVICE, March 28, 1994, Monday, EXECUTIVE PAY PEGGED TO COMPANY PERFORMANCE, by Daniel Howes

- Chicago Tribune, March 21, 1994, Monday, NORTH SPORTS FINAL EDITION, BUSINESS; Pg. 3; ZONE: C; Market report, EXECS' BIGGEST FEAR: STOCK OPTION ACCOUNTING RULE, by Bill Barnhart

- Sun-Sentinel (Fort Lauderdale), March 20, 1994 SUNDAY, ALL EDITION, Pg. 3G; SPOUSES LOOK INTO CONTRACTS AT-HOME EX LIKELY ENTITLED TO PERKS, Newsday

- Newsday, March 17, 1994, Thursday, Nassau and Suffolk Edition, BUSINESS; SMART MONEY; Pg. 59; Other Edition: City Pg. 49; DIVORCE COURT IS IN SESSION, '90S STYLE; DIGGING DEEPER INTO SPOUSE'S FINANCES, by H.J. Cummins

- The Atlanta Journal and Constitution, March 4, 1994, BUSINESS; Section D, Page 1; STOCK MARKET'S STEADY CLIMB COULD PRODUCE HUGE PAY PACKAGES FOR MANY EXECUTIVES, by Tom Walker

- Investor's Business Daily, March 2, 1994, CEO BRIEF; Pg. 4

- GANNETT NEWS SERVICE, February 22, 1994, Tuesday, BONUSES DESIGNED TO LINK COMPENSATION TO PERFORMANCE, by Daniel Howes

- Investor"s Business Daily, February 9, 1994, CEO BRIEF

A Clark Consulting Practice

PEARL MEYER & PARTNERS

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

- Investor''s Business Daily, December 27, 1993, CEO BRIEF; Pg. 4

- Investor's Business Daily, December 15, 1993, CEO BRIEF; Pg. 4

- Investor's Business Daily, December 3, 1993, EXECUTIVE UPDATE; COMPENSATION; Pg. 4; by Caren Chesler

- Fortune, November 15, 1993, Domestic Edition, NEWS/TRENDS; Pg. 14; STOCKING UP STOCK TO OPTION, by Mark D. Fefer

- The New York Times, October 31, 1993, Sunday, Late Edition - Final, Section 8, Page 11, Column 2; Sports Desk, BACKTALK:  FROM BASEBALL AND APPLE PIE TO GREED AND SKY BOXES, by John Underwood

- U.S. Banker, October 1993, National Edition, SHORT TAKES; Pg. 8; MORE OPTIONS, by Jeffrey Marshall and Joseph Radigan

- Automotive News, August 2, 1993.  INSIGHT- Compensation-, Pg. 101; CASH FOR CARING; MORE SUPPLIER EXECUTIVES FIND THEIR BONUSES TIED TO KEEPING OEM CUSTOMERS SATISFIED, by Liz Pinto

- St. Louis Post-Dispatch, July 12, 1993, MONDAY, FIVE-STAR Edition, EVERYDAY MAGAZINE; Pg. 3D; PEOPLE TO PEOPLE

- WWD (Women's Wear Daily), June 2, 1993, Vol. 165; No. 105; Pg. 8; SA'S BIG BUCKS; SEVENTH AVENUE, SURVEY OF 1992 APPAREL INDUSTRY EXECUTIVE COMPENSATION, by Jeff Siegel

- Investor''s Business Daily, May 6, 1993, EXECUTIVE UPDATE; RECRUITING; Pg. 4; by Reuters

- Sacramento Bee, May 5, 1993, METRO FINAL, BUSINESS; Pg. F1; CAMPBELL EXECS GET BIGGER STAKE IN FIRM, ITS FUTURE, Gannett News Service

- The Reuter Business Report, May 4, 1993, Tuesday, BC cycle, WORLD'S BIGGEST COMPANIES HEADHUNT IN RIVALS' BOARDROOMS, by Gary Seidman

- Pensions & Investments, May 3, 1993, Pg. 41; CEOs RECEIVED 6% OF OPTIONS IN 1992

- The Plain Dealer, May 2, 1993, Sunday, FINAL / ALL, BUSINESS; Pg. 1 E; HONESTLY, TELLING ALL CAN'T HURT THE FIRM; HONEST BOOKKEEPING IS AIM OF NEW RULES, by David Pauly

A Clark Consulting Practice

PEARL MEYER & PARTNERS

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

- Automotive News, April 26, 1993, Pg. 1, GM EXECS' PAY WILL TEST LOYALTY, by Liz Pinto

- Automotive News, April 26, 1993, Pg. 40, GM NON-COMPETE PACT: PROTECTION OR HARASSMENT?, by Liz Pinto

- The Associated Press, April 15, 1993, Thursday, PM cycle, Business News, AS PAY PACKAGES ROLL IN, SHIFT SEEN TOWARD PERFORMANCE INCENTIVES, by Stefan Fatsis

- Investor's Business Daily, April 12, 1993, EXECUTIVE UPDATE; COMPENSATION; Pg. 4; by Caren Chesler

- The Associated Press, April 8, 1993, Thursday, PM cycle, Business News, ACCOUNTING BOARD PROPOSES COMPANIES TAKE CHARGE ON STOCK OPTIONS, by Larry Rosenthal

- The Reuter Business Report, April 7, 1993, Wednesday, BC cycle, ACCOUNTING BOARD SAYS STOCK OPTIONS ARE A COMPANY COST, by Cal Mankowski

- Reuters, April 7, 1993, Wednesday, BC cycle, Financial Report, U.S. CORPORATIONS FACE CONTROVERSY ON OPTIONS

- Pensions & Investments, April 5, 1993, SPECIAL REPORT: 1993 PROXY SEASON; Pg.16; GOVERNANCE ISSUES FILL '93 PROXIES, by Marlene Givant Star

- Pensions & Investments, March 8, 1993, Pg. 17; THE PAY-PERFORMANCE LINK; MORE COMPANIES LOOKING AT EXECUTIVE COMPENSATION, by Marlene Givant Star

- Information Week, February 15, 1993, SUPPLEMENT EXECUTIVE NOTEBOOK; Pg. 55; A BIGGER SLICE FOR SOME, edited by John P. McPartlin

- The National Law Journal, February 8, 1993, BUSINESS WATCH; Newsline; Pg. 21; BETTER PAY AT THE TOP

- The Associated Press, December 31, 1992, Thursday, AM cycle, Business News, INCENTIVE PLAN COULD NET EMERSON ELECTRIC BOSS $ 6 MILLION

- The Washington Post, December 31, 1992, Thursday, Final Edition, METRO; Pg. DI1; DIGEST; from news services and staff reports

PEARL MEYER
&
PARTNERS

---

### PEARL MEYER
**Partial List of Published Quotes and References
in Newspapers and Periodicals
January 1989 to November 2004**

---

- Reuters, December 29, 1992, Tuesday, BC cycle, Financial Report, STOCK OPTIONS A TOP EXEC COMPENSATION TOOL - SURVEY

- Crain's New York Business, September 14, 1992 - September 20, 1992, Pg. 1; '93 PAY HIKES IN N.Y. WILL BE LOWEST IN YEARS, by Alan Breznick

- Orlando Sentinel Tribune, July 30, 1992, Thursday, 3 STAR, ORANGE EXTRA 4; Pg. 17

- WWD (Women's Wear Daily), June 23, 1992, Vol. 163 ; No. 122 ; Pg. 1; ISSN: 01 49-5380, APPAREL CEO SALARIES OFF 7.1% IN 1991; CLOTHING INDUSTRY CHIEF EXECUTIVE OFFICERS, by Thomas J. Ryan

- Copyright 1992 Financial World Partners, Financial World, May 26, 1992, COVER STORY; CEO Pay; Pg. 30; ROLLING WITH THE RISK TAKERS, by Adrienne Linsenmeyer-Hardman and Leland Montgomery

- Investor's Business Daily, May 11, 1992, Executive Update; Leadership; Pg. 4; DIVIDING POWER:  SHOULD CEOS DOUBLE AS CHAIRMEN?, by Robert Corrigan

- The Reuter Business Report, February 24, 1992, Monday, BC cycle, IBM SAYS IT MAY CUT TOP BOSSES' PAY BY 40 PERCENT, by Jeremy Gaunt

- The American Banker, December 30, 1991, Monday, Pg. 2; SOUND OFF, by Jeanne Iida

- Newsday, December 8, 1991, Sunday, NASSAU AND SUFFOLK EDITION, BUSINESS; Pg. 86; Other Edition:  City Pg. 78; WORKBOOK, by H.J. Cummins

- Newhouse News Service, BUSINESS; INDUSTRY; EXECUTIVE; INCOME; RECESSION- UNEMPLOYMENT, CONSTRUCTION; INDUSTRY

- The Reuter Business Report, November 15, 1991, Friday, BC cycle, SURVEY SHOWS U.S. COMPANIES TAKING CEOS TO TASK ON PERFORMANCE, by David Morgan

- Investor"s Business Daily, November 13, 1991, Executive Update; Your Career; Pg. 10; EARLY RETIREMENT IS AN OFFER MORE PEOPLE ARE GETTING, by Michelle Laque Johnson

- Newsday, October 13,1991, Sunday, NASSAU AND SUFFOLK EDITION, BUSINESS; Pg. 106; Other Edition:  City Pg. 94; WORKBOOK, H.J. Cummins

- Fortune, October 7, 1991, Domestic Edition, NEWS/TRENDS; Pg. 14; POSTHUMOUS PAYCHECKS FOR CHIEF EXECUTIVES, by Stephanie Losee

PEARL MEYER & PARTNERS

## PEARL MEYER
### Partial List of Published Quotes and References
### in Newspapers and Periodicals
### January 1989 to November 2004

- New York Law Journal, October 3,1991, Thursday, TODAY'S NEWS UPDATE; Pg. 1

- ABA Banking Journal, October 1991, UPDATE; Pg. 7; SALARIES DOWN FOR LARGE N.Y. BANKS

- Crain's New York Business, September 9, 1991, Pg. 1; N.Y. FIRMS PLAN 5% PAY HIKES FOR NEXT YEAR, by Ylonda Gault

- Investor's Daily, August 21, 1991, Executive Update; Pg. 8; EXECUTIVE UPDATE

- Crain's New York Business, August 19, 1991, FINANCIAL; Pg. 11; WHY BANKER TOM JOHNSON IS OUT OF A JOB, by Robert McNatt

- Penton/IPC, Industry Week, August 5, 1991, MEMOS; Pg. 8; BENCHMARK FOR COMPENSATION, edited by Tracy E. Benson

- Computer Reseller News, July 15, 1991, NEWS BUSINESS AND FINANCIAL; Pg. 31; A TYPICAL SEVERANCE PACKAGE:  JWP DEAL WOULD NOT BE SWEET - NORMAN'S THIN PARACHUTE, by Elliot Markowitz

- Across the Board July 1991, Vol. 28 ; No. 7-8 ; Pg. 18; ISSN:  0147-1554; UP, UP, AND AWAY; EXECUTIVE COMPENSATION; includes related articles on customer satisfaction bonuses, German and Japanese executives, by Beth Enslow

- Pensions & Investments, May 13, 1991, Pg. 42; APPLE CFO TOPS LIST IN '90 SALARY DERBY, by Marlene Givant Star

- The Associated Press, April 21, 1991, Sunday, BC cycle, Business News, RECESSION BRINGS LOWER PAY FOR MANY CEOS, by Mariann Caprino

- USA TODAY, April 9,1991,Tuesday, FINAL EDITION, NEWS; Pg. 1A; SALARIES SIGN OF BASEBALL'S BIG BUSINESS, by John Hillkirk and Martha T. Moore

- GANNETT NEWS SERVICE, April 8, 1991, Monday, ARE BALL PLAYERS WORTH MILLIONS?  by John Hillkirk and Martha T. Moore

- Copyright 1991 Penton/IPC, Industry Week, March 18, 1991, MEMOS; Pg. 11; CEO, JUSTIFY THYSELF, Edited by Tracy E. Benson

- Investor's Daily, March 1, 1991, EXECUTIVE UPDATE; Pg. 8

PEARL MEYER & PARTNERS

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to November 2004**

- The New York Times, January 27, 1991, Sunday, Late Edition - Final, Section 3; Pg. 25, Column 3; Financial Desk, Managing; EXECUTIVES, TAKE YOUR RISKS, by Claudia H. Deutsch

- The Reuter Business Report, December 4, 1990, Tuesday, BC cycle, HOW SMALL BUSINESSES CAN SURVIVE THE COMING MISERY, by Jeremy Gaunt

- The American Banker, November 8, 1990, Thursday, MANAGEMENT; Pg. 8; PAY AND PERKS: TOP BANKERS PUSHING FOR MORE PROTECTION, by Jeffrey Marshall

- USA TODAY, August 14, 1990, Tuesday, FINAL EDITION, MONEY, HEINZ CHAIRMAN GETS 'PLATINUM CARROT', by Denise Kalette

- The New York Times, August 12, 1990, Sunday, Late Edition - Final, Section 3, Pg. 25, Column 3; Financial Desk, Managing; KEEPING THE TALENTED PEOPLE, by Claudia H. Deutsch

- The Washington Post, August 5, 1990, Sunday, Final Edition, OUTLOOK; Pg. D3; OUTPOST, WHAT'S YOUR BOSS WORTH? 35 TIMES YOUR SALARY? 1,000 TIMES?  THE WORKFORCE GETS ANGRY, by Joani Nelson-Horchler

- Penton/IPC, Industry Week, June 18, 1990, FEATURES; Compensation; Pg. 28; THE PAY REVOLT BREWS, by Joani Nelson-Horchler

- The New York Times, June 9, 1990, Saturday, Late Edition - Final, Section 1; Page 33, Column 5; Financial Desk, $9 MILLION FOR GREENWALD IN UAL BUYOUT EFFORT, by Agis Salpukas

- WWD (Women's Wear Daily), May 22, 1990, Vol. 159 ; No. 100; Pg. 13; ISSN: 0149-5380, MEYER HITS UNEVEN RETAIL PAY SCALE; PEARL MEYER AND PARTNERS: RETAIL TRADE MIDDLE MANAGERS, by Samuel Feinberg

- Chicago Tribune, May 20, 1990, Sunday, FINAL EDITION, BUSINESS; Pg. 14A; ZONE: W, VALUES JOIN VALUE IN BONUS EQUATION, New York Times News Service

- The New York Times, May 20, 1990, Sunday, Late Edition - Final, Section 3, Part 2, Pg. 29, Column 1; Careers Supplement, Managing; USING MONEY TO CHANGE EXECUTIVE BEHAVIOR, by Claudia H. Deutsch

- Investor's Daily, March 27, 1990, Your Finances; Pg. 8; PENSIONS AT RISK: BUYOUT, BANKRUPTCY CAN RUIN PLANS; ERISA's COVERAGE CEILING LEAVES LARGE-SCALE BENEFITS VULNERABLE - AND CONGRESS MAY BRING THAT LIMIT DOWN, by Michelle Laque Johnson

**PEARL MEYER**

### PEARL MEYER
### Partial List of Published Quotes and References
### in Newspapers and Periodicals
### January 1989 to November 2004

- The Associated Press, February 23, 1990, Friday, BC cycle, Business News, BONUSES AT DYING DREXEL SHOW HOW WALL STREET'S SKEWED PAY SYSTEM WORKS, by Rick Gladstone

- BNA Pension & Benefits Reporter, NEWS RETIREE HEALTH. IRS RULING ON DEDUCTIBLE CONTRIBUTIONS FOR PREFUNDING BENEFITS MAY BE REPEALED, Vol. 16, No. 25, Pg. 1033; June 19, 1989

- The New York Times, June 18, 1939, Sunday, Late Edition - Final, Section 3; Pg. 8, Column 3; Financial Desk, PERSONAL FINANCE; PAYING A PENALTY FOR A GOLDEN PARACHUTE, by Carole Gould

- The New York Times, June 11, 1989, Sunday, Late Edition - Final, Section 6, Part 2, Pg. 10, Column 1; Business World Magazine, TO START WITH ...; EVERYBODY'S GETTING A PIECE OF THE ACTION, by Peter McKenna

- PR Newswire, April 11, 1989, Tuesday, LEADING COMPENSATION ADVISER PEARL MEYER ANNOUNCES LAUNCH OF CONSULTING FIRM, NEW YORK, April

- The New York Times, April 9, 1989, Sunday, Late City Final Edition, Section 3, Pg. 13, Column 1; Financial Desk, PERSONAL FINANCE; SHAKING UP EXECUTIVE COMPENSATION, by Carole Gould

# EXHIBIT 7

shaev30705

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL NO. 01-3744

DAVID B. SHAEV,                    :
                                   : TRANSCRIPT OF PROCEEDINGS
        Plaintiff,                 :
                                   :
    -vs-                           :
                                   :
LAWRENCE SAPER,                    :
                                   :
        Defendant.                 :
- - - - - - - - - - - - - - - -

                        Newark, New Jersey
                        March 7, 2005

B E F O R E:

        THE HONORABLE JOEL A. PISANO
    UNITED STATES DISTRICT COURT JUDGE


        A p p e a r a n c e s:

        BALLON STOLL BADER & NADLER
        BY:  A. ARNOLD GERSHON, ESQ.,
             DWIGHT YELLEN, ESQ.,
             NATALIE MARCUS, ESQ.,
        For the Plaintiff.

        SHERMAN & STERLING
        BY:  ALAN S. RABINOWITZ, ESQ.,
             For the Defedant.



        Pursuant to Section 753 Title 28 United States Code,
the following transcript is certified to be an accurate
record as taken stenographically in the above-entitled
proceedings.


                        Joanne M. Caruso, CSR, CRR
                        Official Court Reporter
                        (908)334-2472


JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, NEWARK, N.J.
[]
2

shaev30705
March 7, 2005

2          THE CLERK:  David B. Shaev v. Lawrence Saper,

3     civil action number 01-3744.

4          THE COURT:   We have Shaev against Saper.  Please

5     enter your appearances.

6          MR. GERSHON:  My name is Arnold Gershon, with the

7     firm of BallonStollBader&Nadler.

8          With me this morning are Dwight Yellen and Natalie

9     Marcus.

10          MR. YELLEN:  Dwight Yellen.

11          We represent the plaintiff.

12          MR. RABINOWITZ:  If it please the Court, Alan

13     Rabinowitz, Sherman & Sterling.  We represent Datascope,

14     individual defendants Messrs. Abramson, Altschiller, Grayzel,

15     Heller and Nash.

16          THE COURT:   All right.  Good morning.

17          This is the return date of an application for the

18     Court to approve the settlement that has been proposed here

19     in this case.  This, of course, being the case that requires

20     Court approval of the settlement because it is in the nature

21     of a derivative claim.

22          And I have received the memorandum that the parties

23     have submitted in support of the settlement, along with a

24     form of stipulation of settlement, which includes a release.

25          Mr. Gershon, if I may, would you kindly summarize


JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, NEWARK, NJ

3


1     the terms of the settlement, even though I've read these

2     papers, so the record is clear?  I would appreciate it.

3          MR. GERSHON:  Very well.
                    Page 2

shaev30705

4          THE COURT:   Put the pertinent terms on the record.

5          MR. GERSHON:   The terms of the settlement include a

6    reduction of the future bonus of the chief executive officer,

7    an immediate reduction of the value of his retirement benefit

8    and a cash payment of $925,000.

9              Following the expressed wishes of the Third

10   Circuit, in the General Motors case, 55 Fed. 3d, we undertook

11   to have an evaluation made of the reduction of the bonus for

12   the chief executive officer.  We engaged the well-known,

13   highly-respected compensation consulting firm Pearl Meyer and

14   partners and they prepared an evaluation of this asset in the

15   amount of $2,265,000.  We have submitted to the Court a copy

16   of the affidavit of Pearl Meyer itself.  We have an original

17   of that should it please the Court to file that with the

18   record.  We can hand that up now.

19         THE COURT:   Yes, I would suggest that you do file

20   the original of that.  I've reviewed it.

21         MR. GERSHON:   Should we hand it up now or just

22   file?

23         THE COURT:   You can hand it up after we conclude

24   the proceeding.

25         MR. GERSHON:  Okay.


JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, NEWARK, NJ

                                                        4


1              She undertook to evaluate.  It was an asset that

2    required her particular expertise and the expertise of her

3    firm in determining that value.

4              The value of the retirement benefit reduction was

5    stipulated.  We would reduce the benefit in an amount so that

shaev30705

6    it would result in a half million dollar reduction of the

7    liability that appears on the balance sheet of the company

8    for the retirement benefits, and that would be done in

9    accordance with the stipulation of settlement.

10    Finally, there is a cash payment to the company

11    from the insurance carrier for the Directors and Officers

12    Liability Insurance in the amount of $925,000.

13    THE COURT:    All right.

14    Now, that cash payment represents the request that

15    you made for counsel fees and reimbursement of expenses?

16    MR. GERSHON:    It does, your Honor.

17    THE COURT:    So that the cash going into the

18    settlement fund is not coming from the corporation or from

19    the stockholders?

20    MR. GERSHON:    That is correct, your Honor.

21    THE COURT:    All right.

22    Thank you.

23    Mr. Rabinowitz, anything you would like to add to

24    that?

25    MR. RABINOWITZ:    I believe Mr. Gershon ably


JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, NEWARK, NJ

▯                                                                    5


1    summarized the terms of the settlement.

2    THE COURT:    All right.

3    Well, as I indicated, Rule 23 requires the Court to

4    approve any proposed settlement of a claim of this nature and

5    the General Motors case has been cited by counsel.

6    I also refer to the seminol case of Girsch, the

7    Girsch case of the Third Circuit which includes a series of

8    standards and factors that the Court ought to consider.    It

Page 4

shaev30705

9   bears a little use for me to simply recite those factors for

10  the record and I will be filing a short memorandum opinion

11  which confirms and ratifies the findings that I'm going to

12  make, but I also understand that there's been no objection

13  made to the settlement.

14          Is that correct, Mr. Gershon?

15          MR. GERSHON:  That is correct, your Honor.

16          THE COURT:   Notice has been given to all the

17  stockholders?

18          MR. GERSHON:  Yes, it has, your Honor.

19          THE COURT:   Well, there are a couple of things,

20  among the Girsch factors the Court must take into account:

21  The risks that both sides faced were the case to go through

22  litigation.  I think this is an interesting and unusual case

23  where it's clear that both sides had significant exposure,

24  and this mitigates significantly to me in favor of approving

25  the settlement.  Indeed, this is a case where the defendant

⬜

1   succeeded in having the Court dismiss this complaint, only to

2   have that order reversed by the Court of Appeals requiring

3   then the parties to undergo significant efforts in discovery

4   and facing a trial where it certainly wasn't a foregone

5   conclusion that either side was going to prevail,

6   particularly where my dismissal order was on a 12(b)(6)

7   motion, so that the facts really hadn't been developed at

8   all.

9           So I think both sides certainly faced significant

10  risks were the case not to be settled and to go through the

shaev30705

11  entire course of litigation.

12          I think that is the most significant Girsch factor

13  which mitigates in favor of approving this settlement.

14          I also take into account the fact that notice has

15  been given to the shareholders and there has not been any

16  objection made by any of them.

17          I also find and make a fact finding that there is a

18  financial benefit to the company that has been summarized by

19  counsel.

20          And, lastly, I think the component of the

21  settlement which has a specific cash value, namely the

22  $925,000 infusion that comes from the D&O policy will be a

23  benefit that is not burdening the stockholders or the company

24  in any way.

25          I also take into account, by the way, in reviewing


JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, NEWARK, NJ

⬜                                                                    7


1   the application for counsel fees and reimbursement of

2   expenses, that Mr. Gershon has based that application, as he

3   should, under Third Circuit jurisprudence on both percentage

4   of the fund theory and the lodestar crosscheck.

5           When one takes into account the financial value of

6   the case, which is set forth in the Pearl Meyer report and

7   affidavit, and the Court adopts that, by the way.  I find and

8   conclude that it is trustworthy and reliable.  When one takes

9   into account the cash value that is placed on this entire

10  settlement by the Pearl Meyer report and affidavit, the

11  counsel fee that is being requested here is certainly

12  reasonable if it were to be based upon the percentage of the

13  fund theory and interestingly enough, we have an unusual

shaev30705

14    circumstance here, and to Mr. Gershon and his firm's credit,

15    we have a lodestar check which reveals that the requested fee

16    is below what the lodestar would have revealed.

17              I find, first of all, the lodestar to be based on

18    reasonable hourly fees.  I've reviewed the affidavit of

19    services and find all of the tasks to have been necessary and

20    reasonably undertaken.  So this is the unusual case where

21    there is a perfectly legitimate application for counsel fees

22    that is for less than the lodestar would have resulted in.

23              I have no difficulty in approving the settlement

24    ultimately and I further have no difficulty in approving the

25    application for fees and reimbursement of costs.


JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, NEWARK, NJ

□

8


1              I've reviewed also the affidavit services to review

2    the items and specifics of the cost and expenses that are

3    being claimed and they appear to me to be perfectly

4    reasonable.

5              That being said, I want to thank everybody for your

6    efforts.  The Court will approve this settlement and execute

7    the proposed forms of order.

8              I will be filing, as I've indicated, a very brief

9    memorandum opinion which summarizes and includes that the

10    settlement is fair and reasonable; that adequate and

11    reasonable notice has been given to all of the interested

12    parties and stockholders and the settlement will ultimately

13    be approved.

14              MR. GERSHON:  Thank you, your Honor.

15              MR. RABINOWITZ:  Thank you.

Page 7

shaev30705

16          THE COURT:    Is there any emergence to me signing

17   these papers?

18          MR. GERSHON:  We have forms of the order to hand

19   up.

20          THE COURT:    Hand it up.

21          Thank you all.

22          (Matter concluded.)

23

24

25


     JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, NEWARK, NJ