IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD,<br><br>        Plaintiff,<br><br>vs.<br><br>CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION,<br><br>        Defendants. | Case No.: 05-298 (JJF)<br><br>Jury Trial Demanded |

**COMPENDIUM OF UNREPORTED DECISIONS IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| OF COUNSEL:<br><br>Michael D. Torpey<br>James N. Kramer<br>Susan D. Resley<br>Kenneth P. Herzinger<br>Erin L. Bansal<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard St.<br>San Francisco, CA 94105<br>(415) 773-5700<br><br>Dated: July 25, 2005 | Stephen C. Norman (#2686)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>P.O. Box. 951<br>Wilmington, DE 19899-0957<br>(302) 984-6000<br><br>Attorneys for defendants Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, Andrew S. Grove, and nominal defendant Intel Corporation |

## CASES

*Ash v. McCall,*
    No. Civ. A. 17132, 2000 WL 1370341 (Del. Ch. Sept. 15, 2000) ............................1

*Bond Opportunity Fund v. Unilab Corp.,*
    No. 99 Civ. 11074, 2003 WL 21058251 (S.D.N.Y. May 9, 2003),
    *aff'd,* 87 Fed. Appx. 772 (2d Cir. 2004) ..................................................................2

*Boyer v. Wilmington,*
    No. Civ. A. 12549, 1997 WL 382979 (Del. Ch. June 27, 1997) ..............................3

*Glassman v. Wometco Cable TV, Inc.,*
    No. Civ. A. 7307, 1989 WL 1160 (Del. Ch. Jan. 6, 1989) .......................................4

*In re Splash Tech. Holdings, Sec. Litig.,*
    No. C99-00109 SBA, 2000 WL 1727377 (N.D. Cal. Sept. 29, 2000) .....................5

*In re Western Nat'l Corp. S'holder Litig.,*
    No. 15927, 2000 WL 710192 (Del. Ch. May 22, 2000) ..........................................6

*In re Wheelabrator Techs., Inc. S'holder Litig.,*
    No. Civ. A. 11495, 1990 WL 131351 (Del. Ch. Sept. 6, 1990) ...............................7

*Seagraves v. Urstact Prop. Co.,*
    No. Civ. A. 10307, 1996 WL 159626 (Del. Ch. Apr. 1, 1996) ................................8

*Shaev v. Hampel,* No. 99 Civ. 10578,
    2002 WL 31413805 (S.D.N.Y. Oct. 25, 2002),
    *aff'd,* 74 Fed. Appx. 154 (2d Cir. 2003) .................................................................9

*Shaev v. Saper,*
    No. 02-2206, 2002 WL 32817147 (3d Cir. Aug. 21, 2002) ....................................10

*Skeen v. Jo-Ann Stores, Inc.,*
    No. Civ. A. 16836, 1999 WL 803974 (Del. Ch. Sept. 27, 1999),
    *aff'd,* 750 A.2d 1170 (Del. 2000) ..........................................................................11

*Tomczak v. Morton Thiokol, Inc.,*
    No. Civ. A. 7861, 1990 WL 42607 (Del. Ch. Apr. 5, 1990) ..................................12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on July 25, 2005, the within document was filed under seal with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**HAND DELIVERY**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com