IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-298(JJF) |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, D. | ) | |
| JAMES GUZY, REED E. HUNDT, | ) | |
| PAUL S. OTELLINI, DAVID S. | ) | |
| POTTRUCK, JANE E. SHAW, JOHN L. | ) | |
| THORNTON, DAVID B. YOFFIE, | ) | |
| ANDREW S. GROVE, and | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPENDIUM OF UNREPORTED DECISIONS IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

FOX ROTHSCHILD LLP
Francis G.X Pileggi (No. 2624)
Sheldon K. Rennie (No. 3772)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 655-3667
Fax: (302) 656-8920
fpileggi@foxrothschild.com
srennie@foxrothschild.com
Attorneys for Plaintiff

Of Counsel:

BALLON STOLL BADER & NADLER, P.C.
A. Arnold Gershon, P.C.
A. Arnold Gershon, Esq.
1450 Broadway, 14th Floor
New York, New York 10018

Dated: July 26, 2005

WM1A 60697v1 07/26/05

## **CASES**

*Fink v. Komansky*,
    2004 WL 2813166 (S.D.N.Y.) .................................................................................................1

*Leung v. Schuler*,
    2000 WL 264328 (Del. Ch.) ...................................................................................................2

*In re: Tri-Star Pictures, Inc., Litigation*,
    1990 WL 82734 (Del. Ch.) .....................................................................................................3

*Siegman v. Tri-Star Pictures, Inc.*,
    1989 WL 48746 (Del. Ch.) .....................................................................................................4

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2005, I electronically filed the foregoing Compendium of Unreported Decisions in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen Norman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 60703v1 07/26/05