

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Stephen C. Norman**
Partner
Attorney at Law
snorman@potteranderson.com
302 984-6038 Direct Phone
302 658-1192 Fax

July 27, 2005

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:   Frank D. Seinfeld v. Craig R. Barrett, et al.,
             D. Del., C.A. 05-298-JJF

Dear Judge Farnan:

      Enclosed please find a revised version of Defendants' Opposition to Plaintiff's Motion for Summary Judgment which was filed under seal on July 25, 2005. The only change to the brief was to add the word "deductible," which was inadvertently omitted from the brief on page 15. It is our understanding that the original brief will be replaced by the revised version and that the same docket number assigned.

      Respectfully,

      Stephen C. Norman (#2686)

SCN:mp/692205
Enclosure
cc:   Clerk of the District Court (By E-File)
       Francis G. X. Pileggi, Esquire (By E-File)