IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRAIG R. BARRETT, CHARLENE )<br>BARSHEFSKY, E. JOHN P. BROWNE, )<br>D. JAMES GUZY, REED E. HUNDT, )<br>PAUL S. OTELLINI, DAVID S. POTTRUCK, )<br>JANE E. SHAW, JOHN L. THORNTON, )<br>DAVID B. YOFFIE, ANDREW S. GROVE, )<br>and INTEL CORPORATION, )<br>)<br>Defendants. ) | C. A. No. 05-298-JJF |

## STIPULATION AND ORDER EXTENDING TIME

The parties, by their undersigned counsel, hereby stipulate and agree, subject to approval by the Court, to the following extensions of time:

(i) through and including August 5, 2005 for plaintiff to file his Reply Brief in Further Support of his Motion for Summary Judgment; and

(ii) through and including August 5, 2005 for defendants to file their Reply Briefs in Further Support of their Motions to Dismiss.

| | |
|---|---|
| FOX ROTHSCHILD LLP | POTTER ANDERSON & CORROON LLP |

By _/s/ F.G.X. Pileggi 7-29-05_
Francis G.X. Pileggi (I.D. #2624)
Sheldon K. Rennie (I.D. #3772)
919 North Market Street, Suite 1300
P. O. Box 2323
Wilmington, Delaware 19899-2323
(302) 655-3667
E-mail: fpileggi@foxrothschild.com

Attorneys for Plaintiff

By _/s/ Stephen C. Norman_
Stephen C. Norman (I.D. #2686)
Brian C. Ralston (I.D. #3770)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

Attorneys for Defendants

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

692527