IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | |
| D. JAMES GUZY, REED E. HUNDT, | ) | **PUBLIC VERSION** |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANREW S. GROVE, | ) | |
| and INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF CRAIG R. BARRETT
IN SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Michael D. Torpey
James N. Kramer
Susan D. Resley
Kenneth P. Herzinger
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Dated: July 28, 2005
Public Version dated: August 1, 2005

POTTER ANDERSON & CORROON LLP
Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FRANK D. SEINFELD,                          )
                                            )
            Plaintiff,                      )
                                            )
      vs.                                   )        Case No.: 05-298 (JJF)
                                            )
CRAIG R. BARRETT, CHARLENE                  )
BARSHEFSKY, E. JOHN P. BROWNE,              )        Jury Trial Demanded
D. JAMES GUZY, REED E. HUNDT,               )
PAUL S. OTELLINI, DAVID S. POTTRUCK,        )
JANE E. SHAW, JOHN L. THORNTON,             )
DAVID B. YOFFIE, ANDREW S. GROVE, and       )
INTEL CORPORATION,                          )
                                            )
            Defendants.                     )

## DECLARATION OF CRAIG R. BARRETT IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Craig R. Barrett, declare as follows:

1.    I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to those facts.

### Background

2.    I have been a member of the Board of Directors ("Board") of Intel Corporation ("Intel") since 1992. On May 18, 2005, I became Intel's Chairman of the Board. I am also a member of the Board's Executive Committee. From 1998 to May 18, 2005, I served as Intel's Chief Executive Officer.

3.    I joined Intel in 1974. In 1984, I became Vice President, and then in 1985 General Manager of the Components Technology and Manufacturing Group. I became a Senior Vice President in 1987 and General Manager of the Microcomputer Components Group in 1989. I was an Executive Vice President from 1990 to 1997, Chief Operating Officer from 1993 to 1997 and President from 1997 to 2002.

DOCSSFI:824074.1

The 2005 Proxy Statement

REDACTED

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DOCSSF1:824694.1

** TOTAL PAGE.04 **

Executed on July 27, 2005

Craig. R. Barrett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on July 28, 2005, the within document was filed under seal with

the Clerk of Court using CM/ECF which will send notification of such filing to the following;

that the document was served on the following counsel as indicated; and that the document is

available for viewing and downloading from CM/ECF

### HAND DELIVERY

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on August 1, 2005, the within document was filed with the Clerk

of Court using CM/ECF which will send notification of such filing to the following; that the

document was served on the following counsel as indicated; and that the document is available

for viewing and downloading from CM/ECF.

       Francis G.X. Pileggi, Esquire
       Sheldon K. Rennie, Esquire
       Fox Rothschild LLP
       919 North Market Street, Suite 1300
       Wilmington, Delaware  19801

                                      Stephen C. Norman (#2686)
                                        Brian C. Ralston (#3770)
                                        Potter Anderson & Corroon LLP
                                        Hercules Plaza, 6th Floor
                                        P.O. Box 951
                                        Wilmington, DE  19899
                                        (302) 984-6000
                                        E-mail: snorman@potteranderson.com
                                        E-mail: bralston@potteranderson.com