IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | |
| D. JAMES GUZY, REED E. HUNDT, | ) | **PUBLIC VERSION** |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANREW S. GROVE, | ) | |
| and INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF CHARLENE BARSHEFSKY
IN SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Michael D. Torpey
James N. Kramer
Susan D. Resley
Kenneth P. Herzinger
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Dated: July 25, 2005
Public Version dated: August 1, 2005

POTTER ANDERSON & CORROON LLP
Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 05-298 (JJF) |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | Jury Trial Demanded |
| D. JAMES GUZY, REED E. HUNDT, | ) | |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANDREW S. GROVE, and | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF CHARLENE BARSHEFSKY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Charlene Barshefsky, declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to those facts.

#### Background

2. I have been a member of the Board of Directors ("Board") of Intel Corporation ("Intel") since January 2004. I currently serve as a member of the Board's Finance Committee and Retirement Plans Investment Policy Committee.

3. I currently serve as a director of the American Express Company, the Estee Lauder Companies Inc., and Starwood Hotels & Resorts Worldwide, Inc. I also serve as a director of the Council on Foreign Relations.

4. From 1997 to 2001, I served as the United States Trade Representative and as a member of the President's cabinet.

5.    I am currently Senior International Partner at Wilmer Cutler Pickering Hale and Dorr LLP in Washington, D.C. I am a licensed attorney, and a member of the District of Columbia bar. I earned a Juris Doctor degree from the Catholic University of America, Columbus School of Law, in 1975, and a Bachelor's degree from the University of Wisconsin in 1972.

### My Service on the Intel Board

6.    I am an "independent" director in accordance with the published listing requirements of NASDAQ. Because I am not an Intel officer, I am not eligible to receive any payment under the Executive Officer Incentive Program ("EOIP").

7.    In 2004, I received an annual cash retainer of $60,000 for service on Intel's Board. During 2004, I was granted an option to purchase a total of 15,000 shares at an exercise price of $27.53 per share. I was also granted a prorated stock option grant reflecting my period of service on the Board from my appointment in January 2004 to my election by stockholders in May 2004, to purchase a total of 5,000 shares at an exercise price of $32.06 per share. Intel also reimburses me for my travel and related expenses in connection with attending Board meetings and Board-related activities. Intel has also provided me with a computer for my personal use.

### The 2005 Proxy Statement

**REDACTED**

**REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

Executed on  July 20, 2005

_____
Ambassador Charlene Barshefsky

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on July 25, 2005, the within document was filed under seal with

the Clerk of Court using CM/ECF which will send notification of such filing to the following;

that the document was served on the following counsel as indicated; and that the document is

available for viewing and downloading from CM/ECF.

### HAND DELIVERY

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on August 1, 2005, the within document was filed with the Clerk

of Court using CM/ECF which will send notification of such filing to the following; that the

document was served on the following counsel as indicated; and that the document is available

for viewing and downloading from CM/ECF.

      Francis G.X. Pileggi, Esquire
      Sheldon K. Rennie, Esquire
      Fox Rothschild LLP
      919 North Market Street, Suite 1300
      Wilmington, Delaware  19801

          Stephen C. Norman (#2686)
          Brian C. Ralston (#3770)
          Potter Anderson & Corroon LLP
          Hercules Plaza, 6th Floor
          P.O. Box 951
          Wilmington, DE  19899
          (302) 984-6000
          E-mail: snorman@potteranderson.com
          E-mail: bralston@potteranderson.com