IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | |
| D. JAMES GUZY, REED E. HUNDT, | ) | **PUBLIC VERSION** |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANREW S. GROVE, | ) | |
| and INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF REED E. HUNDT
IN SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Michael D. Torpey
James N. Kramer
Susan D. Resley
Kenneth P. Herzinger
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Dated: July 25, 2005
Public Version dated: August 1, 2005

POTTER ANDERSON & CORROON LLP
Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 05-298 (JJF) |
| ) | |
| CRAIG R. BARRETT, CHARLENE ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, ) | Jury Trial Demanded |
| D. JAMES GUZY, REED E. HUNDT, ) | |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, ) | |
| JANE E. SHAW, JOHN L. THORNTON, ) | |
| DAVID B. YOFFIE, ANDREW S. GROVE, and ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF REED E. HUNDT IN SUPPORT OF
### DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Reed E. Hundt, declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to those facts.

### Background

2. I have been a member of the Board of Directors ("Board") of Intel Corporation ("Intel") since 2001. I currently serve as Chairman of the Compensation Committee of the Board of Directors.

3. From 1993 to 1997, I served as Chairman of the Federal Communications Commission.

4. I have been a principal of Charles Ross Partners, a private investor and business advisory service, since 1998.

5. I am a magna cum laude graduate of Yale College and also a graduate of Yale Law School where I was a member of the Yale Law Journal's executive board. I clerked for the

late Chief Judge Harrison L. Winter of the U.S. Court of Appeals for the Fourth Circuit. Prior to my position as Chairman of the FCC, I was a partner in the Washington, DC office of Latham & Watkins, an international law firm.

### My Service on The Intel Board

6. I am an "independent" director in accordance with the published listing requirements of NASDAQ. Because I am not an Intel officer, I am not eligible to receive any payment under the Executive Officer Incentive Program ("EOIP").

7. In 2004, I received an annual cash retainer of $60,000 for service on the Board and an additional cash retainer of $10,000 for serving as Chairman of the Compensation Committee. During 2004, I was granted an option to purchase a total of 15,000 shares at an exercise price of $27.53 per share. Intel also reimburses me for my travel and related expenses in connection with attending Board meetings and Board-related activities. Intel has also provided me with a computer for my personal use.

### The 2005 Proxy Statement

**REDACTED**

**REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 14, 2005

Reed E. Hundt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on July 25, 2005, the within document was filed under seal with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### HAND DELIVERY

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

                                           *[signature]*
                                           Stephen C. Norman (#2686)
                                           Brian C. Ralston (#3770)
                                           Potter Anderson & Corroon LLP
                                           Hercules Plaza, 6th Floor
                                           P.O. Box 951
                                           Wilmington, DE 19899
                                           (302) 984-6000
                                           E-mail: snorman@potteranderson.com
                                           E-mail: bralston@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on August 1, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

    Francis G.X. Pileggi, Esquire
    Sheldon K. Rennie, Esquire
    Fox Rothschild LLP
    919 North Market Street, Suite 1300
    Wilmington, Delaware  19801

                                                _____
                                                Stephen C. Norman (#2686)
                                                Brian C. Ralston (#3770)
                                                Potter Anderson & Corroon LLP
                                                Hercules Plaza, 6th Floor
                                                P.O. Box 951
                                                Wilmington, DE  19899
                                                (302) 984-6000
                                                E-mail: snorman@potteranderson.com
                                                E-mail: bralston@potteranderson.com