IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANREW S. GROVE, and INTEL CORPORATION, | ) ) ) ) ) ) ) ) | **PUBLIC VERSION** |
| Defendants. | ) | |

**DECLARATION OF CARY I. KLAFTER
IN SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Michael D. Torpey
James N. Kramer
Susan D. Resley
Kenneth P. Herzinger
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Dated: July 25, 2005
Public Version dated: August 1, 2005

POTTER ANDERSON & CORROON LLP
Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CRAIG R. BARRETT, CHARLENE ) <br> BARSHEFSKY, E. JOHN P. BROWNE, ) <br> D. JAMES GUZY, REED E. HUNDT, ) <br> PAUL S. OTELLINI, DAVID S. POTTRUCK, ) <br> JANE E. SHAW, JOHN L. THORNTON, ) <br> DAVID B. YOFFIE, ANDREW S. GROVE, and ) <br> INTEL CORPORATION, ) <br> ) <br> Defendants. ) | Case No.: 05-298 (JJF) <br><br> Jury Trial Demanded |

### DECLARATION OF CARY I. KLAFTER IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Cary I. Klafter, declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to those facts.

#### Background

2. I am, and since 2003, have been, Vice President of Legal and Government Affairs, Director of Corporate Affairs, and the Corporate Secretary for Intel Corporation ("Intel" or "the Company"). I am one of the Intel employees responsible for overseeing Intel's filings with the Securities and Exchange Commission ("SEC"). I also have responsibility for legal support for corporate governance matters and coordinating the activities of the Company's Board of Directors.

3. I have been a director, and I am currently chairman of the Public Company Affairs Committee, of the Society of Corporate Secretaries and Governance Professionals. Prior

to joining Intel in 1996, I was an associate and partner in the law firm of Morrison and Foerster from 1972 to 1996.

    4.    I received a law degree from the University of Chicago Law School in 1972. I also earned a master's degree in 1971 in criminal justice administration and a bachelor's degree in 1968 in political science from Michigan State University.

**REDACTED**

### The Team Responsible for the 2005 Proxy Statement

**REDACTED**

-2-

**REDACTED**

### The Timeline for Preparation of the 2005 Proxy Statement

**REDACTED**

**REDACTED**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 20, 2005

_____
Cary I. Klafter

-4-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on July 25, 2005, the within document was filed under seal with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### HAND DELIVERY

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

_____
Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on August 1, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

    Francis G.X. Pileggi, Esquire
    Sheldon K. Rennie, Esquire
    Fox Rothschild LLP
    919 North Market Street, Suite 1300
    Wilmington, Delaware 19801

                                             /s/ Stephen C. Norman
                                       Stephen C. Norman (#2686)
                                       Brian C. Ralston (#3770)
                                       Potter Anderson & Corroon LLP
                                       Hercules Plaza, 6th Floor
                                       P.O. Box 951
                                       Wilmington, DE 19899
                                       (302) 984-6000
                                       E-mail: snorman@potteranderson.com
                                       E-mail: bralston@potteranderson.com