IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | |
| D. JAMES GUZY, REED E. HUNDT, | ) | **PUBLIC VERSION** |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANREW S. GROVE, | ) | |
| and INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF STEPHEN C. NORMAN
IN SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Michael D. Torpey
James N. Kramer
Susan D. Resley
Kenneth P. Herzinger
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Dated: July 25, 2005
Public Version dated: August 1, 2005

POTTER ANDERSON & CORROON LLP
Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-298 (JJF) |
| | ) | |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) ) ) ) ) ) ) ) | Jury Trial Demanded

**PUBLIC VERSION** |
| Defendants. | ) | |

### DECLARATION OF STEPHEN C. NORMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Stephen C. Norman, do hereby declare as follows:

1. I am a partner with the law firm of Potter Anderson & Corroon LLP and one of the attorneys for Defendants Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, Andrew S. Grove, and nominal defendant Intel Corporation (collectively, "Defendants") in this case. If called as a witness, I could and would testify to the following of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of Intel Corporation's Form 10-K For The Fiscal Year Ended December 25, 2004, filed with the Securities and Exchange Commission ("SEC") on February 22, 2005

3. Attached hereto as Exhibit B is a true and correct copy of Intel Corporation's Schedule 14A Definitive Proxy Statement, filed with the SEC on March 29, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of Brief for Appellant, *Shaev v. Saper*, 320 F.3d 373 (3d Cir. 2003) (No. 02-2206), which is available on Westlaw at 2002 WL 32817147.

5. Attached hereto as Exhibit D is a true and correct copy of the SEC Division of Corporation Finance Current Report on Form 8-K, Frequently Asked Questions dated November 23, 2004, which is available on the SEC's website at <http://www.sec.gov/divisions/corpfin/form8kfaq.htm>.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

July 25, 2005                                  _____
                                                Stephen C. Norman (#2686)

691887

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on July 25, 2005, the within document was filed under seal with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### HAND DELIVERY

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on August 1, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

    Francis G.X. Pileggi, Esquire
    Sheldon K. Rennie, Esquire
    Fox Rothschild LLP
    919 North Market Street, Suite 1300
    Wilmington, Delaware 19801

                                         /s/ Stephen C. Norman
                                    Stephen C. Norman (#2686)
                                    Brian C. Ralston (#3770)
                                    Potter Anderson & Corroon LLP
                                    Hercules Plaza, 6th Floor
                                    P.O. Box 951
                                    Wilmington, DE 19899
                                    (302) 984-6000
                                    E-mail: snorman@potteranderson.com
                                    E-mail: bralston@potteranderson.com