IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | |
| D. JAMES GUZY, REED E. HUNDT, | ) | **PUBLIC VERSION** |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANREW S. GROVE, | ) | |
| and INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF DAVID S. POTTRUCK
IN SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Michael D. Torpey
James N. Kramer
Susan D. Resley
Kenneth P. Herzinger
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Dated: July 25, 2005
Public Version dated: August 1, 2005

POTTER ANDERSON & CORROON LLP
Stephen C. Norman (#2686)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: snorman@potteranderson.com
E-mail: bralston@potteranderson.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CRAIG R. BARRETT, CHARLENE ) <br> BARSHEFSKY, E. JOHN P. BROWNE, ) <br> D. JAMES GUZY, REED E. HUNDT, ) <br> PAUL S. OTELLINI, DAVID S. POTTRUCK, ) <br> JANE E. SHAW, JOHN L. THORNTON, ) <br> DAVID B. YOFFIE, ANDREW S. GROVE, and ) <br> INTEL CORPORATION, ) <br> ) <br> Defendants. ) | Case No.: 05-298 (JJF) <br><br> Jury Trial Demanded |

### DECLARATION OF DAVID S. POTTRUCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, David S. Pottruck, declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to those facts.

#### Background

2. I have been a member of the Board of Directors ("Board") of Intel Corporation ("Intel") since 1998. I currently serve as Chairman of the Retirement Plans Investment Policy Committee of the Board of Directors, and as a member of the Board's Compensation Committee.

3. Since July 2004, I have been Managing Director of The Pottruck Group, a San Francisco private equity firm. I also serve as a Senior Fellow in the Wharton School of Business Center for Leadership and Change Management.

4. In July 2004, I resigned from the Charles Schwab Corporation, a financial services provider, after a 20-year career, having served as President, Chief Executive Officer and a member of the board of directors.

## My Service on the Intel Board

5.   I am an "independent" director in accordance with the published listing requirements of NASDAQ. Because I am not an Intel officer, I am not eligible to receive any payment under the Executive Officer Incentive Program ("EOIP").

6.   In 2004, I received an annual cash retainer of $60,000 for service on the Board and an additional cash retainer of $10,000 for service as Chair of the Retirement Plans Investment Policy Committee. During 2004, I was granted an option to purchase a total of 15,000 shares at an exercise price of $27.53 per share. Intel also reimburses me for my travel and related expenses in connection with attending Board meetings and Board-related activities. Intel has also provided me with a computer for my personal use.

## The 2005 Proxy Statement

**REDACTED**

-2-

**REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July ___, 2005

_____
David S. Pottruck

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on July 25, 2005, the within document was filed under seal with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF

**HAND DELIVERY**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

                                Stephen C. Norman (#2686)
                                Brian C. Ralston (#3770)
                                Potter Anderson & Corroon LLP
                                Hercules Plaza, 6th Floor
                                P.O. Box 951
                                Wilmington, DE 19899
                                (302) 984-6000
                                E-mail: snorman@potteranderson.com
                                E-mail: bralston@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on August 1, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

    Francis G.X. Pileggi, Esquire
    Sheldon K. Rennie, Esquire
    Fox Rothschild LLP
    919 North Market Street, Suite 1300
    Wilmington, Delaware 19801

    /s/ Stephen C. Norman
    Stephen C. Norman (#2686)
    Brian C. Ralston (#3770)
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    E-mail: snorman@potteranderson.com
    E-mail: bralston@potteranderson.com