IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-298-JJF |
| | ) | |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANREW S. GROVE, and INTEL CORPORATION, | ) | **PUBLIC VERSION** |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ANDREW S. GROVE
IN SUPPORT OF DEFENDANTS' OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Michael D. Torpey
James N. Kramer
Susan D. Resley
Kenneth P. Herzinger
Erin L. Bansal
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Dated: August 8, 2005
Public Version dated: August 9, 2005

POTTER ANDERSON & CORROON LLP
    Stephen C. Norman (#2686)
    Brian C. Ralston (#3770)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    E-mail: snorman@potteranderson.com
    E-mail: bralston@potteranderson.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 05-298 (JJF) |
| ) | |
| CRAIG R. BARRETT, CHARLENE ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, ) | Jury Trial Demanded |
| D. JAMES GUZY, REED E. HUNDT, ) | |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, ) | |
| JANE E. SHAW, JOHN L. THORNTON, ) | |
| DAVID B. YOFFIE, ANDREW S. GROVE, and ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendants ) | |

### DECLARATION OF ANDREW S. GROVE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Andrew S. Grove, declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to those facts.

#### Background

2. I was a member of the Board of Directors ("Board") of Intel Corporation ("Intel") from 1974 to May 18, 2005, and Chairman of the Board from 1997 to May 18, 2005. I did not stand for re-election at Intel's 2005 Annual Meeting held on May 18, 2005. I currently serve as Senior Advisor to Executive Management of Intel.

3. I participated in founding Intel in 1968 and served as Vice President and Director of Operations through 1974. I became an Executive Vice President in 1975 and was Chief Operating Officer from 1976 to 1987. I was President from 1979 to 1997 and Chief Executive Officer from 1987 to 1998.

**The 2005 Proxy Statement**

REDACTED

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

-2-

Executed on July 16, 2005

_____
Andrew S. Grove

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on August 8, 2005, the within document was filed under seal with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**HAND DELIVERY**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

                                            /s/ Stephen C. Norman
                                     Stephen C. Norman (#2686)
                                     Brian C. Ralston (#3770)
                                     Potter Anderson & Corroon LLP
                                     Hercules Plaza, 6th Floor
                                     P.O. Box 951
                                     Wilmington, DE 19899
                                     (302) 984-6000
                                     E-mail: snorman@potteranderson.com
                                     E-mail: bralston@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on August 9, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

    Francis G.X. Pileggi, Esquire
    Sheldon K. Rennie, Esquire
    Fox Rothschild LLP
    919 North Market Street, Suite 1300
    Wilmington, Delaware 19801

    /s/ Stephen C. Norman
    Stephen C. Norman (#2686)
    Brian C. Ralston (#3770)
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    E-mail: snorman@potteranderson.com
    E-mail: bralston@potteranderson.com

692778