IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD,<br><br>                Plaintiff,<br><br>    v.<br><br>CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 05-298(JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPENDIUM OF UNREPORTED DECISIONS IN SUPPORT OF
<u>PLAINTIFF'S REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT</u>**

                                      FOX ROTHSCHILD LLP
                                      Francis G.X Pileggi (No. 2624)
                                      Sheldon K. Rennie (No. 3772)
                                      919 North Market Street, Suite 1300
                                      Wilmington, DE 19801
                                      Tel: (302) 655-3667
                                      Fax: (302) 656-8920
                                      <u>fpileggi@foxrothschild.com</u>
                                      <u>srennie@foxrothschild.com</u>
                                      Attorneys for Plaintiff

Of Counsel:

BALLON STOLL BADER & NADLER, P.C.
A. Arnold Gershon, P.C.
A. Arnold Gershon, Esq.
1450 Broadway, 14th Floor
New York, New York 10018


Dated: August 10, 2005

## **CASES**

*AES Corp. v. Dow Chemical Co.*,
   2001 WL 34367296 (D.Del. 2001) .................................................................................1

*In re Ply Gem Industries, Inc. Sh.Lit.*,
   2001 WL 755133 (Del.Ch 2001) ....................................................................................2

*State of N.J. and Its Division of Investment v. Sprint Corp.*,
   2004 WL 1960130 (D.Kan. 2004) ..................................................................................3

## CERTIFICATE OF SERVICE

       I hereby certify that on August 10, 2005, I electronically filed the foregoing Compendium of Unreported Decisions in Support of Plaintiff's Reply Brief in Support of Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen Norman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                                        /s/ Francis G.X. Pileggi
                                        Francis G.X. Pileggi (Del. Bar No. 2624)