

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Stephen C. Norman**
Partner
Attorney at Law
snorman@potteranderson.com
302 984-6038  Direct Phone
302 658-1192  Fax

August 10, 2005

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, Delaware  19801

       Re:    Frank D. Seinfeld v. Craig R. Barrett, et al.,
              D. Del., C.A. 05-298-JJF

Dear Judge Farnan:

      Defendants hereby submit this application for oral argument. Briefing has now been completed on defendants' motions to dismiss for failure to comply with Fed.R.Civ.P. 23.1 and for lack of subject matter jurisdiction (Dkts. 15 and 19). Briefing has also now been completed on plaintiff's motion for summary judgment (Dkt. 5). Pursuant to Local Rule 7.1.4, defendants request oral argument on the foregoing motions. Defendants respectfully submit that oral argument, if granted, should take place first on defendants' motions since they go to the subject matter jurisdiction of the Court and plaintiff's standing.

                                   Respectfully,

                                   Stephen C. Norman
                                   snorman@potteranderson.com

SCN/mp:693127
cc:  Clerk of the Court (By E-File)
     Francis G. X. Pileggi, Esquire (By E-File)