# FOX • ROTHSCHILD LLP

### ATTORNEYS AT LAW

MELLON BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Sheldon K. Rennie
Direct Dial: (302) 622-4202
Internet Address: srennie@foxrothschild.com

August 15, 2005

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *Frank D. Seinfeld v. Craig R. Barrett, et al.,*
           *D. Del., C.A. No.: 05-298 (JJF)*

Dear Judge Farnan:

    This letter supplements the August 10, 2005 letter submitted to the Court by counsel for Defendants in the above-action.

    Although Plaintiff believes that Defendants' motion to dismiss can be decided on the briefs, he does not oppose Defendants' request for oral argument on both the motion to dismiss and Plaintiff's motion for summary judgment. Plaintiff does, however, request that, to the extent the Court grants oral argument, both motions be heard on the same day.

                                           Respectfully,

                                           Sheldon K. Rennie (#3772)
                                           srennie@foxrothschild.com

SKR:mlr

cc:    Clerk of the Court (By E-File)
        Stephen C. Norman, Esquire (By-E-File)