

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Stephen C. Norman
Partner
Attorney at Law
snorman@potteranderson.com
302 984-6038 Direct Phone
302 658-1192 Fax

August 25, 2005

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re:    Frank D. Seinfeld v. Craig R. Barrett, et al.,
       D. Del., C.A. 05-298-JJF

Dear Judge Farnan:

As Your Honor may recall, defendants have requested oral argument (D.I. 73) on plaintiff's motion for summary judgment (D.I. 5) and on their two motions to dismiss: for failure to comply with Fed.R.Civ.P. 23.1 and for lack of subject matter jurisdiction (D.I. 15 and D.I. 19). Plaintiff does not oppose defendants' request for oral argument on all three motions (D.I. 74). Defendants believe that oral argument is important given the unusual procedural posture of this case and the issues presented by defendants' motions. Plaintiff's motion for summary judgment was brought only weeks after his complaint was filed and was made without the benefit of any discovery. Defendants' motions to dismiss raise issues about whether the complaint is ripe and whether it complies with the important demand requirement imposed by both Federal and Delaware law. Defendants are available to appear for oral argument on October 4, 12, 19, 20 and 26. If Your Honor's assistant would provide me with potential dates for the oral argument, I would be happy to coordinate scheduling with the parties and the Court.

I am available at Your Honor's convenience.

Respectfully,

Stephen C. Norman (#2686)
snorman@potteranderson.com

SCN/mp:696357
cc: Clerk of the Court (By E-File)
    Francis G. X. Pileggi, Esquire (By E-File)