IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRANK R. SEINFELD,                    :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :   Civil Action No. 05-298-JJF
                                      :
CRAIG R. BARRETT, CHARLENE            :
BARSHEFSKY, E. JOHN P.                :
BROWNE, D. JAMES GUYZ, REED           :
E. HUNDT, PAUL S. OTELLINI,           :
DAVID S. POTTRUCK, JANE E.            :
SHAW, JOHN L. THORNTON, DAVID         :
B. YOFFIE, ANDREW S. GROVE,           :
and INTEL CORPORATION,                :
                                      :
        Defendants.                   :

### ORDER

At Wilmington, the  31  day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Summary Judgment (D.I. 5) is **DENIED**.

2. Defendants' Motion To Dismiss Based Upon Failure To Comply With Rule 23.1 (D.I. 15) is **DENIED**.

3. Defendants' Motion To Dismiss For Lack of Subject Matter Jurisdiction (D.I. 19) is **DENIED**.

                                    _____
                                    UNITED STATES DISTRICT JUDGE