IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-298 JJF |
| CRAIG R. BARRETT, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, by Memorandum Opinion and Order (D.I. 78, 79) dated March 31, 2006, the Court denied Defendants' Motions To Dismiss (D.I. 15, 19) and Plaintiff's Motion For Summary Judgment (D.I. 5);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit, by no later than **Tuesday, April 25, 2006**, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

April 10, 2006
DATE

_(signed)_
UNITED STATES DISTRICT JUDGE