# EXHIBIT B

1. **Craig R. Barrett**, CEO of Intel

2. **Charlene Barshefsky**, Partner at Wilmer Cutler

3. **E. John P. Browne**, Group Chief Executive of BP plc

4. **Andrew S. Grove**, Chairman of the Board of Intel

5. **D. James Guzy**, Chairman of Arbor Company

6. **Reed E. Hundt**, Principal of Charles Ross Partners

7. **Paul S. Otellini**, CFO of Intel

8. **David S. Pottruck**, Managing Director of The Pottruck Group

9. **Jane E. Shaw**, CEO of Aerogen, Inc.

10. **John L. Thornton**, Professor and Director of Global Leadship, Tsinghua University, Beijing

11. **David B. Yoffie**, Professor of International Business Administration, Harvard Business School

12. **Lawrence Hamermesh**, Law Professor of Corporate and Business Law at Widener

13. **Mary B. Hevener**, Partner, North American Tax Practice Group, Baker & McKenzie

14. **Kevin J. Murphy**, Vice Dean of Faculty and Academic Affairs at the University of Southern California Marshall School of Business

15. **Cary I. Klafter**, VP of Legal and Government Affairs of Intel

16. **Gabrielle Thompson**, Director of Worldwide Compensation and Benefits at Intel

17. **Arvind Sodhani**, Senior VP and President, Intel Capital

18. **Andy D. Bryant**, Executive VP and Chief Financial and Enterprise Services Officer

19. **Sean M. Maloney**, Executive VP and GM, Mobility Group

20. **F. Thomas Dunlap**, Former Senior VP and General Counsel

14 executive officers mention in the 2004 Proxy Statement on page 40. In addition to the names above, he only names we have are:

21. **Robert J. Baker**
22. **Sunlin Chou**
23. **Jason Chun Shen**
24. **John H.K. Miner**

25. **46 Intel internal and external experts,** including outside counsel, who reviewed and commented on the four drafts of the Proxy Statement prior to dissemination to the directors for review and comment. (*see* Hamermesh Decl. at 5)

**FASB 109 Project:**

26. Nanci Palmintere,

27. Leslie Culbertson,

28. Kevin McBride

29. **Accountants**

30. **Compensation Consultants**