# FOX • ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Francis G.X. Pileggi
Direct Dial: (302) 622-4201
Internet Address: fpileggi@frof.com

April 25, 2006

**VIA E-FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Judge
U.S. District Court for the
District of Delaware
844 King Street
Lock Box 27
Wilmington, DE 19801

    Re:    Seinfeld v. Barrett et al., C.A.. No 05-298 (JJF)

Dear Judge Farnan:

    Although we have tried in good faith, regrettably the parties have not been able to submit a Joint Stipulated Proposed Scheduling Order, although fortunately there is only one rather simple difference in the proposed forms of Order and only one discrete issue for this Court to decide in order to finalize the Scheduling Order. The only issue is on the number of depositions that can be taken. Plaintiffs believe strongly that approximately eighty depositions are needed based on the persons already identified in pleadings filed by Intel and the other Defendants in this action thus far. Specifically, there are forty-six persons identified as being members of a proxy team who worked on the proxy that is the focus of this litigation, in addition to the directors and the executive officers identified in the proxy statement. Also, several experts have already submitted what amounts to expert reports and of course of we need to depose them as well. We also expect to depose an expert on executive compensation and an accountant as well as persons identified on Intel's website.

      I would prefer to ask the Court for approval to take these depositions now, if they are needed, as opposed to waiting until discovery is underway before requesting approval from the Court to do so at this time.

Respectfully submitted,

**/s/ Francis G.X. Pileggi, Esquire**

Francis G.X. Pileggi (#2624)

FGXP:blp

Enclosure

cc:  Steven C. Norman, Esquire (via e-filing)
     A. Arnold Gershon, Esquire (via e-filing)

FOX • ROTHSCHILD LLP
ATTORNEYS AT LAW

WM1A 77901v1 04/25/06