## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2006, I electronically filed the foregoing Defendants Proposed Rule 16 Scheduling Order with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following in the manner indicated:

Via First Class U.S. Mail and CM/ECF:

Stephen Norman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                                /s/ Francis G.X. Pileggi
                                    Francis G.X. Pileggi (Del. Bar No. 2624)