# FOX ✦ ROTHSCHILD LLP

### ATTORNEYS AT LAW

CITIZENS BANK CENTER ✦ SUITE 1300 ✦ 919 NORTH MARKET STREET ✦ P.O. BOX 2323 ✦ WILMINGTON, DE 19899-2323
302.654.7444 ✦ FAX 302.656.8920 ✦ www.foxrothschild.com

Francis G.X. Pileggi
Direct Dial: (302) 655-3667
Internet Address: fpileggi@foxrothschild.com

April 26, 2006

**VIA eFILING**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
U.S. District Court for the
    District of Delaware
844 King Street
Lock Box 27
Wilmington, DE  19801

Re:  Seinfeld v. Barrett, et al., No. 05-298 (JJF)

Dear Judge Farnan:

At the request of defense counsel and as a courtesy to him, as well as to provide clarification to the Court, I submit herewith a revised Scheduling Order to make clear that the enclosed proposed form of order is from Plaintiff.   However, the only difference from Defendant's form of order is the number of depositions allowed pursuant to Section 4(d) of the attached proposed form of order.

Although we have tried in good faith, regrettably the parties have not been able to submit a Joint Stipulated Proposed Scheduling Order, although fortunately there is only one discrete issue for this Court to decide in order to finalize the Scheduling Order.

It would be contrary to our economic interests to take more depositions than necessary, and our goal is to obtain an adjudication as soon as possible.  Despite the number authorized, we will not take any more depositions than necessary.

The only issue is the number of depositions that can be taken.  Plaintiff believes strongly that approximately eighty depositions are needed based on the persons already identified in pleadings and other documents filed by Intel and the other Defendants in this action thus far. Specifically, there are forty-six persons identified as being members of a proxy team who

PENNSYLVANIA ✦ NEW JERSEY ✦ DELAWARE ✦ NEW YORK ✦ FLORIDA

worked on the proxy that is the focus of this litigation, in addition to the directors and the executive officers identified in the proxy statement. Also, several experts have already submitted what amounts to expert reports and of course we need to depose them as well. We also expect to depose an expert on executive compensation and an accountant as well as persons identified on Intel's website.

We would prefer to ask the Court for approval to take these depositions at this early juncture, if they are needed, as opposed to waiting until discovery is underway before requesting approval from the Court by motion at a later time with an impending deadline.

Respectfully submitted,

Francis G.X. Pileggi (#2624)

FGXP:mar

Enclosure

cc: Stephen C. Norman, Esquire (via eFiling)
    A. Arnold Gershon, Esquire (via e-mail)

FOX • ROTHSCHILD LLP
ATTORNEYS AT LAW