# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Case No.: 05-298 |
| | ) |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 28th day of June, 2006, *Plaintiff's First Document Request Pursuant To Fed. R. Civ. P. 34, Plaintiff's Special Interrogatories And Requests For Production Relating To E-Data Directed To Defendants, Plaintiff's First Request For Production Of Documents Directed To Defendant, Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) and this Notice of Service* were served upon the following counsel of record at the address and in the manner indicated:

### U.S. Mail

Stephen Norman, Esq.  
Potter Anderson & Corroon LLP  
1313 North Market Street  
P.O. Box 951  
Wilmington, DE 19899-0951  

Michael D. Torpey, Esq.  
James N. Kramer, Esq.  
Susan D. Resley, Esq.  
Erin L. Bansal, Esq.  
Orrick, Herrington & Sutcliffe LLP  
405 Howard St.  
San Francisco, CA 94105  

WM1A 81391v1 06/28/06

**FOX ROTHSCHILD LLP**

By: */s/ Sheldon K. Rennie (#3772)*
Francis G.X. Pileggi, Esquire (#2624)
Sheldon K. Rennie, Esquire (3772)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 655-3667
Fax: (302) 656-8920
fpileggi@foxrothschild.com
srennie@foxrothschild.com

*Attorneys for Plaintiffs*

OF COUNSEL:

BALLON STOLL BADER & NADLER, P.C.
A. Arnold Gershon, P.C.
A. Arnold Gershon, Esq.
1450 Broadway, 14th Floor
New York, New York 10018


Dated: June 28, 2006