IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION,<br><br>Defendants. | ) | Case No.: 05-298 (JJF)<br><br>Jury Trial Demanded |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 28, 2006 true and correct copies of the following document were served on the following counsel of record at the address and in the manner indicated:

DEFENDANTS' INITIAL DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

**BY HAND DELIVERY**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael D. Torpey
James N. Kramer
Susan D. Resley
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

By: /s/ Stephen C. Norman
Stephen C. Norman (#2686)
Hercules Plaza
P.O. Box. 951
Wilmington, DE 19899-0957
(302) 984-6000
snorman@potteranderson.com

Attorneys for defendants Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, Andrew S. Grove, and nominal defendant Intel Corporation

Dated: June 28, 2006

738971

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I do hereby certify that, on June 28, 2006, the within document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

/s/ Stephen C. Norman

Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com