IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-298 (JJF) |
| | ) | |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) ) ) ) ) ) ) ) | Jury Trial Demanded |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 16, 2006 true and correct copies of the following document were served on the following counsel of record at the address and in the manner indicated:

(1) INDIVIDUAL DEFENDANTS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO PLAINTIFF FRANK D. SEINFELD

(2) INDIVIDUAL DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF FRANK D. SEINFELD

**BY HAND DELIVERY**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

2

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By _____ |
| | Stephen C. Norman (#2686) |
| Michael D. Torpey | Hercules Plaza, 6th Floor |
| James N. Kramer | 1313 North Market Street |
| Susan D. Resley | P.O. Box 951 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Wilmington, Delaware 19899-0957 |
| 405 Howard Street | (302) 984-6000 |
| San Francisco, California 94105 | snorman@potteranderson.com |
| (415) 773-5700 | |
| | Attorneys for defendants Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, Andrew S. Grove, and nominal defendant Intel Corporation |
| Dated: August 16, 2006 | |

746351

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on August 16, 2006, the within document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com