IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 05-298 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 10th day of October, 2006, *Plaintiff's Responses and Objections to Defendants' First Set of Requests for Documents and this Notice of Service* were served upon the following counsel of record at the address and in the manner indicated:

### U.S. Mail

Stephen Norman, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Michael D. Torpey, Esq.
James N. Kramer, Esq.
Susan D. Resley, Esq.
Erin L. Bansal, Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard St.
San Francisco, CA 94105

                        **FOX ROTHSCHILD LLP**

By: <u>*/s/ Sheldon K. Rennie (#3772)*</u>
      Francis G.X. Pileggi, Esquire (#2624)
      Sheldon K. Rennie, Esquire (3772)
      919 North Market Street, Suite 1300
      Wilmington, DE 19801
      Tel: (302) 655-3667
      Fax: (302) 656-8920
      fpileggi@foxrothschild.com
      srennie@foxrothschild.com

      *Attorneys for Plaintiffs*

OF COUNSEL:

BALLON STOLL BADER & NADLER, P.C.
A. Arnold Gershon, P.C.
A. Arnold Gershon, Esq.
1450 Broadway, 14th Floor
New York, New York 10018


Dated: October 10, 2006