# FOX • ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Sheldon K. Rennie
Direct Dial: (302) 622-4202
Internet Address: srennie@foxrothschild.com

October 10, 2006

The United States District Court Clerk's Office
Attn: Docketing Team
844 North King Street, Room# 4209
Lock Box 27
Wilmington, DE 19801

    Re:    *Frank D. Seinfeld v. Craig R. Barrett et al.,*
            *D.Del. C.A. No.: 05-298 (JJF)*

Dear Sir or Madam:

    Per the conversation between my Secretary Michelle L. Rennalls and Brian Blackwell, I am enclosing a disc attaching a corrected Notice of Service to substitute the one that was filed today under Docket No. 96.

    Thank you for your assistance in this regard.

                                             Sincerely,

                                             Sheldon K. Rennie

SKR/mlr
Enclosure