IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-298 |
| | ) |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 12th day of October, 2006, *Plaintiff's Answers and Objections to Defendants' First Set of Interrogatories with Verification and this Notice of Service* were served upon the following counsel of record at the address and in the manner indicated:

### U.S. Mail

Stephen Norman, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Michael D. Torpey, Esq.
James N. Kramer, Esq.
Susan D. Resley, Esq.
Erin L. Bansal, Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard St.
San Francisco, CA 94105

FOX ROTHSCHILD LLP

By: */s/ Sheldon K. Rennie (#3772)*
Francis G.X. Pileggi, Esquire (#2624)
Sheldon K. Rennie, Esquire (3772)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 655-3667
Fax: (302) 656-8920
fpileggi@foxrothschild.com
srennie@foxrothschild.com

*Attorneys for Plaintiffs*

OF COUNSEL:

BALLON STOLL BADER & NADLER, P.C.
A. Arnold Gershon, P.C.
A. Arnold Gershon, Esq.
1450 Broadway, 14th Floor
New York, New York 10018


Dated: October 12, 2006