IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-298-JJF |
| CRAIG R. BARRETT, et al., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, March 8, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE