IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRAIG R. BARRETT, CHARLENE )<br>BARSHEFSKY, E. JOHN P. BROWNE, D. )<br>JAMES GUZY, REED E. HUNDT, )<br>PAUL S. OTELLINI, DAVID S. )<br>POTTRUCK, JANE E. SHAW, JOHN L. )<br>THORNTON, DAVID B. YOFFIE, )<br>ANDREW S. GROVE, and )<br>INTEL CORPORATION, )<br>)<br>Defendants. ) | Case No.: 05-298 |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the plaintiff will take the deposition of Intel Corporation on February 7, 2007 at 10:00 a.m., at the offices of Barrack, Rodos & Bacine, 1350 Broadway, Suite 1001, New York, New York, or at such other date, time and place as the parties by their attorneys may agree, upon the matters, as follow:

1. Procedures followed by the Compensation Committee and the Human Resources Department in determining the bonus formulae at the beginning of each year and certifications of performance and the calculations made at the end of the year to award bonuses to the participants in the 2005 EOIP and its predecessors.

2. Procedures followed by the Board of Directors, its committees, and managerial departments in preparing the 2005 proxy statement insofar as it presented the 2005 EOIP for stockholder approval.

3. Procedures followed by the Board of Directors, its committees, and managerial departments in determining the deductibility of bonuses under the 2005 EOIP and the reporting of those deductions under Financial Accounting Standard 109 of the Financial Accounting Standards Board.

4. The preparation, filing and auditing of the 2005 U.S. income tax return as it deducted the 2005 EOIP bonuses.

FOX ROTHSCHILD LLP

Of Counsel:

Alexander Arnold Gershon
Gloria Kui
BARRACK, RODOS & BACINE
1350 Broadway, 10th Floor
New York, New York  10018
Tel:  (212) 688.0782
Fax : (212) 688.0783

Daniel E. Bacine
M. Richard Komins
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963.0838

By:  /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (#2624)
Sheldon K. Rennie (#3772)
919 North Market Street
Suite 1300
Wilmington, DE 19801
Tel: (302) 655-3667
Fax: (302) 656-8920
fileggi@foxrothschild.com
srennie@foxrothschild.com

Attorneys for Plaintiff
Frank D. Seinfeld

Dated: January 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed the foregoing Notice of Deposition of Intel Corporation with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen Norman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                            /s/ Francis G.X. Pileggi
                              Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 93261v1 01/31/07