IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  05-298 (JJF) |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | |
| D. JAMES GUZY, REED E. HUNDT, | ) | |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANDREW S. GROVE, and | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Joseph E. Mais to represent Intel Corporation in this matter.  In

accordance with Standing Order for District Court Fund, I further certify that the annual fee of

$25.00 will be submitted to the Clerk's Office for Joseph E. Mais upon the filing of this motion.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

John W. Shaw (#3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
Attorneys for defendant

Dated:  March 8, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Joseph E. Mais, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arizona and California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Joseph E. Mais, Esq.
Perkins Coie Brown & Bain P.A.
2901 N. Central Avenue
Phoenix, Arizona 85012

Dated: February 16, 2007

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.


Dated: _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on March 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis G.X. Pileggi, Esquire
> Fox Rothschild LLP
> 919 N. Market Street, Suite 1300
> Wilmington, DE 19801
>
> Stephen C. Norman, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that on March 8, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> John W. Shaw (No. 3362)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> jshaw@ycst.com
> *Attorneys for Intel Corporation*