IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION,<br>　　　　　　Defendants. | Case No.: 05-298 (JJF) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Potter Anderson & Corroon LLP hereby withdraws its appearance in this case for defendant Intel Corporation and the firm of Young, Conaway, Stargatt & Taylor LLP hereby enters its appearance on behalf of defendant Intel Corporation.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| By  /s/ Stephen C. Norman<br>　　Stephen C. Norman (#2686)<br>　　Hercules Plaza, 6th Floor<br>　　1313 North Market Street<br>　　P.O. Box. 951<br>　　Wilmington, Delaware 19899-0957<br>　　(302) 984-6000<br>　　snorman@potteranderson.com<br>Attorneys for defendants Craig R. Barrett, Charlene Barshefsky, E. John P. Browne, D. James Guzy, Reed E. Hundt, Paul S. Otellini, David S. Pottruck, Jane E. Shaw, John L. Thornton, David B. Yoffie, and Andrew S. Grove | By  /s/ John W. Shaw<br>　　John W. Shaw (#3362)<br>　　The Brandywine Building<br>　　100 West Street, 17th Floor<br>　　P.O. Box 391<br>　　Wilmington, Delaware 19081<br>　　(302) 571-6600<br>　　jshaw@ycst.com<br>Attorneys for Defendant Intel Corporation |

782191

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on March 8, 2007, the within document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM/ECF

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

### BY CM/ECF

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Foor
Wilmington, Delaware 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com