

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Stephen C. Norman**
Partner
Attorney at Law
snorman@potteranderson.com
302 984-6038 Direct Phone
302 658-1192 Fax

March 8, 2007

<u>**VIA E-FILE**</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

   Re: Frank D. Seinfeld v. Craig R. Barrett, et al.,
      <u>D. Del., C.A. 05-298-JJF</u>

Dear Judge Farnan:

  As Your Honor may be aware, the parties have filed a Stipulation of Settlement and attached exhibits in the above-captioned action. The exhibits include a proposed Preliminary Order Approving Settlement (the "Order"). The proposed Order provides for (1) granting preliminary approval of the Stipulation of Settlement; (2) approving the form of Notice of Settlement; (3) directing that notice of the terms of the Stipulation of Settlement and hearing be given to the stockholders; and (4) setting a date for a fairness hearing to address whether: (i) the settlement should be granted final approval; and (ii) the request by plaintiff's counsel for an award of attorneys' fees and expenses. We respectfully request that the Court consider the proposed Order at Your Honor's earliest convenience. The Stipulation of Settlement contemplates that the Notice would be sent to stockholders in connection with Intel's proxy materials by no later than March 27, 2007 (the "Mailing Date"). If Your Honor finds the proposed Order to be acceptable, we would request that the Court set a final hearing date approximately sixty (60) days after the Mailing Date (paragraph 5 of the proposed Order) and select a date for written objections and related papers to be filed (paragraph 7 of the proposed Order).

     Counsel will be available should Your Honor have any questions.

            Respectfully submitted,

            */s/ Stephen C. Norman*

            Stephen C. Norman (I.D. #2686)
            <u>snorman@potteranderson.com</u>

SCN/mp:779540

The Honorable Joseph J. Farnan, Jr.
March 8, 2007
Page 2


Enclosures
cc:   Clerk of the Court w/encs (By E-File and Hand Delivery)
      Francis G. X. Pileggi, Esquire w/encs (By E-File)
      John W. Shaw, Esquire (By E-File)
      Amy M. Ross, Esquire (By Email)