

Honorable Joseph J. Farnan Jr.

Sir, not being a lawyer, just an "Intel" stockholder, I would like to know why Case No: 05-298JJF was not handled as a class action suit? It needs to me that Intel Countrywide will profit from this law suit plus the lawyers. Why should the other stockholders and the attorneys up to $862,500 and is not ever settlement the other "Intel" are going to be compensated. No amount was submitted for the "claim."

Thank you

Peter Bruck
10899 Willow Oak Lane
Fairfax, VA
60623

4-18-07

RECEIVED APR 24 2007

Mr. Peter S. Biondo
10899 Swallow Tail Ln.
Frankfort, IL 60423



BEDFORD PARK IL 604
20 APR 2007 PM 6 T

Honorable Joseph J. Farnan Jr.
Caleb Boggs Federal Building
844 King Street
Room 4124
Wilmington, De 19806