# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF  
JOSEPH J. FARNAN, JR.  
JUDGE

LOCKBOX 27  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6155

May 14, 2007

Stephen C. Norman, Esquire  
Potter, Anderson & Corroon, LLP  
P. O. Box 951  
Wilmington, DE 19899

      RE:    Seinfeld v. Barrett, et al.  
               Civil Action No. 05-298 JJF

Dear Mr. Norman:

      The Court is in receipt of several letters of objection regarding the proposed settlement in the above-captioned action. The letters are being forwarded to you solely to protect the rights of the individuals. Upon receipt of the letter, kindly process them in accordance with the proposed settlement agreement and notice.

      Sincerely,

      *Deborah L. Krett*

      Deborah L. Krett  
      Case Manager to the  
      Honorable Joseph J. Farnan, Jr.

Attachment (Sealed)  
cc:    Counsel  
       Clerk, U.S. District Court