IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK D. SEINFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-298 (JJF) |
| | ) | |
| CRAIG R. BARRETT, CHARLENE | ) | |
| BARSHEFSKY, E. JOHN P. BROWNE, | ) | |
| D. JAMES GUZY, REED E. HUNDT, | ) | |
| PAUL S. OTELLINI, DAVID S. POTTRUCK, | ) | |
| JANE E. SHAW, JOHN L. THORNTON, | ) | |
| DAVID B. YOFFIE, ANDREW S. GROVE, and | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF STEPHEN C. NORMAN

1. I am a partner in the law firm of Potter Anderson & Corroon LLP and represent the director defendants in the above-captioned action.

2. The Notice of Settlement (the "Notice") sent to stockholders of Intel Corporation requested banks, brokerage firms, institutions and other persons who are nominees who hold Intel common stock to forward a copy of the Notice to beneficial holders.

3. To the best of my knowledge and information, this request to forward the Notice has been complied with the foregoing nominees. I have not been informed of any refusals by nominees to forward the Notice to beneficial holders.

4. In addition, I have promptly transmitted all correspondence from any Intel stockholders relating to the settlement to counsel for the plaintiff and requested that plaintiff's counsel respond to such correspondence.

                                                                         _____
                                                                         Stephen C. Norman (#2686)

SWORN TO and subscribed before me this _____ day of May, 2007.

                                                                         _____
                                                                         Notary Public

795015

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I do hereby certify that, on May 16, 2007, the within document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware  19801

**BY CM/ECF**

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, Delaware  19801

       /s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: snorman@potteranderson.com