IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK D. SEINFELD, | ) |
|                Plaintiff, | ) |
| vs. | ) Case No.: 05-298 (JJF) |
| CRAIG R. BARRETT, CHARLENE BARSHEFSKY, E. JOHN P. BROWNE, D. JAMES GUZY, REED E. HUNDT, PAUL S. OTELLINI, DAVID S. POTTRUCK, JANE E. SHAW, JOHN L. THORNTON, DAVID B. YOFFIE, ANDREW S. GROVE, and INTEL CORPORATION, | ) Jury Trial Demanded |
|                Defendants. | ) |

**DECLARATION OF DOUG A. STEWART REGARDING MAILING AND DISTRIBUTION OF NOTICE OF SETTLEMENT**

OHS West:260225291.1

I, Doug A. Stewart, hereby declare and state:

I am a Senior Attorney in Intel Corporation's ("Intel") Corporate Legal Group, which has its principal corporate offices in Santa Clara, California. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

On March 16, 2007, the Court granted preliminary approval of a settlement of the action *Seinfeld v. Barrett, et al.*, Case No. 05-298 (JJF), and on March 13, 2007 it approved the form of the notice to be sent to shareholders regarding the proposed settlement.

On March 22, 2007, Intel identified all of its Shareholders of Record as of March 19, 2007 ("Shareholders"). Such Shareholders were identified as those who would receive a copy of Intel's 2007 Annual Proxy Statement dated March 27, 2007 ("Proxy Statement").

On or about March 27, 2007, in accordance with paragraph 2(a) of the Court's Preliminary Order Approving Settlement ("Preliminary Order") in the above referenced matter, I caused to be mailed a copy of the Notice of Settlement ("Notice"), attached hereto as Exhibit A, to each of the approximately 1.9 million Intel Shareholders who receive the Annual Proxy by U.S. Mail. Such Notice was inserted as a separate document in the same mailing envelope as the Proxy Statement and was sent to the last known addresses for all such Shareholders.

On March 27, 2007, in accordance with paragraph 2(b) of the Preliminary Order, I caused a copy of the Notice attached hereto as Exhibit A, to be posted in html and pdf format, to www.intc.com, a publicly available website which can be accessed by anyone, including the approximately 400,000 Intel Shareholders who elect to receive Intel's Annual Proxy Statement electronically. Such Notice was accessible in the same electronic location as the Proxy Statement. An email notification was sent to such

Shareholders on or about April 2, 2007 which alerted each that the Annual Proxy and the Notice was posted to the website.

I hereby declare and state that the foregoing is true and correct under penalty of perjury under the laws of the United States of America. Executed this 14th day of May, 2007 at Santa Clara, California.

_____
Doug A. Stewart, Esq.
Senior Attorney
Corporate Legal Group
Intel Corporation

OHS West:260225291.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on May 16, 2007, the within document was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF**

Francis G.X. Pileggi, Esquire
Sheldon K. Rennie, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, Delaware 19801

**BY CM/ECF**

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, Delaware 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: snorman@potteranderson.com