

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Stephen C. Norman**
Partner
Attorney at Law
snorman@potteranderson.com
302 984-6038 Direct Phone
302 658-1192 Fax

May 16, 2007

**VIA E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:   Frank D. Seinfeld v. Craig R. Barrett, et al.,
            D. Del., C.A. 05-298-JJF

Dear Judge Farnan:

     I am enclosing courtesy copies of the following documents which we have filed today in the above-captioned matter in connection with the Settlement Hearing that is scheduled for May 23, 2007, at 12:00 noon:

     (1)    Affidavit of Stephen C. Norman, and

     (2)    Declaration of Doug A. Stewart Regarding Mailing and Distribution of Notice of Settlement.

     Counsel are available should Your Honor have any questions.

                      Respectfully,

                      Stephen C. Norman (I.D. #2686)
                      snorman@potteranderson.com

SCN/mp:795930
Enclosures
cc:   Clerk of the Court w/encs (By E-File)
      Francis G. X. Pileggi, Esquire w/encs (By E-File)
      John W. Shaw, Esquire (By E-File)
      Amy M. Ross, Esquire (By Email)