IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FRANK D. SEINFELD,                          )
                                            )
                    Plaintiff,              )
                                            )
        -against-                           )        Case No.: 05-298
                                            )
CRAIG R. BARRETT, CHARLENE                  )
BARSHEFSKY, E. JOHN P. BROWNE, D.           )
JAMES GUZY, REED E. HUNDT,                  )
PAUL S. OTELLINI, DAVID S.                  )
POTTRUCK, JANE E. SHAW, JOHN L.             )
THORNTON, DAVID B. YOFFIE,                  )
ANDREW S. GROVE, and                        )
INTEL CORPORATION,                          )
                                            )
                    Defendants.             )

## DECLARATION OF PEARL MEYER

PEARL MEYER affirms, declares and certifies under penalty of perjury:

1.          I have been engaged by plaintiff's counsel to project the savings to Intel Corporation produced by the termination of the 2005 Executive Officer Incentive Plan (the "EOIP").

2.          My experience and qualifications in making this projection are attached as Exhibit 1.

3.          I have concluded that the termination has a present value of $47,580,352 based on an analysis of the factors discussed below.

1

4.        We determined the rate of increase between (i) the $1.46 average actual EPS for 2005 and 2006, the "Actual Period", and (ii) the $1.81 average projected EPS for 2007, 2008 and 2009, the "Projected Period".

5.        We then applied this rate of increase (23.8%) to the average annual amount paid by the Intel under the EOIP during the two year Actual Period ($11,419,934) to estimate the average annual amount to be paid during the three year Projected Period ($14,138,611).

6.        This value was multiplied by three to reflect the number of years in the Projected Period.

7.        We then adjusted this value to reflect an expected 7% per annum increase in salaries during the Projected Period. The 7% is based on the actual average increase rate from 2002 to 2006.

8.        We projected the $51,990,030 amount to be paid in the Projected Period and reduced it to present value using an interest rate of 4.71% per annum for the first tranche vesting in 2007, 4.60% per annum for the second tranche vesting in 2008, and 4.49% for the third tranche vesting in 2009. These discount rates represent the risk free rates on May 10, 2007 for the one year, two year and three year periods, respectively.

9.        For 2007 and 2008, we used estimated EPS figures based on (i) the Bloomberg composite analyst estimates for Operating Income and (ii) the weighted average shares outstanding on a diluted basis for 2006.

2

10.        For 2009, we assumed that Operating Income would increase by the same amount as estimated for 2008 and again used 2006 weighted average shares outstanding on a diluted basis.

11.        The summary of our projection is as follows:

|  | Projected Period – 2007 / 2008 / 2009 |
|---|---|
| Total Operating EPS for Period | $5.42 [a] |
| Average Annual EPS | $1.81 |
| Average EOIP Amount Paid Per Year | $14,138,611 [b] |
| Total for Period | $42,415,833 |
| Average Annual Salary Increase Rate applied to Total EOIP for 2007-2009 | 7.0% [c] |
| Total (adjusted for salary increase rate) | $51,990,030 |
| Present Value | $47,580,352 [d] |

[a]    Calculated using Bloomberg estimates for 2007 and 2008 Operating Income and 2006 actual weighted average shares outstanding, assuming dilution. 2009 EPS calculated assuming same rate of increase between 2008 and 2009 as between 2007 and 2008.

[b]    Assumes bonus amounts increase at same rate as Operating EPS.

[c]    Average annual salary increase rate for the period from 2002 to 2006.

[d]    Based on one year discount rate of 4.71%, two year discount rate of 4.60% and three year discount rate of 4.49%.

Dated: New York, New York
       May 14, 2007

_____
PEARL MEYER

3

STEVEN HALL
&PARTNERS
EXECUTIVE COMPENSATION

---

## PEARL MEYER

---

Mrs. Meyer serves as Senior Managing Director of the executive compensation consulting firm of Steven Hall & Partners (SH&P), and has over thirty years of experience in the field including:

- Serving as outside counsel and rendering expert opinions to corporate Boards of Directors, Board Compensation Committees, Board Special Committees and senior managements as to the valuation, appropriateness, reasonableness and fairness of total remuneration, stock option, long-term incentive, annual incentive and non-qualified benefit plans, policies, amounts and practices covering corporate executives;

- Design, development and implementation of corporate stock option and other stock-based awards, long-term incentive, annual incentive and salary plans, policies and practices;

- Design and negotiation of employment contracts, severance agreements and policies, retention plans, change in control arrangements, and bankruptcy programs;

- Marketplace surveys of compensation plans, policies, amounts and practices with respect to executives, other employees, and non-employee members of Boards of Directors;

- Executive evaluation, organization and succession planning;

- Design, development and implementation of cash compensation and stock plans, policies, amounts and practices for non-employee members of Boards of Directors; and

- Expert witness opinions, testimony and litigation support.

---

### PEARL MEYER

---

Prior to founding Steven Hall & Partners in September 2005, Mrs. Meyer founded the executive compensation consulting firm of Pearl Meyer & Partners, Inc. in January 1989 where she served as Consultant and President/Chairman for over 16 years.   Earlier she was affiliated with Handy Associates, a leading firm engaged in executive compensation consulting, organization planning and executive recruiting.  She served as Director of Research, Executive Vice President and Executive Consultant of this firm, directly supervising the executive compensation consulting practice, as well as organization planning activities and executive search.  She was recruited by Handy Associates from Kraft Foods, which she joined upon college graduation as a Statistical Specialist in the Executive Compensation Division.

As a consultant and expert in executive compensation and selection, she has served and advised hundreds of major corporations in almost every industry.  Past and present listings include Who's Who in America, Who's Who in Business and Finance, Who's Who in American Women, and "Leading Consulting Firms in North America" (Consultants News) and as "Top Executive Compensation Consultant Guru" (Who's Who in Compensation Consulting).

The attachments list public speaking engagements, major publications, a partial list of published quotes and references in newspapers and periodicals over the last 18 years,* as well as current and prior testimony.

She earned a B.A. cum laude in Economics and Statistics from New York University's Washington Square College and completed several years of graduate studies at its Stern Graduate School of Business Administration.  She has been elected to Phi Beta Kappa, Pi Mu Epsilon (Mathematics), Beta Gamma Sigma (Graduate Business Studies) and other honorary societies in statistics and economics.  Memberships include WorldatWork (American Compensation Association), The Women's Forum (past Director), The Women's Executive Circle (Director), The Conference Board and the National Association of Corporate Directors (lecturer).  She has been honored as a Woman of Achievement by Legal Momentum (2003) and Mercy College (2006).

---

\*     Information is only for period commencing January 1989 when Pearl Meyer & Partners was founded; complete data for prior years is not available.

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

---

**PEARL MEYER**
**Current and Prior Testimony***

---

**Current Litigation**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARR INTERNATIONAL COMPANY, INC.,

      Plaintiff,

  vs.                                Civil Action No. 05CU6283(BSJ)

AMERICAN INTERNATIONAL GROUP, INC.,

      Defendant

**Testimony in Arbitration – September 29, 2005**

AMERICAN ARBITRATION ASSOCIATION
DAYTON, OHIO

BARBARA L. BRASIER,

      Claimant,

  vs.                                Case No. 52-160-00411-04

MEADWESTVACO CORPORATION,

      Respondent

---

\*   Most of the cases on which Mrs. Meyer has consulted have been settled out of court.

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

---

**PEARL MEYER**
**Current and Prior Testimony\***

---

## Testimony – August 25, 2004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

ADELPHIA COMMUNICATIONS CORP., et.al.,                    No. 02-41729 (REG)
                          Debtors                         (Jointly Administered)


## Testimony in Arbitration – June 26, 2003

AMERICAN ARBITRATION ASSOCIATION
EMPLOYMENT ARBITRATION TRIBUNAL
NEW YORK, NEW YORK

ALLISON ANN KENDRICK, as Executrix of the
Estate of Brian E. Kendrick,

          Claimant,

     vs.                                                  Case No. 13 Y 160 00785 02

ASBURY AUTOMOTIVE MANAGEMENT, L.L.C.
and ASBURY AUTOMOTIVE GROUP, INC.

          Respondents

---

\*    Most of the cases on which Mrs. Meyer has consulted have been settled out of court.

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

---

**PEARL MEYER**
**Current and Prior Testimony***

---

**Testimony in Arbitration – April 24, 2003**

AMERICAN ARBITRATION ASSOCIATION
BOSTON, MASSACHUSETTS

DENNIS M. DONOVAN,

> Claimant and Counter-Respondent,

> vs.                                                    No. 11 160 01828 02

RAYTHEON COMPANY,

> Respondent and Counter-Claimant

**Testimony – February 24, 2003**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

ADELPHIA COMMUNICATIONS CORP., et.al.,         No. 02-41729 (REG)

> Debtors                                              (Jointly Administered)

**Testimony – December 16, 2002**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

WORLDCOM, INC., et al.;                              Case No. 02-13533 (AJG)

> Debtors                                              (Jointly Administered)

---

\*    Most of the cases on which Mrs. Meyer has consulted have been settled out of court.

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

---

**PEARL MEYER**
**Current and Prior Testimony***

---

**Deposition – October 27, 1999**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RONALD L. WEILERT,

        Plaintiff,

   vs.                                                                 C.A. No.  98 C 3141

BAAN COMPANY N.V.,

        Defendant

---

**Testimony – March 17, 1999**

UNITED STATES TAX COURT

SQUARE D COMPANY AND SUBSIDIARIES,

        Petitioners,

   vs.                                                                 Docket No 6067-97

COMMISSIONER OF THE INTERNAL REVENUE

        Respondent

.

---

\*    Most of the cases on which Mrs. Meyer has consulted have been settled out of court.

**STEVEN HALL & PARTNERS**
EXECUTIVE COMPENSATION

---

### PEARL MEYER
### Current and Prior Testimony*

---

## Testimony in Arbitration – February 1996

#### AMERICAN ARBITRATION ASSOCIATION
#### NEW YORK, NEW YORK

ORANGE AND ROCKLAND UTILITIES, INC.

        Claimant,

    vs.

                                 Case No.

JAMES F. SMITH,                  13 Y 160 00703 94

           Respondent

## Deposition - January 14, 1993

#### UNITED STATES DISTRICT COURT
#### FOR THE
#### DISTRICT OF MASSACHUSETTS

CARL M. BERKE, L. EDWARD CANNON,
FRANCIS X. COLE, MALCOM D. POIRIER,
SALLY SEAVER AND EDWARD F. COVELL,

        Plaintiffs,

    vs.                             C.A. No.  91-11614-WF

TAMBRANDS, INC.,

        Defendant

---

\*   Most of the cases on which Mrs. Meyer has consulted have been settled out of court.

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to May 2007**

Mrs. Meyer has served as Chairperson, keynoter, speaker and/or panelist at major conferences. A representative listing of speaking engagements includes the following:

- Weil, Gotshal & Manges Roundtable at Yale Law School – 5/4/07
  <u>Panel Discussion on Executive Compensation</u>

- CBIA 2007 Compensation and Benefits Conference – 5/3/07
  <u>Keynote Address in Executive Compensation Trends</u>

- NACD Executive Compensation Management Council – 4/12/07
  <u>The Next Generation of Total Rewards and Long-Term Incentives</u>

- 2007 HR Policy Chief Human Resource Officer Summit – 3/23/07
  <u>Executive Compensation:  Developing a Contemporary Executive Compensation Strategy</u>

- ExecuNet Webinar – 2/15/07
  <u>How Much is Enough?  The New Rules of Executive Compensation</u>

- The University of Delaware – 2006 Directors College – 11/16/06
  <u>Executive Compensation</u>

- National Association of Corporate Directors – Director Luncheon – 11/9/06
  <u>Director Compensation:  The Best Buy in Corporate America</u>

- Practising Law Institute – 38th Annual Institute – 11/8/06
  <u>Executive Compensation Issues</u>

- Fifth Annual Directorship Boardroom Forum – 10/25/06
  <u>Principle-Based CEO Compensation</u>

- National Association of Corporate Directors – 2006 Annual Corporate Governance Conference – 10/16/06
  <u>Executive Compensation – Impact on Long-Term Value</u>

- Third Annual Executive Compensation Conference – 10/12/06
  <u>The Consultants Speak</u> and <u>What Directors Now Need to Address</u>

- Board Exchange – 10/11/06
  <u>Executive and Board Compensation Trends – New Rules, New Pitfalls</u>

- Practising Law Institute Fourth Annual Director's Institute on Corporate Governance – 9/25-9/26/06
  <u>Understanding Directors' Executive Compensation Duties in the Changing Environment</u>

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to May 2007**

- Heidrick & Struggles Board Practice Seminar – 1/11/06
  Executive and Director Compensation

- National Association of Corporate Directors – 3/9/06
  Saving Us From Ourselves: New Rules and Tools for Executive Compensation

- JPMorgan Chase & Co. – CEO Forum – 11/5/05
  Trends in Executive Compensation

- McDermott, Will & Emery – 2005 General Counsel Symposium – 11/4/05
  Navigating Executive Compensation in the New Millennium

- National Association of Stock Plan Professionals – 10/31/05
  The Consultants Speak

- The University of Delaware – 2005 Directors College – 10/27/05
  Hot Boardroom Issues

- National Association of Corporate Directors' Corporate Directors Institute – 10/23/05
  Effective Compensation Committees

- The Conference Board: Executive Compensation Seminars – 10/6-10/7/05
  Keynote Address – Pay at the Top: Executive and Board Compensation

- New York Stock Exchange & National Association of Corporate Directors – 9/28/05
  Executive Compensation Practices and Challenges

- Corporate Board Member: The Annual Boardroom Summit – 9/22-9/23/05
  Trends in Compensating Boards and Executives in Today's Environment

- Practising Law Institute – Third Annual Directors Institute on Corporate Governance –
  9/15-9/16/05
  Compensation Committee Challenges and Best Practices

- The Conference Board Executive Compensation Seminar – 6/21-6/22/05
  Director Compensation – Redesigning Pay for a Redesigned Job

- National Association of Corporate Directors – New York Chapter – 5/10/2005
  Director Compensation – Redesigning Pay for a Redesigned Job

- Practising Law Institute – 26th Annual Institute on Securities Regulation – 11/11-11/13/04
  Executive Compensation Issues

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to May 2007**

- The University of Delaware – 11/4/04
  2004 Directors College

- National Association of Corporate Directors – 10/18/04
  2004 Annual Corporate Governance Conference

- The Conference Board:  Executive Compensation Seminars – 9/28-9/29/04
  Keynote Address – Pay at the Top: Executive and Board Compensation

- Corporate Board Member:  The Annual Boardroom Summit – 9/22-9/24/04
  Trends in Compensating Boards and Executives in Today's Environment

- The Conference Board:  2004 Executive Compensation Seminar – 6/24-6/25/04
  Keynote Address: Trends, Issues and Predictions: Overview of the Past Year and a
  Look at the Future in a New Era of Scrutiny and Accountability

- Second Annual Institute on Board/Committee Independence and Effectiveness – 6/23/04
  Panel:  The Compensation Committee – Remaking the Rules of the Road to Riches

- JP Morgan Leadership & Value Conference – 3/3-3/5/04
  Perspectives on CEO Compensation

- The Conference Board:  Council of CFOs – 2/3-2/4/04
  Compensation: New Approaches

- National Association of Corporate Directors – 10/21/03
  2003 Annual Corporate Governance Conference

- The Conference Board:  Executive Compensation Seminars – 9/24-9/25/03
  Pay at the Top:  Executive and Board Compensation

- Practising Law Institute:  First Annual Directors' Institute on Corporate Governance –
  9/22-9/23/03
  Panel:  Compensation Committees

- First Annual Institute on Board/Committee Independence – 6/12/03
  Panel:  The Compensation Committee through the Looking Glass

- National Association of Corporate Directors Breakfast Seminar – 3/12/03
  Role of the Compensation Committee – Recent Trends in Board Practices and Director
  Compensation

- NOW Legal Defense and Education Fund – 3/12/03
  Recipient of 2003 Woman of Achievement Award

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to May 2007**

- Lehman Brothers – Corporate Governance Conference – 11/12/02
  <u>Restoring Trust: A Practical Approach</u>

- The University of Delaware Corporate Governance Conference – 10/3/02
  <u>Executive Over Compensation – A Problem or a Solution?</u>

- The Conference Board: Executive Compensation Seminars – 9/25-9/26/02
  <u>Pay at the Top: Executive and Board Compensation</u>

- Ascend[2002] – A Goldman Sachs Leadership Exchange – 6/26/02
  <u>Creating a Future: Optimal Strategies for the 4 C's: Cash, Contracts, Children, Charities</u>

- National Association of Corporate Directors – 4/29/02
  <u>2002 Annual Corporate Governance Conference</u>

- The Conference Board: Executive Compensation and Benefits Seminar – 1/22-1/23/02
  <u>An Exploration of Non-Cash Plans, Benefits, and Special Arrangements: Risks & Rewards</u>

- The Conference Board: Executive Compensation Seminars – 11/1-11/2/01
  <u>Pay at the Top: Executive and Board Compensation</u>

- Executive Search Summit 2001 – 10/2/01
  <u>The 21st Century Executive</u>

- Association of Executive Search Consultants – 5/22/01
  <u>Trends and Issues in Executive Compensation – Impact of the Stock Market</u>

- Association of Advanced Life Underwriters – 5/7/01
  <u>Trends and Issues in Executive and Board Compensation</u>

- National Association of Corporate Directors – 4/10/01
  <u>Trends and Issues: Board and Executive Remuneration</u>

- Corporate Board Member's Annual M&A Conference – 4/9/01
  <u>Critical Nonprice Issues in Making Great Acquisitions</u>

- TIAA-CREF Institute Corporate Governance Forum – 4/5/01
  <u>General Use of Stock Options</u>

- National Association of Corporate Directors – 10/16/00
  <u>2000 Annual Corporate Governance Conference</u>

**STEVEN HALL & PARTNERS**
EXECUTIVE COMPENSATION

---

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to May 2007**

---

- The Committee of 200 – 9/28-9/29/00
  Money at Zero Gravity - Panelist

- The Conference Board:  Executive Compensation Seminars – 9/25-9/26/00
  Pay at the Top: Executive and Board Compensation

- The 2000 Ayco Inner Circle Benefits & Compensation Conference – 5/4/00
  Current and Future Trends in Executive Compensation

- National Association of Corporate Directors – 10/19/99
  1999 Annual Corporate Governance Conference

- The Conference Board: Executive Compensation Seminars – 9/29-9/30/99
  Pay at the Top:  Executive and Board Compensation

- The Conference Board:  Advisory Council on Human Resources Management – 6/7/99
  Trends in Board Remuneration and Executive Compensation

- National Association of Corporate Directors – 11/2/98
  Annual Corporate Governance Review Meeting

- The Conference Board:  Executive Compensation Seminars – 10/29-10/30/98
  Pay at the Top:  Executive and Board Compensation

- The 1998 Ayco Inner Circle Benefits & Compensation Conference – 5/8/98
  Current Trends in Executive Compensation

- National Association of Corporate Directors – 10/27/97
  Annual Governance Meeting

- The Committee of 200 – 10/25/97
  Compensation Trends, Issues and Methods

- The Conference Board:  Executive Compensation Seminars – 10/15/97, 10/23/97
  Current Trends in CEO Pay: Risks and Rewards at the Top

- American Compensation Association 1997 Executive Compensation Forum – 9/8/97
  The Stakeholders / Part III:  The Rulemakers

- Law Journal Seminars-Press – 4/18/97
  Employment Compensation Strategies:  Equity Incentives

- National Association of Corporate Directors – 11/11/96
  CEO Compensation vs. Stakeholder Compensation:  The Ramifications

# STEVEN HALL
## & PARTNERS
EXECUTIVE COMPENSATION

---

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to May 2007**

---

- The Conference Board:  Executive Compensation Seminars – 10/10/96, 10/16/96
  Current Trends in CEO Pay:  Risks and Rewards at the Top

- American Compensation Association:  Executive Compensation Forum – 9/19/96
  Living with Risk at the Top

- The 1996 Ayco Inner Circle Benefits Conference – 5/10/96
  Recent Trends in Executive Compensation

- Epstein Becker & Green Seminar – 2/26/96
  Risks and Rewards of Directorship

- Investor Relations Association – 1/10/96
  Emerging Trends in Executive Compensation

- CNN Financial News Network – 1/5/96
  Live interview regarding executive compensation issues

- Yale University Finance Institute – 10/23/95
  Executive Compensation:  An Overview

- The Conference Board:  Executive Compensation Seminar – 10/10/95
  Pay at the Top:  CEO and Board Compensation,

- National Association of Corporate Directors – 6/15/95
  CEO and Board Performance Evaluation and Pay Trends

- American Compensation Association:  1995 National Conference & Exposition – 5/22/95
  A New Equation for Executive Pay

- Management Compensation Group:  Seventh Annual Peer Group Forum – 5/5/95
  Executive Compensation Trends

- The Conference Board:  1995 Compensation Conference – March/April 1995
  Developing a Total Executive Compensation Strategy

- Investors' Fiduciary Services, Inc.:  1994 Client Conference – 12/6/94

- American Society of Corporate Secretaries:  Issues Update – 1994
  New Ideas in Director Compensation

- The Conference Board:  1994 Human Resources Conference – 10/18/94
  The New Rules for Executive Compensation

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to May 2007**

- The Conference Board:  1994 Annual Compensation Conference – 4/19/94
  Long Term Incentives - The Competitive Edge

- Investment Management Institute:  1994 Conference – 2/10/94
  Corporate Governance

- The Sky Club – 1/21/94
  Executive Compensation Trends in a Regulated Environment

- Practicing Law Institute:  Annual Institute on Securities Regulations – 11/93

- New York Compensation Association – 11/18/92
  Executive Compensation in the 1990s

- Securities Industry Association:  Human Resources Management Conference – 10/20/92
  Total Compensation for the 1990s

- Executive Enterprises, Inc., Co-Chairperson and Speaker – 10/15/92
  New Directions in Executive Compensation for the '90s

- New Human Resources Executive Seminar:  Leadership at the Policy-Making Level, University of Illinois at Urbana-Champaign – 10/15/92
  Purposes of Executive Compensation

- Law Journal Seminars:  Responding to the Executive Compensation Controversy – 5/12/92
  Trends and Techniques in Executive Compensation

- The Conference Board:  Ninth Annual Human Resources Conference – 10/9/91
  Trends in Executive Compensation

- National Association of Corporate Secretaries – 6/27/91
  Developments in Board and Executive Compensation

- The Conference Board:  1991 Annual Compensation Conference – 4/17/91
  Equity-Based Long Term Incentives

- AWED:  11th National Conference for Women in Business, Panelist – 3/23/91

- National Association of Corporate & Professional Recruiters, Inc. – 11/15/90
  The Art of the Deal:  Creative Compensation Packages for the '90s ... The Role Equity Will Play in Attracting Senior Talent

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Public Speaking Engagements**
**January 1989 to May 2007**

- Human Resource Executive Forum – 10/22/90
  Effective Ways to Pay for Performance:  Long Term Incentives

- Noble Lowndes:  Executive Compensation Briefing – 6/5/90
  Megatrends in Executive Compensation

- National Association of Corporate & Professional Recruiters, Inc. – 12/8/89
  Executive Compensation in the 1990s

- American Management Association: 18th Annual Compensation & Benefits Update – 9/25/89
  The Future of Executive Compensation

- Philip Morris Companies Inc.:  1989 Human Resources Conference – 9/19/89

- The 1989 Ayco Inner Circle Benefits Conference – 6/13/89
  Executive Compensation in the 1990s

- Practicing Law Institute:  Executive Compensation Workshop – 5/11/89
  Promoting Executive Entrepreneurism and Initiative

- National Wholesale Hardware Association:  Executive Leadership Forum – 3/21/89
  Compensation in the Excellent Company

- New York Personnel Management Association – 2/14/89
  Trends - Themes - Challenges of Executive Compensation in the 1990s



STEVEN HALL
&PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**List of Major Publications**
**January 1989 to September 2006**

| | | |
|---|---|---|
| The Corporate Board | Option Pricing Abuse | Sept./Oct. 2006 |
| WorldatWork | Aligning the Interests of Directors and Shareholders | August 2006 |
| Directors & Boards | Who Show Control CEO Pay? | April 2006 |
| Directorship | From Halos to Horns: Demonizing the American CEO | January 2003 |
| Director's Monthly | CEO Pay Reflects New Challenges of Board Service | December 2002 |
| Director's Monthly | CEO Pay | October 2002 |
| Leaders Talk Leadership – Top Executive Speak Their Minds (edited by Heidrick & Struggles) | Compensation and Reward Systems Based on Performance and Business Strategy | September 2002 |
| Directors & Boards | Should Directors Ever Sell Stock? Flexibility is a Key Issue | Summer 2002 |
| WORKSPAN (formerly ACA News) | A New Era in Equity-Based Pay | May 2001 |
| Directorship | CEOs as Owners: The Evolving Stake in Executive Compensation | October 2000 |
| Corporate Governance Advisor | Director Pay: The Rise of Stock | Summer 2000 |
| Directorship | The Changing Landscape of Board Remuneration | July/August 1999 September 1999 |
| Directors & Boards | Board Stock Ownership: More, and More Again | Winter 1998 |
| Director's Monthly | Director Pay in Top 200 Companies | August 1998 |


STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**List of Major Publications**
**January 1989 to September 2006**

| | | |
|---|---|---|
| American Compensation Association News | The 1997 Equity Stake: How Organizations are Rewarding Executives | June 1998 |
| American Compensation Association Journal | Stock: The New Currency for Board Compensation | Spring 1998 |
| Journal of Business Strategy | Stock Option Usage in Executive Compensation | Spring 1998 |
| American Compensation Association News | The Current State of Director Pay Packages | September 1997 |
| American Compensation Association News | Congress Again Trying to Regulate Executive Pay | June 1997 |
| American Compensation Association News | A Picture of Executive Compensation Trends | June 1997 |
| Directorship | Compensating the Outside Director | June 1997 |
| Journal of Compensation & Benefits | Setting the Record Straight on Elective Deferred Compensation Plans | March/April 1997 |
| Compensation & Benefits Management Journal | The Cascading Impact of CEO Pay | Winter 1996 |
| American Compensation Association News | Where Have We Been . . . Where Are We Going? | June 1996 |
| Barron's | CEO Pay vs. Layoffs | May 1996 |
| Directorship | Can Corporations Afford to Pay Directors in Stock?  Yes! | January 1996 |
| The Conference Board | Developing a Total Executive Compensation Strategy (published in <u>Compensation:  Present Practices and Future Concerns</u>) | 1995 |
| Comp Flash | CEO Pay Increases Decline | July 1995 |



## PEARL MEYER
### List of Major Publications
### January 1989 to September 2006

| | | |
|---|---|---|
| Directorship | Making the Grade: CEO and Director Performance Evaluation | April 1995 |
| American Compensation Association News | 1994 Trends Show What=s in Store for 1995 | March 1995 |
| Directorship | A New Look at CEO and Director Compensation | January 1995 |
| American Compensation Association News | Compensation Committees Take a Stand on $1 Million Salary Cap | September 1994 |
| Directors & Boards | Wanted: At Risk Investment | Fall 1994 |
| American Compensation Association News | A Dose of Reality from the IRS | February 1994 |
| The Corporate Board | Compensation and Board Recruitment | September/October 1993 |
| The New York Times | Can Congress Run A Corporation? No | September 19, 1993 |
| Industry Week | Real Executive Ownership at Real Risk | May 17, 1993 |
| Directors & Boards | The Task Ahead: Reward Individual Contribution | Spring 1993 |
| Directorship | Making Directors Bulletproof | October 1992 |
| The New York Times | Corporations Must Police Executive Salaries | April 30, 1992 |
| Nation's Business | Don't Promise Too Much to New Executives | February 1991 |
| The New York Times | Executives, Take Your Risks | January 27, 1991 |
| Compensation & Benefits Management | Recruiting & Rewarding Directors in 1990's | Winter 1991 |
| Human Resources Executive | Pay for Performance: Future HR Trends Discussed | December 1990 |



**PEARL MEYER**
**List of Major Publications**
**January 1989 to September 2006**

| Directors & Boards | Advances in Noncash Compensation | Fall 1990 |
| Continental Airlines | Money Talks | Fall 1989 |
| Human Resources Executive | Who Owns Corporate America? | September 1989 |

**STEVEN HALL**
**& PARTNERS**
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- Business Week, March 23, 2007, GOLDEN PARACHUTES: CUT THE CORDS – CEO SEVERANCE PACKAGES ARE OUT OF CONTROL…MUCH TOO BIG AND USED TOO OFTEN.  PRO OR CON?

- Deseret Morning News, Fort Worth Star Telegram, Atlanta Journal Constitution, March 21, 2007, DELTA PAY PLAN WINS PRAISE:  KEY EXECUTIVES WON'T BAIL NOW, OBSERVERS SAY

- Investment Dealers' Digest, February 12, 2007, A FORK IN THE ROAD

- Reuters, January 12, 2007, LIFTING THE LID:  EXEC PAY CONSULTANTS TO FACE CLOSER SCRUTINY

- The Wall Street Journal, December 21, 2006, IBM ENDS DIRECTOR STOCK OPTIONS, SPOTLIGHTING POPULAR PERK'S DECLINE

- Forbes.com, December 12, 2006, ARE YOU MAKING TOO MUCH MONEY?

- The New York Times, December 3, 2006, KEEP THE GOLD WATCH, GIVE A BOTTOMLESS KEG

- Charlotte Observer, December 3, 2006, FIVE BURNING ISSUES ON EXECUTIVE PAY

- The New York Times, November 25, 2006, SIGNING UP A NEW CHIEF IN THE AGE OF PRENUPS

- The Wall Street Journal, August 24, 2006, $100 MILLION HELPS LURE AWAY GENERAL ELECTRIC VETERAN

- Workforce Management, July 25, 2006, OPTION SCANDALS MIGHT PUT HR IN WATCHDOG ROLE

- The New York Times, July 22, 2006, HAUNTED BY A HEADY PAST – SILICON VALLEY WAS CALMING DOWN, NOW AN OPTIONS SCANDAL

- Corporate Secretary, June 2006, COMPENSATION – THE SECRET LIFE OF…

- GlobeSt.com, June 27, 2006, EXECUTIVE WATCH

- Baltimore Sun, June 18, 2006, CEO PAY, SCRUTINY, CONTINUE TO RISE

- Accountingweb.com, June 2, 2006, SEC CALLS FOR GREATER DISCLOSURE OF EXECUTIVE PAY, PROBES OPTIONS DATING

**STEVEN HALL & PARTNERS**
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- Business Week, May 29, 2006, UPFRONT – CFOS SING THE SARBOX BLUES

- The Providence Journal (Rhode Island), May 21, 2006, RECIPES FOR MAKING MONEY: RHODE ISLAND MUST REVEAL MORE DETAILS THAN EVER ABOUT HOW THEY COMPENSATE TOP

- San Antonio Express-News, May 14, 2006, EXECUTIVE COMPENSATION – SAN ANTONIO'S CEOS PAY & PERKS

- Base and Bonus, May 2006, AT SEARS HOLDINGS, EQUITY TAKES A BACK SEAT

- St. Louis Post-Dispatch (Missouri), April 23, 2006, EXECUTIVES' PAY REMAINS AS LARGE AS THEIR EGOS

- Workspan Weekly, April 21, 2006, SURVEY – CEO PAY SHOULD REMAIN WITH BOARDS

- Dow Jones News Service/MarketWatch, April 20, 2006, FIRMS CRITIQUE PROPOSED SEC COMPENSATION TABLES

- The Wall Street Journal, April 19, 2006, CEO SEEKS TO HALT STOCK-BASED PAY AT UNITED HEALTH – MOVE COMES AMID SCRUTINY OF OPTIONS TIMING, GAINS; SUSPENSIONS IN VITESSE PROBE

- Trading Markets, April 18, 2006, STEVEN HALL & PARTNERS FILES LETTER WITH SEC COMMENTING ON COMMISSION'S PROPOSED AMENDMENTS TO EXECUTIVE COMPENSATION – QUICK FACTS

- Compliance Week, April 18, 2006, COKE DIRECTOR PAY PLAN RAISES EYEBROWS

- The New York Times, April 15, 2006, FOR LEADING EXXON TO RICHES, $144,573 A DAY

- The Wall Street Journal, April 13, 2006, THE CEO HEALTH PLAN – IN ERA OF GIVEBACKS, SOME EXECUTIVES GET FREE COVERAGE AFTER THEY RETIRE

- The Wall Street Journal, April 10, 2006, THE JOURNAL REPORT: THE WSJ 350: A SURVEY OF CEO COMPENSATION PURCHASE PLAN – MORE SMALL-COMPANY OWNERS ARE SELLING THE BUSINESS NOW, WITH THE PROMISE OF GETTING PAID LATER

- Forbes, March 2006, THE NAME ON THE DOOR

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- Reuters, February 2006, US CEO TURNOVER HIGH, GOLDEN PARACHUTES QUESTIONED

- Associated Press, January 31, 2006, RETIRING WACHOVIA EXECUTIVE MAY GET MORE THAN $100 MILLION

- The Wall Street Journal, December 12, 2005, MANAGING ANOTHER BOOST FOR THE BOSS – COMPENSATION RISES AGAIN AS CEOS GET LAVISH PACKAGES FOR COMING, GOING OR STAYING

- The Deal, October 9, 2005, BRAND NAMES

- The New York Times, October 2, 2005, NAME OR BRAND?

- Institutional Investor, October, 2005, THERE'S A LOT IN A NAME FOR PEARL MEYER

- The Wall Street Journal, June 13, 2005, 'PHANTOM' ACCOUNTS FOR CEOS DRAW SCRUTINY

- The Canadian Broadcasting Company, April 19, 2005, CEO PAY RISES, PICKING UP MOMENTUM AS QUESTIONS LINGER ABOUT OVERCOMPENSATION

- Associated Press, April 15, 2005, CEO PAY PICKS UP MOMENTUM EVEN AS QUESTIONS LINGER ABOUT OVERCOMPENSATION

- The New York Times, April 3, 2005, MY BIG FAT C.E.O. PAYCHECK

- Christian Science Monitor, March 21, 2005, SCANDAL FALLOUT:  TOUGHER EVALUATION FOR CEO PAY

- Rocky Mountain News, February 18, 2005, MALONE RECEIVES $27.6 MILLION IN CABLE SPINOFF'S STOCK OPTIONS

- Reuters, February 10, 1005, FIORINA ICON OF EQUAL OPPORTUNITY, EVEN AMID OUSTER

- The Wall Street Journal, February 9, 2005, PLAYING HIDE & SEEK WITH CASH – MORE FIRMS, LIKE CONSECO, FIND IT'S NO GAME TRYING TO RECLAIM BAD LOANS TO FORMER EXECUTIVES

- The New York Times, July 29, 2004, I.R.S. SAYS AMERICAN'S INCOME SHRANK FOR 2 CONSECUTIVE YEARS

- Business Week, April 5, 2004, THE GRAVY TRAIN IS DRYING UP

**STEVEN HALL**
**& PARTNERS**
EXECUTIVE COMPENSATION

## PEARL MEYER
### Partial List of Published Quotes and References
### in Newspapers and Periodicals
### January 1989 to March 2007

- The New York Times, April 4, 2004, IS CEO PAY UP OR DOWN?  BOTH

- The Wall Street Journal, March 29, 2004, THE JOURNAL REPORT: HOW TO NEGOTIATE PAY IN A TOUGH ECONOMY

- The New York Times, March 23, 2004, FOR WALL STREET CHIEFS, BIG PAYDAYS CONTINUE

- Financial Times, March 22, 2004, EXECUTIVE BONUSES SET TO MATCH BOOM LEVELS

- Business Week, February 23, 2004, EXECUTIVE PAY: LIVING LARGE IN THE CORNER OFFICE

- The Wall Street Journal, February 17, 2004, CAREER JOURNAL: BONUS PAYOUTS ARE GROWING

- Bureau of National Affairs-Corporate Accountability Report, January 9, 2004, COMPENSATION COMMITTEES ARE MORE ENGAGED, TAKING CHARGE OF OUTSIDE CONSULTANTS

- The Wall Street Journal, December 10, 2003, PANEL PROPOSES WAYS TO CONSTRAIN EXECUTIVE PAY

- IRRC Corporate Governance Highlights, October 24, 2003, NACD'S ANNUAL CONFERENCE FOCUSES ON POST-REFORM CORPORATE LANDSCAPE

- Dow Jones Newswire, October 21, 2003, CORPORATE DIRECTORS TOLD TO GET TOUGH ON CEO PAY

- Dow Jones Newswire, October 15, 2003, DIRECTOR GROUP TO URGE COMP CONSULTANTS REPORT TO BOARD

- Los Angeles Times, September 21, 2003, FINAL BELL FOR GRASSO STRIKES A NERVE

- The Wall Street Journal, September 18, 2003, GRASSO'S PAY PLAN DEPENDS ON TERMS OF HIS DEPARTURE

- Time Magazine, September 22, 2003, GRASSO IN THE STOCKS

- Daily Deal, May 26, 2003, MOVERS & SHAKERS – INTERVIEW WITH PEARL MEYER

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- Florida Times-Union, May 2, 2003, LOCAL CEOS EARNING TOP DOLLAR – MANY CRITICAL OF HIGH PAY PACKAGES

- Associated Press, April 23, 2003, REGAL TREATMENT OF CEOS CONTINUED IN 2002

- Business Week, April 21, 2003, SPECIAL REPORT – EXECUTIVE PAY

- The New York Times, April 19, 2003, AMERICAN AIR PULLS BACK BONUS PLANS

- Financial Times, April 11, 2003, SHIFTING GOALPOSTS SECURE BONUSES

- The New York Times – Special Report on Executive Pay, April 6, 2003, AGAIN, MONEY FOLLOWS THE PINSTRIPES

- The New York Times – Special Report on Executive Pay, April 6, 2003, IT'S TIME TO LAND THIS REWARD SYSTEM

- USA Today, March 31, 2003, BUBBLE HASN'T BURST YET ON CEO SALARIES DESPITE THE TIMES; TOP EXECUTIVES CASH IN EVEN AS STOCKHOLDERS LOSE OUT

- Reuters, March 14, 2003, MERRILL BOOSTS KOMANSKY, O'NEAL BONUSES SEVENFOLD

- Chief Executive, March 1, 2003, WHITE-COLLAR CLIMB: TODAY'S CEOS MAY BE YOUNGER, BETTER-SCHOOLED AND MORE WELL-ROUNDED, BUT SUCCEEDING IN THE TOP JOB STILL TAKES REAL EXPERIENCE

- Business Week, February 3, 2003, EXPLORING OPTIONS

- Washington Post, January 31, 2003, STOCK OPTIONS BECOMING PAY-PLAN DINOSAURS?

- Harvard Business Review, January 2003, WHAT'S WRONG WITH EXECUTIVE COMPENSATION?

- Newsweek, December 30, 2002, THE CEO PARTY IS OVER

- The Wall Street Journal, December 10, 2002, SNOW'S LATEST CXS CONTRACT COVERED EXIT TO WASHINGTON

- The Journal News, December 1, 2002, EVALUATING EXECUTIVE COMPENSATION

**STEVEN HALL**
**&PARTNERS**
EXECUTIVE COMPENSATION

---

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

---

- Financial Times, November 15, 2002, THE KEYS TO THE VAULT

- St. Paul Pioneer Press, July 9, 2002, FUND MANAGERS SCRUTINIZE EXEC PAY

- Pay for Performance Report (Institute of Management & Administration – IOMA), June 1, 2002, CAN TRUE PFP SURVIVE IN THE EXECUTIVE SUITE?

- USA Today, June 11, 2002, LEADERSHIP CHANGE CAN BOOST SHARES, BUT NEW CEOS DON'T OFFER QUICK STOCK FIX

- The Wall Street Journal, June 15, 2002, WHY EMBATTLED CEOS LEAVE WITH A BUNDLE

- The Wall Street Journal, March 11, 2002, QUESTIONING THE BOOKS: ENRON'S HIRE OF TURNAROUND CEO MEETS UNUSUAL DISSENT FROM SEC

- Business Week, March 4, 2002, OPTIONS: TOO MUCH OF A GOOD INCENTIVE?

- The New York Times, February 3, 2002, EVEN LAST YEAR, OPTION SPIGOT WAS WIDE OPEN

- CEO Magazine, November 2001, DO YOU NEED AN AGENT? AS TURNOVER MOUNTS, MORE CEOS TURN TO SPORTS AND ENTERTAINMENT STYLE NEGOTIATORS

- The Wall Street Journal, October 2, 2001, BONUSES GET CLIPPED IN DOWNTURN: MANAGERS TRY TO RETAIN EMPLOYEES

- The Wall Street Journal, June 4, 2001, OPTIONS OVERDOSE - USE OF STOCK OPTIONS SPINS OUT OF CONTROL; NOW A BACKLASH BREWS

- The Wall Street Journal, April 12, 2001, SPECIAL REPORT: EXECUTIVE PAY; EXIT STRATEGY

- The Wall Street Journal, April 12, 2001, SPECIAL REPORT: EXECUTIVE PAY; STAY, PLEASE

- The New York Times, February 14, 2001, CHIEF EXECUTIVE OFFICER COMPENSATION ROSE 16% LAST YEAR OVER '99

- Corporate Financing Week, February 5, 2001, SEC PROPOSES BETTER DISCLOSURE ON STOCK OPTIONS

**STEVEN HALL**
**& PARTNERS**
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- Fortune, November 27, 2000, EX-CEOS SAY THEY'RE BACK FOR LOVE, NOT MONEY

- WorldAtWork, September 1, 2000, EXPERT ADVICE ON PAY DESIGN (Excerpt from a chapter on director compensation that is part of "Aligning Pay and Results," an anthology edited by Howard Risher)

- Benefitnews.com Connect, July 24, 2000, BRICKS AND MORTARS BOOST OPTIONS IN BID FOR TALENT

- Newsweek, May 15, 2000, THE ENVELOPE PLEASE

- Business Week, April 17, 2000, EXECUTIVE PAY - IT CONTINUES TO EXPLODE AND OPTIONS ALONE ARE CREATING PAPER BILLIONAIRES

- The New York Times, April 2, 2000, ORDER OF COMPENSATION UNIVERSE REFLECTS PULL OF NEW ECONOMY

- Barron's Online, August 2, 1999, DIRECTORS' CUT:  STUDY LINKS CORPORATE PERFORMANCE TO BOARDS' EQUITY STAKES, by Robin Goldwyn Blumenthal

- The Wall Street Journal Interactive Edition, February 9, 1999, DISNEY MAKES PUSH TO ELIMINATE EVER-EXPANDING JOB CONTRACTS, by Bruce Orwall

- The Wall Street Journal Interactive Edition, December 16, 1998 and Reuters News Wire, December 16, 1998, IMS HEALTH SETS OWNERSHIP REQUIREMENTS FOR SENIOR EXECUTIVES AND OUTSIDE DIRECTORS

- The New York Times, December 3, 1998, BIG OIL:  THE NO. 2; MOBIL CHAIRMAN HAS PAY INCENTIVE TO SELL COMPANY, by David Cay Johnston

- Business Week, April 20, 1998, EXECUTIVE PAY:  STOCK OPTIONS PLUS A BULL MARKET MADE A MOCKERY OF MANY ATTEMPTS TO LINK PAY TO PERFORMANCE

- Financial Times, March 9, 1998, COMPANIES & MARKETS:  CROWNING KING GONG, by Richard Waters

- Fortune, December 8, 1997, THE PROBLEM WITH STOCK OPTIONS:  PAY FOR UNDERPERFORMANCE by Shaifali Puri

- Business Week, April 21, 1997, EXECUTIVE PAY:  TYING PAY TO PERFORMANCE IS A GREAT IDEA

**STEVEN HALL & PARTNERS**
EXECUTIVE COMPENSATION

## PEARL MEYER
### Partial List of Published Quotes and References
### in Newspapers and Periodicals
### January 1989 to March 2007

- Business Week, March 31, 1997, WHERE PARTING IS SUCH A SWEET DEAL

- Fortune, March 31, 1997, CEO PAY: MOM WOULDN'T APPROVE by Thomas A. Stewart

- Business Week, April 22, 1996, HOW HIGH CAN CEO PAY GO?

- Business Week, March 18, 1996, GROSS COMPENSATION? NEW CEO PAY FIGURES

- The New York Times, February 22, 1996, GETTING WHAT THEY DESERVE? NO PROFIT IS NO PROBLEM FOR HIGH-PAID EXECUTIVES

- Pensions & Investments, January 22, 1996, COMPENSATION - EQUITY STAKE FOR EXECS ON THE RISE

- The Wall Street Journal, January 17, 1996, INSIDERS PREFER TO SELL SHARES, NOT WAIT FOR UNREALIZED CAPITAL-GAINS TAX CUT, by Bridget O'Brian

- Investor's Business Daily, January 11, 1996, Executive Update, CEO BRIEFING - RECORD AMOUNT OF STOCK ALLOCATED FOR PAY PLANS

- The Wall Street Journal, January 3, 1996, BIG BONUSES LIKELY FOR CEOS ON WALL STREET, by Bridget O'Brian

- Philadelphia Inquirer, January 3, 1996, 10% OF ALL STOCK EARMARKED FOR COMPANIES' EXECUTIVES

- Bloomberg, January 2, 1996, EXECUTIVES LINE UP FOR MORE THAN 10% OF OUTSTANDING STOCK

- Business Week, December 25, 1995, THE BIG PICTURE; Pg. 8; MORE STOCK FOR PAY

- Pensions & Investments, November 13, 1995, SALARIES, BONUSES INCREASE - FINANCIAL SERVICES CONTINUES TO BE A WELL-PAYING FIELD

- The Wall Street Journal, November 2, 1995, CONCERNS ARE ALARMED BY TAX PROVISION IN SENATE'S BUDGET

- Fortune, September 18, 1995, STOCK OPTIONS DON'T WORK. IF CEOS WANT SHARES LET 'EM BUY SOME

STEVEN PEARL

& PARTNERS

EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- The Wall Street Journal, September 7, 1995, TIME WARNER'S BIG STOCK OPTION PLAN RAISES CONCERNS AMONG TURNER HOLDERS

- Fortune, July 24, 1995, THE BIG HANGOVER IN STOCK OPTIONS

- USA Today, July 18, 1995, CEOS TAKE STOCK OF RUN-UP

- Comp Flash, July 1995, CEO PAY INCREASES DECLINE

- Crain's New York Business, Financial, June 19, 1995, TAX LAW AXES CEO SALARIES

- The New York Times, June 15, 1995, TWO-TIER WALL STREET

- U.S. Banker, June, 1995, National Edition, Compensation; Pg. 73; PUTTING MORE PAY AT RISK, by Jeffrey Marshall

- BNA Pension & Benefits Reporter, May 1, 1995, SPECIAL REPORT - ACCOUNTING. END APPEARS IN SIGHT IN LONG BATTLE OVER FASB PLAN TO EXPENSE STOCK OPTIONS; Vol. 22, No. 18; Pg. 1134

- The Wall Street Journal, April 28, 1995, STRATEGIES FOR PREVENTING POST-TAKEOVER DEFECTIONS

- Business Week, April 24, 1995, SPECIAL REPORT; Number 3421; Pg. 88; CEO PAY: READY FOR TAKEOFF, by John A. Byrne with Lori Bongiorno

- Business Week, April 17, 1995, NEWS, Analysis & Commentary: EXECUTIVE SUITE; Number 3420; Pg. 41; HOW MUCH SHOULD IT TAKE TO KEEP THE BOARD ON BOARD?, by John A. Byrne

- Pensions & Investments, April 3, 1995, SHAREHOLDERS SWITCH PROXY BATTLE TACTICS

- Institutional Investor, April 1995, WALL STREET CHIEFTAINS COPE WITH THEIR PAPER DISTRESS

- Financial Times, March 2, 1995, Thursday, Pg. 17; Personal View: LEAVE EXECUTIVE PAY TO THE MARKET, by Martin Lipton and Adam Chinn

- ACA News, March 1995, 1994, TRENDS SHOW WHAT'S IN STORE FOR 1995

- The Wall Street Journal, January 19, 1995, Business Bulletin, New York

**STEVEN HALL & PARTNERS**
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- Investors Business Daily, December 21, 1994, Executive Update CEO Briefing; Pg. A4; FASB'S SOFTENED STANCE: The Financial Accounting

- The Houston Post, December 14, 1994, WEDNESDAY, FINAL EDITION, Pg. Cl; MONEY TALKS, compiled from staff and wire reports

- New York Law Journal, December 14, 1994, Wednesday, TODAY'S NEWS UPDATE; Pg. 1

- Detroit News, December 11, 1994, Sec D; Pg. 2; SOME COMPANIES SERVE INVESTORS, OTHERS THEMSELVES, by Daniel Howes

- The Associated Press, December 5, 1994, Monday, PM cycle, BUSINESS NEWS, WASHINGTON

- The Buffalo News, December 5, 1994, Monday, City Edition, BUSINESS, TOP EXECS GETTING BIGGER BONUSES

- The Denver Post, December 3, 1994, Saturday, 1st Edition, Pg. D-01; IN BRIEF

- The Plain Dealer, December 3, 1994, Saturday, Final / All, BUSINESS Pg. 1C; BUSINESS BRIEFS - INTERNATIONAL, from wire reports

- The Record, December 3, 1994; Saturday; All Editions, BUSINESS; Pg. A21, CEO BONUSES UP 37% ANOTHER WINDFALL EXPECTED IN '95, The Associated Press, New York

- Sacramento Bee, December 3, 1994, METRO FINAL, BUSINESS; Pg. F1; CEO PAY CLIMBS 37 PERCENT

- The Times Union (Albany, NY), December 3, 1994, Saturday, Three Star Edition, Pg. Bl 1; CEO BONUSES JUMP 37%, SURVEY SAYS, New York

- The Washington Times, December 3, 1994, Saturday, Final Edition, Part D; BUSINESS ROUNDUP; Pg. D5; BONUS CHECKS GET BIGGER, from wire dispatches and staff reports, New York

- AP Online, December 2, 1994, Friday, FINANCIAL PAGES, AP Financial News

- Bank Letter, August 29, 1994, LOOSE CHANGE; Vol. XVIII, No. 34; Pg. 10

- CORPORATE FINANCING WEEK, August 29, 1994, Vol. XX, No. 34; Pg. 6; COMPANIES SAY, NEVER MIND THE TAXES - OFFER TOP EXECS TOP PAY

**STEVEN HALL & PARTNERS**
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- August 29, 1994, QUOTE OF THE WEEK; Vol. XX, No. 34; Pg. 10

- The American Banker, August 23, 1994, Tuesday, NEWS BRIEF; Pg. 2, FINANCIAL SERVICES CEOS AVERAGE $7.6M

- Detroit News, July 27,1994, Sec E; Pg. 1; COMPUWARE PAY CUTS PAY OFF, by Daniel Howes

- Information Bank Abstracts, WALL STREET JOURNAL, July 21, 1994, Section A; Pg. 1, Column 5; BUSINESS BULLETIN, by Pamela Sebastian

- The Houston Chronicle, July 17, 1994, Sunday, 2 STAR Edition, BUSINESS; Pg, 2; MOST BOARDS PREFER TAXES OVER PAY CUTS

- The Houston Post, July 15, 1994, FINAL EDITION, Pg. C10; TOP EXECS WANT PAY, DESPITE TAX: SURVEY, Bloomberg Business News

- Crain's New York Business, June 20, 1994, Pg. 17; BONUSES PAY FOR TOP CEOS $1 MILLION IS WHAT IT TAKES IN THIS EXCLUSIVE GROUP, by Miriam Leuchter

- The American Banker, June 17, 1994, Friday, REGIONAL BANKING; Pg. 5; CHEMICAL SPREADS WEALTH WITH STOCK OPTION PLAN, by Jeanne Lida

- Newsday, June 14, 1994, ALL EDITIONS, BUSINESS; Pg. A41; LIKE, BEN & JERRY'S, THEY NEED A CEO, MAN, by Mary Voboril

- Los Angeles Times, May 29, 1994, Sunday, Home Edition, Business; Part D; Pg. 1, Column 5; Financial Desk, SPECIAL REPORT: EXECUTIVE PAY; IT'S ALL IN HOW YOU LOOK AT IT

- USA TODAY, May 10,1994, Final Edition, MONEY; Pg.4B; COMPANIES BOW TO PRESSURE ON CEO PAY / TAX CHANGE GIVES A NUDGE, by Eric D. Randall

- Business Week, April 25, 1994, SPECIAL REPORT, Number 3368; Pg. 52; THAT EYE-POPPING EXECUTIVE PAY, by John A. Byrne with Lori Bongiorno and Ronald Grover

- Business Week, April 25, 1994, SPECIAL REPORT; Number 3368; Pg. 57; THAT'S SOME PAY CAP, BILL, by John A. Byrne

- The American Banker, April 22, 1994, COMMUNITY BANKING; Pg. 5; FLEET SHAREHOLDERS ADOPT PLAN TYING BONUS'S TO PERFORMANCE AND SATISFYING AN IRS RULE, by Jeanne Lida

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

---

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

---

- Detroit News, April 17, 1994, Sec D, Pg 1; EXEC SALARIES CLIMB DESPITE BONUS TRIMS, by Daniel Howes

- The San Francisco Examiner, April 12, 1994, Fourth Edition, BUSINESS; Pg. D-1; TOP-EXEC PAY GOING UP FASTER THAN MOST; MIDDLE MANAGERS FRET ABOUT THEIR JOBS

- Fortune, April 4, 1994, Domestic Edition, NEWS/TRENDS; Pg. 12; A NEW BALL GAME FOR BASEBALL, by Justin Martin

- GANNETT NEWS SERVICE, March 28, 1994, EXECUTIVE PAY PEGGED TO COMPANY PERFORMANCE, by Daniel Howes

- Chicago Tribune, March 21, 1994, NORTH SPORTS FINAL EDITION, BUSINESS; Pg. 3; ZONE: C; Market report, EXECS' BIGGEST FEAR:  STOCK OPTION ACCOUNTING RULE, by Bill Barnhart

- Sun-Sentinel (Fort Lauderdale), March 20, 1994, SUNDAY, ALL EDITION, Pg. 3G; SPOUSES LOOK INTO CONTRACTS AT-HOME EX LIKELY ENTITLED TO PERKS, Newsday

- Newsday, March 17, 1994, Nassau and Suffolk Edition, BUSINESS; SMART MONEY; Pg. 59; Other Edition: City Pg. 49; DIVORCE COURT IS IN SESSION, '90S STYLE; DIGGING DEEPER INTO SPOUSE'S FINANCES, by H.J. Cummins

- The Atlanta Journal and Constitution, March 4, 1994, BUSINESS; Section D, Page 1; STOCK MARKET'S STEADY CLIMB COULD PRODUCE HUGE PAY PACKAGES FOR MANY EXECUTIVES, by Tom Walker

- Investor's Business Daily, March 2, 1994, CEO BRIEF; Pg. 4

- GANNETT NEWS SERVICE, February 22, 1994, BONUSES DESIGNED TO LINK COMPENSATION TO PERFORMANCE, by Daniel Howes

- Investor's Business Daily, February 9, 1994, CEO BRIEF

- Investor's Business Daily, December 27, 1993, CEO BRIEF; Pg. 4

- Investor's Business Daily, December 15, 1993, CEO BRIEF; Pg. 4

- Investor's Business Daily, December 3, 1993, EXECUTIVE UPDATE; COMPENSATION; Pg. 4; by Caren Chesler

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- Fortune, November 15, 1993, Domestic Edition, NEWS/TRENDS; Pg. 14; STOCKING UP STOCK TO OPTION, by Mark D. Fefer

- The New York Times, October 31, 1993, Sunday, Late Edition - Final, Section 8, Page 11, Column 2; Sports Desk, BACKTALK:  FROM BASEBALL AND APPLE PIE TO GREED AND SKY BOXES, by John Underwood

- U.S. Banker, October 1993, National Edition, SHORT TAKES; Pg. 8; MORE OPTIONS, by Jeffrey Marshall and Joseph Radigan

- Automotive News, August 2, 1993, INSIGHT- Compensation, Pg. 101; CASH FOR CARING; MORE SUPPLIER EXECUTIVES FIND THEIR BONUSES TIED TO KEEPING OEM CUSTOMERS SATISFIED, by Liz Pinto

- St. Louis Post-Dispatch, July 12, 1993, MONDAY, FIVE-STAR Edition, EVERYDAY MAGAZINE; Pg. 3D; PEOPLE TO PEOPLE

- WWD (Women's Wear Daily), June 2, 1993, Vol. 165; No. 105; Pg. 8; SA'S BIG BUCKS; SEVENTH AVENUE, SURVEY OF 1992 APPAREL INDUSTRY EXECUTIVE COMPENSATION, by Jeff Siegel

- Investor's Business Daily, May 6, 1993, EXECUTIVE UPDATE; RECRUITING; Pg. 4; by Reuters

- Sacramento Bee, May 5, 1993, METRO FINAL, BUSINESS; Pg. F1; CAMPBELL EXECS GET BIGGER STAKE IN FIRM, ITS FUTURE, Gannett News Service

- The Reuter Business Report, May 4, 1993, BC cycle, WORLD'S BIGGEST COMPANIES HEADHUNT IN RIVALS' BOARDROOMS, by Gary Seidman

- Pensions & Investments, May 3, 1993, Pg. 41; CEOs RECEIVED 6% OF OPTIONS IN 1992

- The Plain Dealer, May 2, 1993, Sunday, FINAL / ALL, BUSINESS; Pg. 1 E; HONESTLY, TELLING ALL CAN'T HURT THE FIRM; HONEST BOOKKEEPING IS AIM OF NEW RULES, by David Pauly

- Automotive News, April 26, 1993, Pg. 1, GM EXECS' PAY WILL TEST LOYALTY, by Liz Pinto

- Automotive News, April 26, 1993, Pg. 40, GM NON-COMPETE PACT:  PROTECTION OR HARASSMENT?, by Liz Pinto

**STEVEN HALL**
**& PARTNERS**
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- The Associated Press, April 15, 1993, PM cycle, Business News, AS PAY PACKAGES ROLL IN, SHIFT SEEN TOWARD PERFORMANCE INCENTIVES, by Stefan Fatsis

- Investor's Business Daily, April 12, 1993, EXECUTIVE UPDATE; COMPENSATION; Pg. 4; by Caren Chesler

- The Associated Press, April 8, 1993, PM cycle, Business News, ACCOUNTING BOARD PROPOSES COMPANIES TAKE CHARGE ON STOCK OPTIONS, by Larry Rosenthal

- The Reuter Business Report, April 7, 1993, BC cycle, ACCOUNTING BOARD SAYS STOCK OPTIONS ARE A COMPANY COST, by Cal Mankowski

- Reuters, April 7, 1993, BC cycle, Financial Report, U.S. CORPORATIONS FACE CONTROVERSY ON OPTIONS

- Pensions & Investments, April 5, 1993, SPECIAL REPORT: 1993 PROXY SEASON; Pg.16; GOVERNANCE ISSUES FILL '93 PROXIES, by Marlene Givant Star

- Pensions & Investments, March 8, 1993, Pg. 17; THE PAY-PERFORMANCE LINK; MORE COMPANIES LOOKING AT EXECUTIVE COMPENSATION, by Marlene Givant Star

- Information Week, February 15, 1993, SUPPLEMENT EXECUTIVE NOTEBOOK; Pg. 55; A BIGGER SLICE FOR SOME, edited by John P. McPartlin

- The National Law Journal, February 8, 1993, BUSINESS WATCH; Newsline; Pg. 21; BETTER PAY AT THE TOP

- The Associated Press, December 31, 1992, AM cycle, Business News, INCENTIVE PLAN COULD NET EMERSON ELECTRIC BOSS $6 MILLION

- The Washington Post, December 31, 1992, Final Edition, METRO; Pg. DI1; DIGEST; from news services and staff reports

- Reuters, December 29, 1992, BC cycle, Financial Report, STOCK OPTIONS A TOP EXEC COMPENSATION TOOL - SURVEY

- Crain's New York Business, September 14, 1992 - September 20, 1992, Pg. 1; '93 PAY HIKES IN N.Y. WILL BE LOWEST IN YEARS, by Alan Breznick

- Orlando Sentinel Tribune, July 30, 1992, 3 STAR, ORANGE EXTRA 4; Pg. 17

STEVEN HALL
& PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- WWD (Women's Wear Daily), June 23, 1992, Vol. 163; No. 122; Pg. 1; ISSN: 01 49-5380, APPAREL CEO SALARIES OFF 7.1% IN 1991; CLOTHING INDUSTRY CHIEF EXECUTIVE OFFICERS, by Thomas J. Ryan

- Copyright 1992 Financial World Partners, Financial World, May 26, 1992, COVER STORY; CEO Pay; Pg. 30; ROLLING WITH THE RISK TAKERS, by Adrienne Linsenmeyer-Hardman and Leland Montgomery

- Investor's Business Daily, May 11, 1992, Executive Update; Leadership; Pg. 4; DIVIDING POWER: SHOULD CEOS DOUBLE AS CHAIRMEN?, by Robert Corrigan

- The Reuter Business Report, February 24, 1992, Monday, BC cycle, IBM SAYS IT MAY CUT TOP BOSSES' PAY BY 40 PERCENT, by Jeremy Gaunt

- The American Banker, December 30, 1991, Pg. 2; SOUND OFF, by Jeanne Lida

- Newsday, December 8, 1991, Sunday, NASSAU AND SUFFOLK EDITION, BUSINESS; Pg. 86; Other Edition: City Pg. 78; WORKBOOK, by H.J. Cummins

- Newhouse News Service, BUSINESS; INDUSTRY; EXECUTIVE; INCOME; RECESSION-UNEMPLOYMENT, CONSTRUCTION; INDUSTRY

- The Reuter Business Report, November 15, 1991, BC cycle, SURVEY SHOWS U.S. COMPANIES TAKING CEOS TO TASK ON PERFORMANCE, by David Morgan

- Investor's Business Daily, November 13, 1991, Executive Update; Your Career; Pg. 10; EARLY RETIREMENT IS AN OFFER MORE PEOPLE ARE GETTING, by Michelle Laque Johnson

- Newsday, October 13,1991, Sunday, NASSAU AND SUFFOLK EDITION, BUSINESS; Pg. 106; Other Edition: City Pg. 94; WORKBOOK, H.J. Cummins

- Fortune, October 7, 1991, Domestic Edition, NEWS/TRENDS; Pg. 14; POSTHUMOUS PAYCHECKS FOR CHIEF EXECUTIVES, by Stephanie Losee

- New York Law Journal, October 3,1991, TODAY'S NEWS UPDATE; Pg. 1

- ABA Banking Journal, October 1991, UPDATE; Pg. 7; SALARIES DOWN FOR LARGE N.Y. BANKS

- Crain's New York Business, September 9, 1991, Pg. 1; N.Y. FIRMS PLAN 5% PAY HIKES FOR NEXT YEAR, by Ylonda Gault

- Investor's Daily, August 21, 1991, Executive Update; Pg. 8; EXECUTIVE UPDATE

**STEVEN HALL & PARTNERS**
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- Crain's New York Business, August 19, 1991, FINANCIAL; Pg. 11; WHY BANKER TOM JOHNSON IS OUT OF A JOB, by Robert McNatt

- Penton/IPC, Industry Week, August 5, 1991, MEMOS; Pg. 8; BENCHMARK FOR COMPENSATION, edited by Tracy E. Benson

- Computer Reseller News, July 15, 1991, NEWS BUSINESS AND FINANCIAL; Pg. 31; A TYPICAL SEVERANCE PACKAGE:  JWP DEAL WOULD NOT BE SWEET - NORMAN'S THIN PARACHUTE, by Elliot Markowitz

- Across the Board July 1991, Vol. 28 ; No. 7-8 ; Pg. 18; ISSN:  0147-1554; UP, UP, AND AWAY; EXECUTIVE COMPENSATION; includes related articles on customer satisfaction bonuses, German and Japanese executives, by Beth Enslow

- Pensions & Investments, May 13, 1991, Pg. 42; APPLE CFO TOPS LIST IN '90 SALARY DERBY, by Marlene Givant Star

- The Associated Press, April 21, 1991, Sunday, BC cycle, Business News, RECESSION BRINGS LOWER PAY FOR MANY CEOS, by Mariann Caprino

- USA TODAY, April 9,1991, FINAL EDITION, NEWS; Pg. 1A; SALARIES SIGN OF BASEBALL'S BIG BUSINESS, by John Hilikirk and Martha T. Moore

- GANNETT NEWS SERVICE, April 8, 1991, Monday, ARE BALL PLAYERS WORTH MILLIONS?, by John Hilikirk and Martha T. Moore

- Industry Week, March 18, 1991, MEMOS; Pg. 11; CEO, JUSTIFY THYSELF, edited by Tracy E. Benson (copyright 1991 Penton/IPC)

- Investor's Daily, March 1, 1991, EXECUTIVE UPDATE; Pg. 8

- The New York Times, January 27, 1991, Sunday, Late Edition - Final, Section 3; Pg. 25, Column 3; Financial Desk, Managing; EXECUTIVES, TAKE YOUR RISKS, by Claudia H. Deutsch

- The Reuter Business Report, December 4, 1990, BC cycle, HOW SMALL BUSINESSES CAN SURVIVE THE COMING MISERY, by Jeremy Gaunt

- The American Banker, November 8, 1990, MANAGEMENT; Pg. 8; PAY AND  PERKS: TOP BANKERS PUSHING FOR MORE PROTECTION, by Jeffrey Marshall

- USA TODAY, August 14, 1990, FINAL EDITION, MONEY, HEINZ CHAIRMAN GETS 'PLATINUM CARROT', by Denise Kalette

**STEVEN HALL & PARTNERS**
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- The New York Times, August 12, 1990, Sunday, Late Edition - Final, Section 3, Pg. 25, Column 3; Financial Desk, Managing; KEEPING THE TALENTED PEOPLE, by Claudia H. Deutsch

- The Washington Post, August 5, 1990, Sunday, Final Edition, OUTLOOK; Pg. D3; OUTPOST, WHAT'S YOUR BOSS WORTH? 35 TIMES YOUR SALARY? 1,000 TIMES?  THE WORKFORCE GETS ANGRY, by Joani Nelson-Horchler

- Industry Week, June 18, 1990, FEATURES; Compensation; Pg. 28; THE PAY REVOLT BREWS, by Joani Nelson-Horchler

- The New York Times, June 9, 1990, Late Edition - Final, Section 1; Page 33, Column 5; Financial Desk, $9 MILLION FOR GREENWALD IN UAL BUYOUT EFFORT, by Agis Salpukas

- WWD (Women's Wear Daily), May 22, 1990, Vol. 159 ; No. 100; Pg. 13; ISSN: 0149-5380, MEYER HITS UNEVEN RETAIL PAY SCALE; PEARL MEYER AND PARTNERS: RETAIL TRADE MIDDLE MANAGERS, by Samuel Feinberg

- Chicago Tribune, May 20, 1990, Sunday, FINAL EDITION, BUSINESS; Pg. 14A; ZONE: W, VALUES JOIN VALUE IN BONUS EQUATION, New York Times News Service

- The New York Times, May 20, 1990, Sunday, Late Edition - Final, Section 3, Part 2, Pg. 29, Column 1; Careers Supplement, Managing; USING MONEY TO CHANGE EXECUTIVE BEHAVIOR, by Claudia H. Deutsch

- Investor's Daily, March 27, 1990, Your Finances; Pg. 8; PENSIONS AT RISK: BUYOUT, BANKRUPTCY CAN RUIN PLANS; ERISA's COVERAGE CEILING LEAVES LARGE-SCALE BENEFITS VULNERABLE - AND CONGRESS MAY BRING THAT LIMIT DOWN, by Michelle Laque Johnson

- The Associated Press, February 23, 1990, BC cycle, Business News,  BONUSES AT DYING DREXEL SHOW HOW WALL STREET'S SKEWED PAY SYSTEM WORKS, by Rick Gladstone

- BNA Pension & Benefits Reporter, June 19, 1989, NEWS RETIREE HEALTH.  IRS RULING ON DEDUCTIBLE CONTRIBUTIONS FOR PREFUNDING BENEFITS MAY BE REPEALED, Vol. 16, No. 25, Pg. 1033

- The New York Times, June 18, 1989, Sunday, Late Edition - Final, Section 3; Pg. 8, Column 3; Financial Desk, PERSONAL FINANCE; PAYING A PENALTY FOR A GOLDEN PARACHUTE, by Carole Gould

STEVEN HALL
&PARTNERS
EXECUTIVE COMPENSATION

**PEARL MEYER**
**Partial List of Published Quotes and References**
**in Newspapers and Periodicals**
**January 1989 to March 2007**

- The New York Times, June 11, 1989, Sunday, Late Edition - Final, Section 6, Part 2, Pg. 10, Column 1; Business World Magazine, TO START WITH ...; EVERYBODY'S GETTING A PIECE OF THE ACTION, by Peter McKenna

- PR Newswire, April 11, 1989, LEADING COMPENSATION ADVISER PEARL MEYER ANNOUNCES LAUNCH OF CONSULTING FIRM, NEW YORK

- The New York Times, April 9, 1989, Sunday, Late City Final Edition, Section 3, Pg. 13, Column 1; Financial Desk, PERSONAL FINANCE; SHAKING UP EXECUTIVE COMPENSATION, by Carole Gould