## CERTIFICATE OF SERVICE

I Sheldon K. Rennie hereby certify that on the 16th day of May, 2007, the foregoing Brief in Support of Plaintiff's Application For Final Approval of Proposed Settlement And For Attorneys' Fees And Expenses was served upon the following counsel of record at the address and in the manner indicated:

**Electronic Filing & U.S. Mail**

| | |
|---|---|
| Stephen Norman, Esq. | John W. Shaw, Esquire |
| Potter Anderson & Corroon LLP | Young, Conaway, Stargatt & Taylor LLP |
| 1313 North Market Street | 1000 West Street, 17th Floor |
| P.O. Box 951 | P.O. Box 391 |
| Wilmington, DE 19899-0951 | Wilmington, DE 19899-0391 |

*/s/ Sheldon K. Rennie (#3772)*
Sheldon K. Rennie