# VEDDER PRICE

DAN L. GOLDWASSER
212-407-7710
DGOLDWASSER@VEDDERPRICE.COM

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
212-407-7700
FACSIMILE: 212-407-7799

CHICAGO • NEW YORK CITY • WASHINGTON, DC • ROSELAND, NJ

May 14, 2007

Clerk, Delaware District Court
Caleb Boggs Federal Building
844 North King Street, Room 4209
Wilmington, DE 19801

Re: *Seinfeld v. Barrett* (Case No. 05-298 JJF)

Dear Sir or Madame:

I am in receipt of the Notice of Settlement of the above-captioned action and I am appalled by its terms. Based upon this Notice, it would appear that no benefit was conferred upon the plaintiff class and that plaintiffs' counsel is nevertheless receiving legal fees of $862,500. As a shareholder of Intel, I object to this hold-up and respectfully request that the Court carefully examine the benefits, if any, to the plaintiff class and reduce plaintiffs' attorneys fees accordingly. Please deliver this letter to the presiding judge.

Very truly yours,

Dan L. Goldwasser

NEWYORK/#178852.1



US POSTAGE
$00.41
05/15/2007
Mailed From 10022
047J820047777

**VEDDER PRICE**

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

Clerk, Delaware District Court
Caleo Boggs Federal Building
844 North King Street, Room 4209
Wilmington, DE 19801